

### *State of New Jersey*

| PHILIP D. MURPHY | OFFICE OF THE ATTORNEY GENERAL | GURBIR S. GREWAL |
|---|---|---|
| *Governor* | DEPARTMENT OF LAW AND PUBLIC SAFETY | *Attorney General* |
| | DIVISION OF LAW | |
| SHEILA Y. OLIVER | 124 Halsey Street | MICHELLE L. MILLER |
| *Lt. Governor* | P.O. Box 45029 | *Director* |
| | Newark, NJ 07101 | |

June 25, 2018

**VIA CM/ECF eFile**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:   ANJRPC, et al. v. Grewal, et al.**
**Civil Action No. 3:18-cv-10507-PGS-LHG**

Dear Judge Sheridan:

My office represents Defendants Gurbir S. Grewal and Patrick J. Callahan in the above referenced matter.  Plaintiffs filed a motion for a preliminary injunction which is presently returnable before Your Honor on July 16, 2018, with oral argument scheduled on the same date.

I am writing to request a one week adjournment of Plaintiffs' motion until July 23, 2018.  I am advised by Plaintiffs' counsel that Plaintiffs believe that time is of the essence to resolve this matter, but do not oppose this request for a one week extension.

Thank you for your attention to this matter.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Bryan Edward Lucas
Bryan Edward Lucas
Deputy Attorney General

cc:  Daniel L. Schmutter, Esq.



124 HALSEY STREET• TELEPHONE: 973-648-3573• FAX: 973-648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*