GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Defendants, Gurbir S. Grewal and Patrick J. Callahan

By:   Bryan Edward Lucas (ID: 108462015)
      Deputy Attorney General
      (973) 648-7811
      Bryan.Lucas@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and ALEXANDER DEMBOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, <br><br> Defendants. | HON. PETER G. SHERIDAN, U.S.D.J. <br> HON. LOIS H. GOODMAN, U.S.M.J. <br><br> Docket No. 3:18-cv-10507-PGS-LHG <br><br> **CIVIL ACTION** <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(a)** <br><br> (ELECTRONICALLY FILED) |

To:   United States District Court
District of NJ – Trenton Vicinage
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
*Attorney for Plaintiffs, Association of New Jersey Rifle & Pistol Clubs, Inc.,*
*Blake Ellman, and Alexander Dembowski*

John J. Suminski
McElroy, Deutsch, Mulvaney, and Carpenter, LLP
1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075
(973) 993-8100
*Attorney for Defendant, Thomas Williver*

Carmine Richard Alampi
Alampi & DeMarrais
One University Plaza, Suite 404
Hackensack, New Jersey 07601
*Attorney for Defendant, James B. O'Connor*

**PLEASE TAKE NOTICE** that on **March 18, 2019,** or as soon thereafter as

counsel may be heard, the undersigned attorney for the Defendants, Gurbir S. Grewal

and Patrick J. Callahan, will move before the Honorable Peter G. Sheridan, U.S.D.J.,

for an Order granting summary judgment in favor of these Defendants pursuant to

Fed. R. Civ. P. 56(a);

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon

the attached brief in support of the motion.

2

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78,

oral argument is not requested.

A proposed form of Order is attached.

> GURBIR S. GREWAL
> ATTORNEY GENERAL OF NEW JERSEY
>
> By:    /s/ Bryan Edward Lucas
> Bryan Edward Lucas
> Deputy Attorney General

DATE: February 13, 2019

3