# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Hon. Peter G. Sheridan, U.S.D.J. Hon. Lois H. Goodman, U.S.M.J. |
| v. | ) ) | Civil Action No. 18-cv-10507 |
| GURBIR GREWAL, *et al.*, | ) ) | Motion Date: April 1, 2019 |
| Defendants. | ) ) | **CIVIL ACTION** |
| | ) ) ) | **(ELECTRONICALLY FILED)** |

## NOTICE OF CROSS-MOTION FOR A STAY OF PROCEEDINGS

PLEASE TAKE NOTICE that, on April 1, 2019, at 9:30 a.m. or as soon thereafter as Counsel may be heard, Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski (collectively "Plaintiffs") shall move before the Honorable Peter G. Sheridan, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order staying all proceedings in this case pending the U.S. Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. City of New York*, No. 18-280 (U.S.).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1(h), Plaintiffs respectfully request that the Court rule upon the within motion at the same time that it rules upon Defendants' Motions for Summary Judgment.

1

PLEASE TAKE FURTHER NOTICE that Plaintiffs shall rely upon the attached brief in support of this motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 78(b), oral argument is not requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated:  March 18, 2019

David H. Thompson*
Peter A. Patterson*
Haley N. Proctor*
J. Joel Alicea*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

  *Appearing *pro hac vice*

Respectfully submitted,

/s/ Daniel L. Schmutter
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com

*Attorneys for Plaintiffs*

2