UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*,<br><br>　　　　　*Plaintiffs*,<br>　v.<br><br>GURBIR GREWAL, *et al.*,<br><br>　　　　　*Defendants*. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br>Civil Action No. 18-cv-10507<br><br>Motion Date: April 1, 2019<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)** |

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, on April 1, 2019, at 9:30 a.m. or as soon thereafter as Counsel may be heard, Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, and Alexander Dembowski (collectively "Plaintiffs") shall move before the Honorable Peter G. Sheridan, U.S.D.J., at the United States Courthouse, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order granting summary judgment in favor of Plaintiffs pursuant to Fed. R. Civ. P. 56(a).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1(h), Plaintiffs respectfully request that the Court rule upon the within motion at the same time that it rules upon Defendants' Motions for Summary Judgment.

PLEASE TAKE FURTHER NOTICE that Plaintiffs shall rely upon the attached brief in support of this motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 78(b), oral argument is not requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

| | |
|---|---|
| Dated: March 18, 2019 | Respectfully submitted, |
| David H. Thompson* | /s/ Daniel L. Schmutter |
| Peter A. Patterson* | Daniel L. Schmutter |
| Haley N. Proctor* | HARTMAN & WINNICKI, P.C. |
| J. Joel Alicea* | 74 Passaic Street |
| COOPER & KIRK, PLLC | Ridgewood, New Jersey 07450 |
| 1523 New Hampshire Avenue, N.W. | (201) 967-8040 |
| Washington, D.C. 20036 | (201) 967-0590 (fax) |
| (202) 220-9600 | dschmutter@hartmanwinnicki.com |
| (202) 220-9601 (fax) | |
| dthompson@cooperkirk.com | |

*Appearing *pro hac vice*

*Attorneys for Plaintiffs*