

## *State of New Jersey*

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

March 22, 2019

**<u>VIA ECF</u>**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:   <u>Assoc. of N.J. Rifle & Pistol Clubs, Inc., et al. v. Grewal, et al.</u>**
>    **Civil Action No. 3:18-cv-10507-PGS-LHG**

Dear Judge Sheridan:

Please allow this letter to follow up on State Defendants' previous letter to the Clerk (ECF No. 93) requesting a one-cycle adjournment of the April 1, 2019 motion day assigned to Defendants' motions for summary judgment (ECF Nos. 84. 85, and 86), Plaintiffs' cross-motion to stay (ECF No. 91), and Plaintiffs' cross-motion for summary judgment (ECF No. 92).

State Defendants request that April 15, 2019, serve as the new motion day for all of the above pending motions. Further, State Defendants request that April 8, 2019, be assigned as the deadline for State Defendants' combined reply brief in support of its motion for summary judgment and in opposition to Plaintiffs' cross-motions. Plaintiffs' counsel has consented to this adjournment request.

Thank you for your attention to this matter.



124 HALSEY STREET• TELEPHONE: 973-648-3573• FAX: 973-648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Page 2

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Bryan Edward Lucas
      Bryan Edward Lucas
      Deputy Attorney General

cc: All Counsel of Record          **(Via ECF)**