**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., | ) ) ) | |
| BLAKE ELLMAN, *and* | ) ) | Civil Action No. 18-10507 (PGS)(LHG) |
| ALEXANDER DEMBOWSKI, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | |
| GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, | ) ) ) | |
| PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, | ) ) ) ) | STIPULATION DISMISSING DEFENDANT JAMES B. O'CONNOR AND AMENDING THE CAPTION |
| THOMAS WILLIVER, in his official capacity as Chief of Police of the Chester Police Department, | ) ) ) ) | |
| JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department, | ) ) ) ) | |
| *Defendants.* | ) ) ) ) | |

Alexander Dembowski is no longer a party to these proceedings. As a result, the action is dismissed as against JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department and, to the extent, that RICHARD L. JARVIS, in his official capacity as the Chief of Police of the Lyndhurst Police Department was substituted as the successor to former Police Chief O'Connor, the action is dismissed as against him as well. To the extent practical, the caption should be amended to remove Alexander Dembowski and JAMES B. O'CONNOR, in his official capacity as Chief of Police of the Lyndhurst Police Department.

Dated: September 20, 2022

*Daniel L. Schmutter*

_____
Daniel L. Schmutter, Esq.
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, NJ 07450
E-Mail: dschmutter@hartmanwinnicki.com
*Attorneys for Plaintiff*

*Jennifer Alampi*

_____
Jennifer Alampi, Esq.
ALAMPI & DE MARRAIS
One University Plaza, Suite 404
Hackensack, New Jersey 07601
E-Mail: jalampi@alampi-law.com
*Attorneys for Chief James B. O'Connor, in
his Official Capacity as Chief of Police of
the Lyndhurst Police Department*

SO ORDERED: _____

DATED: _____9/20/22_____