MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants Matthew J. Platkin and Patrick J. Callahan

By:  Stuart M. Feinblatt (NJ Bar # 018781979)
     Assistant Attorney General
     (609) 376-3202
     Stuart.Feinblatt@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG, | HON. PETER G. SHERIDAN |
| Plaintiffs, | Civil Action No. 3:18-cv-10507 |
| v. | |
| MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department, | NOTICE OF MOTION TO CONSOILDATE PURSUANT TO FED. R. CIV. P. 42(a) |
| Defendants. | Oral argument requested |

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor, <br><br> Defendants. | HON. RENEE M. BUMB <br><br> Civil Action No. 1:22-cv-4360 |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police | HON. FREDA L. WOLFSON <br><br> Civil Action No. 3:22-cv-04397 |

Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,

Defendants.

To:    United States District Court
District of New Jersey – Trenton Vicinage
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
*Attorney for Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, Thomas Rogers, and Marc Weinberg*

Bradley Lehman
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
*Attorney for Plaintiffs Mark Cheeseman, Timothy Connelly, and Firearms Policy Coalition, Inc.*

Kathleen N. Fennelly
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07962-0161
*Attorney for Defendant Ryan McNamee*

Mitchell B. Jacobs
Cleary Giacobbe Alfieri Jacobs, LLC
955 State Route 34
Matawan, NJ 07747
*Attorney for Defendant Kenneth Brown, Jr.*

Linda A. Galella
Parker McCay P.A.
9000 Midlantic Drive
Suite 300
Mount Laurel, NJ 08054
*Attorney for Defendant Christine A. Hoffman*

Mary Jane Lidaka
Berry, Sahradnik, Kotaz & Benson, PC
212 Hooper Avenue
PO Box 757
Toms River, NJ 08754-0757
*Attorney for Defendant Bradley D. Billhimer*

**PLEASE TAKE NOTICE** that on **December 19, 2022,** or as soon

thereafter as counsel may be heard, the undersigned attorney for the Defendants,

Matthew J. Platkin and Patrick J. Callahan, will move before the Honorable Peter

G. Sheridan, U.S.D.J., for an Order consolidating the three above-captioned actions

pursuant to Fed. R. Civ. P. 42(a) and L. Civ. R. 42.1;

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely

upon the attached brief in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78,

oral argument is requested if there is opposition to the motion.

A proposed form of Order is attached.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:  __/s/ Stuart M. Feinblatt_____

Stuart M. Feinblatt
Assistant Attorney General

DATE: November 18, 2022