Bradley P. Lehman
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: 302-416-3344
Email: blehman@gsbblaw.com

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Phone: 910-713-8804
Email: law.rmd@gmail.com
(Admitted *pro hac vice*)

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al, <br><br> Defendants. | Civil Action No. 3:18-cv-10507-PGS-LHG |
| MARK CHEESEMAN, et al, <br><br> Plaintiffs, <br><br> v. | Civil Action No. 1:22-cv-04360-PGS-LHG |

1

| | |
|---|---|
| MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al,<br><br>Defendants. | **Notice of Motion for Summary Judgment by Plaintiffs Cheeseman et al** |
| BLAKE ELLMAN et al,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al,<br><br>Defendants. | Civil Action No. 3:22-cv-04397-PGS-LHG |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

TO:   Defendants' Counsel

Daniel Michael Vannella, Esq.
Tim Sheehan, Esq.
Rachel Manning Esq.
Nicholas Kant Esq.
Office Of Attorney General Of New Jersey
Department Of Law & Public Safety
Division Of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625

Please take notice the above-captioned Plaintiffs respectfully move this Court for the entry of an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, granting summary judgment on their First Amended Complaint. Please take further notice that in support of this Motion, Plaintiffs will rely upon the following papers filed with the Court: (1) Brief; (2) Statement of Undisputed Material Facts; and (3) attached Exhibits.

Please take further notice that, pursuant to Local Rule 78.1(b), Plaintiffs respectfully request oral argument on this Motion.

Respectfully submitted,

Dated: October 6, 2023

/s/ *Bradley P. Lehman*
Bradley P. Lehman
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: 302-416-3344
Email: blehman@gsbblaw.com
*Attorneys for Plaintiffs*

3