# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al. | Civil Action No. 3:18-cv-10507-PGS-LHG |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, et al. | |
| *Defendants.* | |
| | |
| MARK CHEESEMAN, et al. | |
| *Plaintiffs,* | Civil Action No. 3:22-cv-4360-PGS-LHG |
| v. | |
| MATTHEW PLATKIN, et al. | |
| *Defendants.* | |
| | |
| BLAKE ELLMAN, et al. | |
| *Plaintiffs,* | |
| v. | |
| MATTHEW PLATKIN, et al. | Civil Action No. 1:22-cv-4397-PGS-LHG |
| *Defendants.* | |

**DECLARATION OF EMANUEL KAPELSOHN IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT OF *ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.* ("*ANJRPC*") PLAINTIFFS AND *ELLMAN* PLAINTIFFS**

–1–

1.      My name is Emanuel Kapelsohn, and I am a principal of The Peregrine Corporation with an address at 1771 Creekview Drive, Fogelsville, PA, 18051

2.      I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

3.      I am serving in this matter as an expert witness for *ANJRPC* and *Ellman* Plaintiffs.

4.      All of the facts and statements made herein are within my personal knowledge. I make this Declaration in support of the Motion for Summary Judgment of *ANJRPC* Plaintiffs and Ellman Plaintiffs.

5.      **Preparation.** In preparation, I have reviewed material, including the Complaint for Declaratory and Injunctive Relief in the case of <u>Blake Ellman, et al. v. Matthew Platkin, et al.,</u> the Amended Complaint for Declaratory and Injunctive Relief in the case <u>Association of New Jersey Rifle & Pistol Clubs, Inc., et al. v. Matthew Platkin, et al.,</u> lists of firearms and firearms features prohibited by New Jersey law, and various materials from my own library which are cited below.

6.      **Qualifications for Rendering Opinions.** In addition, I am relying on my own education, training and experience, amassed throughout a lifetime of using and working with firearms, both personally and professionally, as described in detail below.

7.      I am an expert, consultant, instructor and expert witness in matters including firearms, ballistics, shooting scene reconstruction, firearms safety, firearms training, police

training and tactics, self-defense, and the use of force.  I have been retained by the plaintiffs in the two above-referenced cases to provide expert opinion testimony regarding the design, usage, utility, safety features, and lethality of modern semiautomatic rifles, including but not limited to the AR-15 type rifle in its common configurations discussed below, as well as semiautomatic shotguns.  I have personal knowledge of the facts stated herein and I could competently testify to these facts.

8.      I have been a professional instructor and instructor-trainer (an "instructor-trainer" being one who trains and certifies instructors) in firearms, tactics, self-defense, and use of force, for law enforcement and security officers, police instructors, law enforcement agencies, military personnel, and private (i.e., non-law enforcement) individuals throughout the United States, and occasionally in other countries, over approximately the past 44 years.  I estimate that I have trained over 17,000 individuals in these skills and topics.

9.      I have been certified as a firearms instructor by the Federal Bureau of Investigation ("FBI"), National Rifle Association ("NRA"), New Jersey Police Training Commission, Pennsylvania Municipal Police Officers Education & Training Commission, Glock, Heckler & Koch ("HK"), and others.  My instructor certifications cover rifles of all sorts, handguns, and shotguns, and cover the training of police, security personnel and civilians in the recreational and defensive use of firearms.  I am also certified as a Chief Range Safety Officer, that being someone who is trained to supervise other instructors on a multi-range facility, and to oversee the operations of the facility from a safety standpoint. I was an instructor at the Burlington County New Jersey, Police Academy from approximately 1986 to 1995, and was an instructor at the Allentown, Pennsylvania Police Academy from 1999 to 2007.  I taught a course

I developed entitled "Police Use of Force" in the Criminal Justice Department of Indiana University in Bloomington, Indiana for two years while I lived in Indiana. I instructed in a three-year series of Senior Firearms Instructor Classes for the Federal Bureau of Alcohol, Tobacco & Firearms, taught at various locations on the East and West Coasts, including Orlando, Los Angeles, San Francisco, and San Diego. I have regularly been a presenter on firearms-related topics at annual and regional training conferences of the International Association of Law Enforcement Firearms Instructors ("IALEFI"), the International Law Enforcement Educators & Trainers Association ("ILEETA"), and in past years the American Society of Law Enforcement Trainers ("ASLET").

10.     Law enforcement agencies for which I have conducted instructor-level training in firearms include the New York State Police (multiple courses), Oregon State Police, Louisiana State Police, Missouri Highway Patrol, Washington D.C. Metropolitan Police (two courses), the Maryland National Capital Park Police, Massachusetts Metropolitan Police, the Massachusetts Criminal Justice Training Council, the Tennessee Bureau of Investigation, the North Carolina Justice Academy (multiple classes), the Connecticut State Police Academy (multiple classes), Henrico County (VA), Yellowstone County (MT), Billings (MT), the San Francisco Sheriff's Office, El Cajon (CA), Yolo County (CA) Sheriff's Office, Snohomish County (WA) Sheriff's Office, Toronto Metropolitan Police Service (Emergency Task Force and Dignitary Protection Unit), Calgary Police Service Tactical Unit, Salt Lake County Sheriff's Office, Nevada State Fire Marshal's Office, and the Police Departments of Philadelphia, Baltimore, Dallas (two courses), Phoenix (multiple courses), Miami, Jacksonville (two courses), St. Petersburg, Seattle, Tacoma, and many others.

11.     In New Jersey, in addition to my teaching as a staff instructor at the Burlington County Police Academy, I have conducted law enforcement instructor-level training in firearms and/or armorer training, for the police departments of Jersey City, Trenton, Atlantic City (multiple courses), Mt. Laurel, Midland Park, Ramsey, Jefferson Township, the Cape May County Police Academy, the Middlesex County Police Academy, the Essex County Police Academy, the Bergen County Police Academy, the New Jersey Department of Corrections, and the New Jersey Division of Fish & Wildlife Law Enforcement Bureau, among others.  I co-instructed a police counter-sniper rifle course at Fort Dix, hosted by the New Jersey State Police, and two Senior Firearms Instructor Courses for the Union County Prosecutor's Office.  For all but one of the past 33 years I have conducted Police Firearms Instructor Recertification Courses annually for the Atlantic County Prosecutor's Office, attended by all law enforcement firearms instructors in Atlantic County.

12.     Training I have conducted in New Jersey for non-police includes programs for the New Jersey Armored Motor Carriers Association, programs for three armored car companies and one precious metals company, training for executive protection and estate security personnel, and self-defense firearms classes, including training with handguns, shotguns and rifles, for non-law enforcement individuals in Ledgewood, Sussex, New Egypt, Berkeley Township, Princeton Junction, and Pleasantville, and several armed security officer training programs conducted in East Brunswick.

13.     I have consulted extensively for years for the Pennsylvania Municipal Police Officers Education & Training Commission ("MPOETC").  Among other things, I served on the curriculum development committee that wrote the firearms and use of force curriculum that was

used at police academies throughout the Commonwealth of Pennsylvania for some 18 years. I conducted instructor-training courses for the MPOETC at the Pennsylvania State Police Academy at Hershey, at Fort Indiantown Gap, and at other locations; have served as a subject matter expert that established Patrol Rifle Guidelines ("patrol rifles" being AR-15 type rifles and other semiautomatic rifles) distributed to law enforcement agencies throughout Pennsylvania, and most recently served on the MPOETC committee that created a mandatory in-service Use of Force training program (including teaching the pilot course and an instructor-training course) that was presented to over 24,000 police officers throughout the Commonwealth of Pennsylvania.

14.     I have served for some 35 years on the IALEFI Board of Directors, and for about the past 10 years have been First Vice President of that association. IALEFI publishes authoritative materials and guidelines for law enforcement training, and conducts police firearms and use of force training programs, including a week-long Annual Training Conference attended by hundreds of law enforcement firearms instructors from all parts of the United States and various foreign countries. IALEFI also conducts regional, instructor certification, and master instructor development firearms training programs each year at locations throughout the country, as well as occasional international programs in other countries.

15.     I have served as a sworn, armed reserve deputy sheriff or special deputy sheriff for two sheriff's departments over the past 25 years, have served as a firearms and use of force instructor at both of those departments, and have had first-hand experience in a wide range of law enforcement activities, up to and including the arrest of criminals at gunpoint, and dealing with barricaded gunman situations. I have been qualified with, and have carried and used AR-15

–6–

rifles in my service with both of those departments.

16.     Concerning my experience, knowledge, and expertise with semiautomatic rifles in general and AR-15 type rifles in particular, I have owned and used semiautomatic rifles since I was sixteen, that is, for the past 55 years. I have hunted with a semiautomatic rifle since I was sixteen. I have, since the 1970's, owned and used Ruger Mini-14 rifles. The Mini-14 is a semiautomatic, .223 (5.56mm) caliber rifle that is functionally virtually identical to the AR-15 rifle in terms of its ballistics, rate of fire, and other capabilities, although most of the Mini-14's variants have not had some of the AR-15's military-looking features that the New Jersey legislation on "assault weapons" (called "assault firearms" in New Jersey law) finds objectionable, such as the pistol grip and flash suppressor. I currently own several Ruger Mini-14 rifles, and I have personally carried Mini-14 rifles for defensive purposes on three continents. I have owned and used AR-15 rifles since the 1980's. I served as the Line Judge for Colt Firearms at the first Colt Cup rifle competition ever held, which was fired with AR-15 rifles in Connecticut. I have been certified as an AR-15 Armorer by Colt, and as an FN-15 Armorer by FN (Fabrique Nationale). An armorer is an individual trained and certified to inspect, maintain, and repair a certain model or category of firearms by the manufacturer of the firearms. Certification as an armorer means I am fully conversant with the internals parts and workings of the AR-15, its design and function. The FN-15 is an AR-15 clone, manufactured by FN and functionally identical to the Colt AR-15. It is used as a patrol rifle by my sheriff's department. I have written several published articles about the AR-15 and other semiautomatic rifles, and have on at least two occasions worked as a consultant to manufacturers of such rifles. I currently own several AR-15 rifles, as well as M1A rifles, M1 Garand rifles, US M1 Carbines, Mini-14s, semi-

automatic variants of the AK-47 rifle, an SKS rifle, a Ruger 10/22, an AR-7 survival rifle, and other semiautomatic rifles that the New Jersey legislation in question might categorize as "assault weapons." I have also owned and used other semiautomatic rifles, including the Steyr AUG, the FN-FAL, several semiautomatic .22 rimfire rifles, an H&K 91, and several IWI Tavor rifles. I assisted IWI in the development of its Police Armorer Course for the Tavor rifle, and in preparation of its Armorer Manual. I have also at times worked as a consultant to Sturm, Ruger & Co., Steyr, and Lancer Systems, all of which are manufacturers of semiautomatic rifles and of what the New Jersey legislation would call "assault firearms" and "large capacity ammunition magazines."

17.     I have taught police user-level and instructor level courses in what police call "patrol rifle" (i.e., AR-15 type rifle) in 1999, 2003, 2004, 2009, 2010, 2012, 2017 and 2018, have taught a "Shoulder Weapon Selection" course at the Connecticut State Police Academy in 1994, Counter-sniper Rifle Courses at Ft. Dix (NJ) and at the Glastonbury Police Department in Connecticut, Special Weapons and SWAT Team courses addressing the AR-15 rifle at the Atlantic County (NJ) and Cape May County (NJ) Police Academies, assisted in conducting AR-15 rifle training and qualification sessions for my sheriff's departments in Indiana and Pennsylvania, and for the Berks-Lehigh Regional Police in Pennsylvania, and was a presenter on the Patrol Rifle Panel at the ILEETA Annual Conference in St. Louis in 2017.

18.     I achieved competitive rankings as a Junior Smallbore Rifle Expert and Light Rifle Expert in my teenage years, and have thereafter been certified as a High Power Rifle Expert, Patrol Rifle Expert, Patrol Rifle Instructor, and Police Precision Rifle Instructor. I successfully graduated from the NRA's Police Rifle Instructor Development Course taught at USMC Base

Quantico, Virginia, from the NRA's Precision Rifle Instructor School held at The Crucible in Fredericksburg, Virginia, from the IACP's Counter-Sniper Rifle Course at Fort Dix, New Jersey, from Gunsite's General Rifle Course (using an MIA semiautomatic rifle) with an Expert rating, from the Thunder Ranch "Urban Rifle" course (using and AR-15 rifle and a Steyr AUG semiautomatic rifle), and from the U.S. Army Marksmanship Training Unit's Counter-Sniper Rifle Course at Fort Benning, Georgia.   With handgun, I have held the rating of Distinguished Expert, which is a higher rating than expert, and I was an "A" Class International Practical Shooting Confederation ("IPSC") Combat Pistol Shooter and qualified for the Indiana "Governor's Twenty."

19.    I began to shoot shotguns in my early teenage years, and I have hunted with shotguns for the past 55 years in locations including Connecticut, New York, New Jersey, Pennsylvania, South Carolina and Louisiana. I have participated, and sometimes competed, in the clay pigeon sports of skeet, trap and sporting clays, and have fired shotguns in Three Gun Competition and Combat Shotgun events. I am certified to teach shotgun both to law enforcement and to "civilians" (i.e., non-law enforcement). I have placed on a winning team with shotgun in a national event.  My firearms inventory contains several dozen shotguns, including semiautomatic shotguns that, because of their specific features, would be prohibited by the New Jersey "assault weapon" statute.  I own or have owned shotguns of all other common types, including break-open (hinge action) single-barrel and double-barrel shotguns, pump-action shotguns, and bolt-action shotguns in all gauges from 10-gauge through .410. I have taught shotgun to law enforcement and to "civilians" in Massachusetts, Connecticut, New York, New Jersey, Pennsylvania, Indiana, Virginia, Florida, Utah, Washington D.C., Canada, and Africa.  I

–9–

helped to develop and teach a Police Shotgun Armorer's Program for O. F. Mossberg & Sons, the world's largest manufacturer of shotguns. I am certified as a shotgun armorer not only by Mossberg, but by Benelli for its semiautomatic shotguns.

20. In addition to the AR-15s and other semiautomatic rifles mentioned above, I have owned and used bolt-action rifles, lever-action rifles, break-open single shot ("hinge action") rifles and combination guns, pump-action rifles, and black powder muzzle-loading rifles. In addition, I have owned and used select-fire M16 rifles (which are true "machine guns" capable of fully automatic fire), as well as select-fire submachine guns of various brands and types, also capable of fully automatic fire. I have also fired other fully-automatic firearms, including military belt-fed machine guns and automatic weapons fed from large box magazines. I have received armorer training, and have worked as an expert witness, in two cases involving the GAU-17 and other motor-driven, fully automatic "mini-guns," typically mounted on helicopter gunships, military patrol boats, and other military vehicles, capable of cyclic rates of fire ranging from 2,000 to 4,000 rounds per minute. I am thus conversant with all types of rifles, their designs and functioning characteristics, their capabilities, ballistics, and features, and have actual, first-hand knowledge of the differences between true military weapons and the semi-automatic rifles, shotguns and handguns addressed by the New Jersey legislation. I have also written over 30 published articles about handguns, handgun ammunition, and handgun technique, and at least seven published articles on shotguns (including semiautomatic shotguns), shotgun ammunition, and shotgun technique. I have served as a consultant on design features to major manufacturers of rifles, shotguns and handguns.

21. I have been a regular presenter at state, regional, national and international

conferences of law enforcement instructors, including but not limited to ASLET, IALEFI, and ILEETA.  I taught classes at last year's IALEFI Annual Training Conference in Melbourne, Florida and at an ILEETA Conference in St. Louis, Missouri, where I was a panelist on both the ILEETA Deadly Force Panel of Experts and the ILEETA Active Shooter Panel of Experts. I have previously been a presenter at ILEETA Annual Conferences in St. Louis, and before that when they were held in the Chicago area.  I have been a panelist on several other expert panels at these instructor training conferences.

22.      I have authored over 125 published articles in the firearms and tactics field. I was Technical Editor of <u>The Police Marksman</u> magazine, where I performed technical reviews and evaluations of firearms, ammunition, and firearms accessories of all sorts. I am the principal author of <u>Firearms Training Standards for Law Enforcement Personnel,</u> the Associate Editor of <u>Standards & Practices Guide for Law Enforcement Firearms Instructors,</u> and the principal author of the <u>IALEFI Guidelines for Simulation Training Safety</u>, originally published in 2004 with a recently-published revision in 2023.

23.      In total, I have trained what I estimate to be some 17,000 students in my classes. I have watched them fire literally millions of rounds of ammunition from rifles (mainly AR-15s and other semiautomatic rifles), handguns of all sorts, shotguns, submachine guns, and machine guns.  I have watched others fire many millions more rounds from such firearms in training classes, qualification exercises, competitions, and firearms demonstrations. I myself have fired hundreds of thousands of rounds of ammunition from such weapons.  I have owned and/or used firearms, including select-fire and fully automatic firearms, with suppressors ("silencers"), flash suppressors, detachable box magazines, drum magazines, pistol-grip stocks, folding stocks,

telescoping stocks, barrel shrouds, and other features addressed by the legislation in question. I will next be involved in police AR-15 training and qualification within the next few weeks for my sheriff's department here in Pennsylvania. I have actual, not just theoretical or academic, hands-on experience with all of the types of firearms and firearms design features addressed by the legislation in question in these lawsuits.

24.      I have over the past 55-plus years visited at least many hundreds, if not thousands, of stores and shops where firearms, ammunition, and firearms accessories are sold, gunsmithing shops, firearms factories, firearms industry trade shows, and gun shows where firearms and firearms accessories are bought and sold.  The stores range from small local gun shops in all parts of the United States where I have traveled to large national chains like Cabela's, Bass Pro, Academy, Gander Mountain, Sportsman's Warehouse, and Walmart.  The shows range from local gun shows to the annual SHOT Show in Las Vegas, hosting over 2,400 exhibitors from all over the world and attended by over 60,000 people.  I am thus very familiar with the firearms and firearms accessories, including such things as folding and telescoping stocks, flash suppressors, and magazines that exist on the market and that are used by legitimate purchasers throughout the country.

25.      I have served as an expert witness in numerous courts since 1984.  In total, I have served as an expert in over 400 cases, and have testified roughly 100 times in criminal and civil trials in state and federal trial courts throughout the United States, in addition to testimony before grand juries, police boards, administrative courts and tribunals (including the U.S. Government Accountability Office or "GAO"), state and city legislative committees, and before committees of both Houses of the United States Congress on firearms issues.  In total, I have been qualified and

have testified as an expert in some 15 federal courts in 13 states, and in some 45 state courts in 22 states.  I have testified as an expert in U.S. District Courts in Pennsylvania (all three districts), Connecticut, New York, New Jersey, California, Maryland, Tennessee, Louisiana, Arkansas, Florida, Montana, Illinois, and Oregon. In 2020-2021, I testified as a firearms expert before the U.S. District Court for the Southern District of California in Miller v. Becerra, a case concerning California's "assault weapons" law that involved many issues similar to those in this case. I have also served as an expert in many cases that have been dismissed, settled, plea bargained, or for some other reason have not gone to trial or have not required my trial testimony, in at least 23 other states, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, and Canada.

26.     In New Jersey, I have testified as a firearms expert in the U.S. District Court, in Superior Courts in Essex, Union, Camden, Burlington, Atlantic, and Cape May counties, in Camden City Municipal Court, before several grand juries, and in hearings before the New Jersey Office of Administrative Law.  These matters have included civil cases, and criminal cases in which I have testified sometimes as a defense expert witness, and other times as a prosecution expert witness.

27.     Throughout the country, I have served as an expert in several cases involving AR-15s and other semiautomatic rifles, as well as in many cases involving shotguns.

28.     Further details of my training, experience and qualifications are contained in my curriculum vitae, attached as **Exhibit 1**.

29.     **Semiautomatic Firearms: Function and History** A semiautomatic firearm uses the power of the firing cartridge, typically either through diverting some of the pressurized gas from the cartridge's burning propellant gunpowder, or through the rearward recoil produced when

the projectile moves forward out of the cartridge case, to operate the gun's mechanism, extracting and ejecting the fired cartridge case and bringing a fresh cartridge into position for firing. In a semiautomatic firearm, the trigger must be pulled separately for each shot. A semiautomatic firearm differs from a manually operated repeating firearm, such as a bolt-action, lever-action, or pump-action firearm, in which the user manually operates the mechanism to bring a fresh cartridge into position for firing. The semiautomatic also differs from a fully automatic ("automatic") firearm – such as a "machine gun" -- in which holding the trigger depressed will result in a continuous, rapid series of shots until the trigger is released or the ammunition supply is exhausted. Semiautomatic firearms are not a new invention. Semiautomatic rifles, shotguns, and handguns were all developed before 1900, and were in common use in the early 1900's. Our military first adopted a semiautomatic pistol (the Colt .45 caliber Model 1911) in the year 1911.

30.    Armalite, an American small arms engineering firm located in California, developed the AR-15 in the 1950's. It was designed in large part by Eugene ("Gene") Stoner, a famous American firearms designer whom I met and spoke with several times. In 1959, due to financial and production problems, Armalite sold its rights to its AR-10 and AR-15 designs to Colt's Manufacturing. The model designation "AR-15" stands for "Armalite Rifle, Model 15," not for "assault rifle" as some uninformed individuals maintain. A version of the rifle, in "select-fire" form (meaning it could, by operation of a selector switch, be fired either semiautomatically, i.e., one shot for each pull of the trigger, or fully-automatically, i.e., continuous firing as long as the trigger was held depressed), was first used by our military in the Vietnam War as the M-16. AR-15 type rifles, also called "MSRs" or "Modern Sporting Rifles," are today among the most popular rifles sold and used in the United States. They have been manufactured by literally

hundreds of companies, including Colt, FN, Ruger, Remington, Bushmaster, Rock River Arms, Wilson Combat, Barrett, DPMS Panther Arms, H&K, Lewis Machine, Olympic Arms, Palmetto State Armory, and Mossberg.   The National Shooting Sports Foundation (NSSF), a firearms industry trade group, estimated about five years ago that there were, at that time, between 5 and 10 million AR-15 rifles in civilian hands in the United States.   In recent years popularity and sales of the AR-15 have increased greatly, and it has now become one of the most popular rifles and widely-used rifles in the country.   AR-15s are made or assembled and sold by many manufacturers, ranging in size from one-man shops to large companies such as Colt, Ruger, Remington, Mossberg, SigArms, Rock River Arms, and others. Current estimates of AR-15 and AK-type semiautomatic firearms in civilian hands in the United States are in the range of 25 million or more. The "AK" stands for Automat Kalashnikova, or Kalashnikov Automatic Rifle. First produced as a Soviet military rifle in 1947 (thus "AK-47"), the AK was the invention of Russian firearms designer Mikhail Kalashnikov.   The AK became one of the most widely-used rifles in the world, with semiautomatic versions being sold in the United States and other countries for civilian use.   While made in a number of calibers, the most commonly seen caliber for the AK rifles is 7.62 x 39mm, a larger caliber than is used in the standard AR-15 rifle, which fires the .223 Remington or 5.56mm NATO cartridge.

31.      For the sake of clarity, I must emphasize that while I have discussed the military "select fire" M16 rifle above, as well as the semiautomatic-only civilian AR-15 rifle, the challenged version of the New Jersey "assault firearms" law has <u>nothing</u> to do with the military M16 select-fire rifle, only with the AR-15, the civilian semiautomatic version that fires one single shot for each separate pull of the trigger, just as all other semiautomatic firearms do.  The select-

fire ("fully automatic") M16 version of the rifle is heavily regulated under federal law and other New Jersey statutes, and is not involved in this case.

32.     **Semiautomatic Rifle and Pistol Magazines.**  The AR-15 uses a detachable box magazine for the .223 Remington or 5.56mm NATO cartridge.   These two rounds are very similar, and can be used interchangeably in many AR-15s.  The most common magazine size for the AR-15, and the size of the great majority of magazines manufactured and sold for the AR-15, is 30 rounds.  The next most commonly seen magazine size is 20 rounds. Magazines of 5, 10 and 40 rounds are also available, as well as other sizes, but are relatively rare.  Over the past decades I have personally seen tens of thousands of 30-round AR-15 magazines, perhaps a thousand 20-round AR-15 magazines, and fewer than 100 AR-15 magazines of all other sizes combined.  The New Jersey law is incorrect and misleading when it describes 20-round and 30-round AR-15 magazines as "large capacity ammunition magazines."  They are, to the contrary, the standard-sized magazines for the AR-15.

33.     The AK-type firearms also use detachable box magazines. Far and away the most commonly seen and commonly available magazine for the AK firearms holds 30 rounds, although both smaller capacity and larger capacity magazines are available.  The most widely-available and commonly seen magazines for other semiautomatic rifles, including the Ruger Mini-14, Steyr AUG, M1A, Galil and others are 20 to 30 rounds.  Standard-size magazines for the M1 Carbine are 15 and 30 rounds.

34.     With an estimated 25 million AR-15 and AK-type firearms in civilian hands in the United States, there are certainly many times that number of 20-round and 30-round magazines in private ownership as well.  In my opinion, estimates that there are currently 100

million or more 30-round AR-15 magazines in circulation are quite credible. Magazines are relatively inexpensive, with either metal or plastic 30-round AR-15 magazines commonly selling for $10 to $15 each, whereas the rifles in which the magazines are used may cost $600 to $1,000 or more. It is not unusual to see literally several thousand 30-round AR-15 and AK magazines for sale at a modest-sized weekend gun show.

35.     The New Jersey law's limit of handgun magazine size to 10 rounds imposes an unreasonable restriction on New Jersey gun owners, especially (but not only) those with concealed carry permits. Many popular semiautomatic pistols have greater magazine capacities. Examples include the Glock 17 (17 rounds), the SIG P320 (17 rounds), and the Smith & Wesson M&P9 2.0 (17 rounds). Even the compact versions of these pistols – specifically, the Glock 19, the SIG P320 Compact, and the S&W M&P9 Compact, all have magazine capacities of 15 rounds. Some of the most popular "micro-9" pistols have magazine capacities that exceed the New Jersey limit, such as the Springfield Hellcat (11-round and 13-round magazines), the S&W Shield Plus (10-round and 13-round magazines), and the SIG P365 (10, 12, 15 and 17-round magazines). For many individuals carrying a concealed handgun for self-protection, carrying an extra magazine to compensate for the New Jersey law's magazine size limit imposes an uncomfortable, and in some cases impossible, burden. There is no rational basis for an argument that limiting pistol magazine size to 10 rounds, as opposed to 12 or 15 or some other number of rounds, has any discernible effect on crime, or any negative effect on public safety. Most police nationwide, including in New Jersey, carry handguns that hold 16-18 rounds, plus between one and three additional loaded magazines on their persons. If police officers need that many rounds to protect themselves and the public, why should gun owners in New Jersey be limited to fewer

rounds to protect themselves and their loved ones?

36.      **Use and Advantages of the AR-15 Rifle.**  AR-15 rifles are commonly used for both formal and informal target shooting (including each year at the National Matches at Camp Perry, Ohio), for hunting, by farmers and ranchers for control of predators and pest animals, and for self-defense.  They are also widely used by law enforcement agencies as "patrol rifles," in many parts of the country all but completely replacing the 12-gauge shotgun as the shoulder weapon carried in most police cars.  Anyone visiting a retail gun store in most states will likely see many AR-15 rifles for sale, as well as displays of magazines, accessories, and ammunition for these rifles.  Similarly, someone taking a trip to most outdoor shooting ranges, and indoor ranges with rifle capability as well, will find many people target shooting with AR-15 rifles.

37.      The AR-15 is especially popular because of its light weight, very mild recoil, and good ergonomics, all of which make it well suited to younger shooters, female shooters, and other shooters of smaller stature, as well as an easy rifle for larger, stronger individuals to use.  All of these design features of the AR-15 – its light weight, mild recoil, and good ergonomics – as well as the adjustable length of its buttstock when fitted with a telescoping buttstock (as it commonly is), the effectiveness of its cartridge for self-defense use, and its better continuity of fire when used with its most commonly available 20-round and 30-round magazines, make the AR-15, in many cases, a much better choice of shoulder weapon for self-defense by a female user or other smaller-statured user than the 12-gauge or other shotguns that have often been recommended for that purpose in the past.  The shotgun, in fact, is much harder for most women (as well as most other shooters) to use, too heavy, ill-fitting in its commonly available stock configurations, and has recoil which is far too punishing, discouraging practice and resulting in poor competence and

–18–

many safety problems.  For the same reasons that the AR-15 has largely replaced the shotgun in police use, it is a better choice as a self-defense weapon for many private individuals as well. Other semiautomatic rifles which would be prohibited by the New Jersey legislation are similarly good choices as self-defense shoulder weapons for women and men alike.

38.      A major disadvantage of the shotguns often recommended for defense in the home is the shotgun's considerable recoil.  Used with the type of shotgun usually recommended for defensive use, the typical 12-gauge shotgun often has 25 foot pounds or more of free recoil when fired, which makes firing more than a few shots unpleasant or painful for many shooters. Even in police training programs, this much recoil becomes problematic, limiting the amount of shooting that can be done, and the familiarity and skill level with the shotgun that can be achieved.  Also, the spreading pattern of shotgun pellets, whether birdshot or buckshot, creates a danger due to the possibility of pellets missing the intended target, even with a properly-aimed shot.  In contrast, the AR-15 and similar semi-automatic rifles have little perceptible recoil, and are therefore much more pleasant to shoot.  More shots can therefore be fired in training, and better familiarity with the firearm and accurate results can thus be more easily obtained.  In many thousands of law enforcement agencies nationwide, the switch from shotguns to AR-15s and similar semiautomatic rifles as shoulder weapons has resulted in officers handling the guns with greater confidence and competence, and firing with accuracy, even at distances of 50 yards and more, far exceeding the accuracy most officers were ever able to achieve with shotguns.  This results not only in greater effectiveness when the rifle must be used for self-defense, but greater safety as well, not only for the user but for any others who may be in the area.  The same effectiveness and safety should be available to non-police officers as to police officers.

39. **Use of the AR-15 and Similar Rifles for Self-Defense.** My opinion that AR-15s and similar semiautomatic rifles are suitable for self-defense use by private individuals is supported by many examples of such use. For example, a pregnant mother used an AR-15 to save the life of her husband, killing one of the two intruders who were terrorizing her family. Attached hereto as **Exhibit 2** is a true and correct copy of the digital article "Pregnant Florida Mom Uses AR-15 to Kill Home Intruder."

40. Another example was in Glen St. Mary, Florida in 2018, where seven home invaders were fought off by their would-be victim using an AR-15. One of the seven invaders was killed, and five others were arrested. The defender fired over thirty (30)shots in the process, underscoring the need for magazines that hold more than a few rounds of ammunition. Attached hereto as **Exhibit 3** is a true and correct copy of the digital article, "Deputies: 30 Rounds Fired From AR-15 in Deadly Florida Home Invasion."

41. In another case, in Oswego, Illinois, a man named Dave Thomas, who was in legal possession of an AR-15, used it without the need to fire a single shot to stop a man who was repeatedly stabbing one of his neighbors. Attached hereto as **Exhibit 4** is a true and correct copy of the digital article "Man Armed With AR-15 Stops Attack By Neighbor in Oswego."

42. In the highly-publicized 2017 active shooter event at the First Baptist Church in Sutherland Springs, Texas, in which the gunman killed 27 people and wounded 20 others, a 55-year-old plumber living across the street from the church, alerted by his daughter that a man was shooting people at the church, got his AR-15 out of his gun safe, loaded it, and exchanged shots with the gunman, hitting him twice, and then flagged down a passing motorist to pursue the gunman together when the gunman attempted to flee from the scene. Attached hereto as **Exhibit**

**5** is a true and correct copy of the digital article, "Texas Hero Reportedly Used His Own AR to Confront the Sutherland Springs Shooter."

43.      In a case in Harris County, Texas in 2013, a 15-year-old boy, at home with his little sister, used an AR-15 to drive off two burglars who had broken a window to enter the house. They fled, leaving a trail of blood. Attached hereto as **Exhibit 6** is a true and correct copy of the digital article, "Harris County Deputy's Son Shoots One of Two Intruders."

44.      Also in 2013, a man with a .223 AR-15-type rifle in Montgomery County, Pennsylvania, successfully defended himself and his wife against an intruder, who died later in the hospital. Attached hereto as **Exhibit 7** is a true and correct copy of the digital article, "Elkins Park Man Killed After Forcing His Way Into Apartment."

45.      In 2017 in Broken Arrow, Oklahoma, three masked intruders were shot and killed by 23-year-old Zach Peters, the son of the home's owner, using an AR-15 rifle.  The shooting was ruled justifiable. Attached hereto as **Exhibit 8** is a true and correct copy of the digital article, "Shooting Deemed Justifiable: Authorities Say Zach Peters Acted Lawfully When He Shot, Killed Three Intruders."

46.      Numerous other cases in which the AR-15 and other semi-automatic rifles have been used in self-defense can be found.  The fact that several of the above examples are cases in which a homeowner or other private citizen has had to fight off multiple attackers is significant in explaining the need for semiautomatic firearms and magazines that hold 20-30 rounds of ammunition.

47.      It is incorrect, and in fact a common myth, that the .223/5.56mm projectile fired by the AR-15 and other rifles under consideration is too penetrative to be used safely for self-

defense inside and around homes, businesses, farms and ranches. If that were the case, police would not be using AR-15 "patrol rifles" nationwide, including in urban and suburban areas, and as entry weapons for indoor searches and arrests. The fact is that with properly selected ammunition, the .223/5.56mm actually presents less danger of overpenetrating walls, floors, ceilings and criminal attackers than conventional self-defense handgun bullets in calibers such as 9mm, .40 S&W, and .45 Auto. This is because the .223/5.56mm has a much higher muzzle velocity and fires a much smaller, lighter projectile which, if properly selected as to projectile type (e.g., the self-defense type rounds that are widely available where ammunition is sold), will fragment easily and will be unlikely to penetrate as many sheetrock partitions or other common building elements as many common handgun bullets. I have demonstrated this to classes of police and others by firing through sheetrock and other materials, and many published studies confirm the same results. See attached hereto as **Exhibit 9** an article by R.K. Taubert (FBI, Ret.), "About .223 Penetration," **Exhibit 10** "Real World Testing: .223/5.56 Penetration Tests vs. .40 S&W and 12 ga. Slug," and **Exhibit 11** "Why 'High-Powered' 5.56 NATO/.223 AR-15 is Safer for Home Defense (FBI Overpenetration Testing)," Prepared Gun Owners, July 14, 2016.

48.      **Features of the AR-15 and Other So-Called "Assault Weapons."** The New Jersey statute, in addition to listing a number of prohibited "assault weapons," identifies several features that supposedly distinguish "assault weapons" – as it defines that term -- from ordinary semiautomatic firearms. In actuality, the term "assault weapon" (unlike "assault rifle," which is a compact, lightweight select-fire rifle firing an intermediate-powered cartridge) is a pejorative term created by legislative draftsmen which has no technical definition in the firearms field. *See* Standards & Practices Reference Guide for Law Enforcement Firearms Instructors, P. Covey and

E. Kapelsohn, 1995, "assault rifle" and "assault weapon," p. 5 ff.

49.     The New Jersey statute categorizes as "substantially identical" to the banned firearms, and thus also banned, semiautomatic rifles that have the ability to accept a detachable magazine, and at least two of the following features:

    i.      a folding or telescoping stock;

    ii.     a pistol grip that protrudes conspicuously beneath the action of the weapon;

    iii.    a bayonet mount;

    iv.     a flash suppressor, or a threaded barrel designed to accommodate a flash suppressor; or

    v.      a grenade launcher.

50.     The statute also prohibits a semiautomatic shotgun that has at least two of the following features:

    i.      a folding or telescoping stock;

    ii.     a pistol grip that protrudes conspicuously beneath the action of the weapon;

    iii.    a fixed magazine capacity in excess of 5 rounds; or

    iv.     an ability to accept a detachable magazine.

51.     Having extensive personal experience as a user, as a firearms instructor, and as a consultant, with all of the design features identified by the legislation, and with their practical effects on the capabilities of firearms, I will address these features below.

52.     **Pistol Grips.**  One of the New Jersey law's prohibited features is a "pistol grip that protrudes conspicuously beneath the action of the weapon."  The AR-15 is, as discussed above, a semiautomatic version of the select-fire military M16 and its predecessor, the Armalite Rifle Model 15 ("AR-15").  The M16 is designed, as its "select-fire" description indicates, to fire either semiautomatically, or automatically ("full-auto") by the positioning of its safety/selector lever for one or the other mode of fire.  When firing automatically ("full-auto"), the military M16 has a cyclic rate of fire of 750-900 rounds per minute.  In practical effect, with the most commonly used 30-round magazines, a shooter firing an M16 full-auto may actually be able to discharge roughly 250-300 rounds per minute, although not necessarily with good accuracy.  In order to allow military users of the M16 to fire it full-auto while staying on target, rather than having significant "muzzle climb" while firing, the M16, and similar fully-automatic or select-fire rifles, employ what is termed a "straight-line design," meaning that the rifle's barrel and its stock, which is placed on the user's shoulder when firing, are in a straight line, so that recoil is transmitted straight rearward into the user's shoulder along the axis of the bore, which is the axis of recoil. Attached hereto as **Exhibit 12** is a diagram of a standard AR-15/M16, showing this straight-line design. In order to make the straight-line design possible, the front and rear sight assemblies of the M16 and AR-15 are raised considerably (about 2-1/2 inches) above the line of the rifle's bore (barrel), so that they will be in line with the shooter's eye for aiming, when the rifle's buttstock is seated on the user's shoulder in firing position.  This differs from the

conventional design of sporting rifles and shotguns (generally wooden-stocked), in which the sights are mounted much closer to the axis of the bore/axis of recoil, and the buttstock angles downward significantly to reach the user's shoulder.  Because the buttstock and the point of shoulder support is thus significantly below the axis of recoil, such conventionally-stocked rifles exhibit a great deal of "muzzle rise" when each shot is fired.  This slows down even semiautomatic or manually-operated shots from conventionally-stocked rifles, and would make it very hard to keep them on target if they could be made to fire full-auto.  The purpose of the M16's straight-line design is to eliminate this muzzle rise from shot to shot.  However, because the M16 and AR-15 have a stock which comes straight back from the rifle's receiver to the user's shoulder, it then becomes necessary to provide a "pistol grip" that protrudes downward from the rifle's receiver ("action," per the New Jersey statute).  Otherwise, the user would have to raise his or her dominant arm uncomfortably high to grip the rifle, operate the manual safety, and pull the trigger.  In such a position, the dominant hand could interfere with aiming the rifle, in addition to which the trigger and trigger guard of the M16 and AR-15 are not located in a position that would make this contorted arm and hand position easily performable. The design purpose of the M16/AR-15's pistol grip is to position the user's hand properly and comfortably behind the trigger and trigger guard of the rifle – a position which would not be feasible for the user to assume without the pistol grip – and, in the case of the M16 when fired full-auto in military use, to provide better control of the rifle in full-auto fire.

53.      Even when the rifle is fired semiautomatically, in the normal manner for the "civilian" AR-15, the straight-line stock design and the pistol grip reduces muzzle rise, allowing more accurate fire and faster follow-up shots.

54.     Contrary to the claims of some anti-gun activists, a pistol grip on a rifle stock does not allow the rifle to be "wildly spray fired" in all directions.  Certainly our Department of Defense would not want our military rifles, including our M16 and later evolved M4 rifles, to be so equipped.  Neither would law enforcement agencies all over the United States, which are concerned with the accuracy and safety with which their AR-15 patrol rifles can be fired, including in areas which may be densely populated with innocent bystanders. The pistol grip on the AR-15 stock, and pistol grips on the stocks of other semiautomatic rifles and shotguns, also do not allow these rifles to be reloaded any faster than similar firearms without pistol grips.  Instead, pistol grips on semiautomatic rifles and shotguns simply provide an appropriate and comfortable way of gripping these firearms, without contorting one's hand, wrist and arm into an unnatural position.

55.     Largely because pistol grip stocks on semiautomatic rifles have proven to be so comfortable, and to permit good control of the weapon and its controls, pistol grip stocks have in recent years grown in popularity on semiautomatic and pump-action shotguns as well.  As with pistol grip stocks on semiautomatic rifles, pistol grip stocks on semiautomatic or other shotguns do not especially permit or induce "spray firing" (whatever that means), or faster reloading of the firearms.  Pistol grip stocks do not make the rifles or shotguns better suited to criminal purposes, and do not create a public safety problem.  Pistol grip stocks are not "evil." Pistol grip stocks, commonly used on rifles and shotguns throughout most of the United States, are simply a feature the New Jersey legislature seems to have chosen to identify rifles and shotguns it wishes to make illegal, with no apparent reason that supports such action.

56.     **Folding or Telescoping Stocks.**  Another of the prohibiting features for both

semiautomatic rifles and shotguns in New Jersey, is the firearm having a "folding or telescoping stock." While the AR-15 can be equipped with a solid (that is, not telescoping) buttstock, telescoping buttstocks are far more popular, and are in fact standard on most AR-15 rifles sold today throughout the country, as well as on many other models of semiautomatic rifles.

57.    What telescoping buttstocks actually do is allow for the rifle stock to be adjusted to properly fit the user. The U.S. military's current telescoping buttstock for its M4 rifle (the modern evolution of the M16) allows the stock to be set for any of four to six different lengths. This allows the rifle to be used comfortably and fired accurately by shorter-statured shooters, including female shooters among others. It also allows the rifle to be adjusted for comfortable, accurate firing from different shooting positions, as a stock length that works well in the standing position may be too long for optimum use from a sitting or kneeling position. The telescoping stock also allows the stock to be shortened when the shooter is wearing heavy clothing, as in wintertime, and lengthened when lighter clothing is worn in warmer weather. Telescoping-style adjustable stocks are used for these same reasons on many other firearms other than semiautomatic rifles, including both pump-action and semiautomatic shotguns, for example the Mossberg pump-action Model 500 Tactical and ATI Tactical shotguns.

58.    Folding stocks, in contrast to telescoping stocks, offer law-abiding firearms users the advantage of storing the firearm more conveniently, and transporting it to and from the range in a more compact carrying case. A folding-stock semiautomatic rifle or shotgun with its stock folded is still not a particularly concealable firearm, and handguns, not rifles or shotguns with either a folding or a telescoping stock, will remain the firearms most often used by criminals.

59.    **Bayonet Mounts.** Another prohibited feature is a "bayonet mount," sometimes

called a "bayonet lug." This is typically a small steel block, welded to the barrel of a firearm a few inches back from the muzzle, which can be used to attach a bayonet to the rifle or shotgun. In fact, bayonet mounts are common on many types of civilian rifles and shotguns. Bayonet mounts have approximately zero significance with regard to crime and public safety in the United States. One would be hard pressed to find crimes committed with bayonets mounted on rifles or shotguns. One never hears, for instance, of "drive-by bayonettings." Again, the New Jersey statute's prohibiting of bayonet mounts, while sensational, is largely superfluous.

60.   **Flash Suppressors and Threaded Muzzles.**  Another of the prohibited features is a "flash suppressor," or a threaded barrel designed to accommodate a flash suppressor. A flash suppressor is a fixture on the end of a rifle's barrel that divides and diverts the muzzle flash through several slots or holes, most commonly arranged radially around the axis of the bore. The most common type of flash suppressor on AR-15 rifles is probably the Mil Spec A2 birdcage type, which has four slots from about the nine o'clock to three o'clock positions (that is, around the top 180 degrees of the suppressor), but is solid on the bottom in order not to raise clouds of dust or dirt when firing from a prone position on dry ground. Attached hereto as **Exhibit 13** is a picture of an A2 birdcage flash suppressor. Flash suppressors are not expensive accessories; for example, the Aero Precision A2 birdcage-type suppressor shown in Exhibit 13 retails for $7.99.

61.   The major advantages of a flash suppressor on a rifle's barrel are: (1) the reduction of muzzle flash so as not to temporarily blind a shooter who is firing in a darkened environment, whether in a defensive situation or on an indoor shooting range, and (2) the reduction of muzzle flash from a military rifle, so as to minimize the illumination of the shooter, which might reveal his location to enemy troops in darkened environments. The flash suppressor

also serves to protect the muzzle of the rifle from dirt, mud, sand, etc., which could dangerously plug the muzzle if it were to touch the ground outdoors.  Purpose (2) above, which is primarily military in nature, is of questionable importance in regard to the criminal use of firearms in the civilian world.  Purpose (1) above is important in a rifle used for self-defense by civilians, and legislation that prohibits flash suppressors makes rifles less suitable for self-defense use by civilians.  Law enforcement statistics indicate that a high percentage of violent crime occurs during the hours of darkness, or in otherwise darkened environments (poorly lighted indoor areas, for example). Attached hereto as **Exhibit 14** is a digital article from Security Magazine, "Violent Crimes Most Likely to Occur At Night."  The use of a rifle without a flash suppressor under those circumstances is likely to temporarily blind the user, or at least seriously impair the user's vision, placing the law-abiding user at a disadvantage to a criminal attacker, and increasing the danger to the public if the vision-impaired user must fire the rifle before his or her normal visual abilities return after an unsuppressed muzzle flash in the dark.  **Exhibit 15** provides an example of the difference between an AR-15's muzzle flash with no flash suppressor (Exh. 15A), and the muzzle flash when a suppressor is used (Exh. 15B).

62.     The value of the flash suppressor in protecting the rifle's muzzle from being damaged, or from being plugged with mud, dirt or sand if the rifle's muzzle touches the ground, is significant, and is stressed by some instructors in defensive rifle classes.  I have personally seen a firearm's barrel burst upon firing when the muzzle was plugged with mud after inadvertent contact with the ground.  Luckily no one was injured, but the results could have been catastrophic.

63.     A great many rifles today come standard from the manufacturers with threaded muzzles, with the threads protected by screw-off metal caps.  These threaded muzzles will allow

the attachment of various muzzle devices, including flash suppressors, recoil-reducing muzzle brakes, or sound suppressors (so-called "silencers"). While sound suppressors are prohibited for civilian ownership in New Jersey, they are legal, with proper federal licensing, in many other states, including nearby Pennsylvania. Contrary to their portrayal on television and in movies as instruments of crime, sound suppressors do not make the report of most firearms nearly inaudible, and the suppressors have many legitimate purposes on semiautomatic rifles used for defensive purposes, whether by police or private individuals. The most important of those legitimate purposes is to allow the user to fire the rifle, especially in indoor environments, without suffering permanent hearing loss from the sound of shots. This can occur because, unlike shooting on a firing range while wearing hearing protectors, firing a .223 rifle without hearing protection, as would likely be the case in a self-defense situation, can in many cases result in some degree of permanent hearing loss. For this reason, police departments today are often equipping their AR-15 patrol rifles with sound suppressors to protect the hearing of their police officers.

64.     Even though sound suppressors are not legal for civilian ownership in New Jersey, and regardless of whether or not the user wishes to, or can legally, attach a flash suppressor to the muzzle of the rifle, the fact that New Jersey's "assault firearm" statute prohibits rifles with threaded muzzles eliminates many excellent threaded-muzzle firearms from being able to be sold, purchased or possessed in New Jersey, despite the fact that the threaded muzzle, in and of itself, has little if any effect on crime or public safety.

65.     One of the muzzle devices a threaded muzzle allows the user to attach to a rifle is a muzzle brake, which is a recoil-reducing device. Muzzle brakes are advantageous, are preferred by many shooters, and are perfectly legal under New Jersey law. But because the New Jersey law

lists threaded muzzles as one of the prohibiting features, it makes it much more difficult, if not in some cases impossible, for a New Jersey gun owner to make use of a muzzle brake for his semiautomatic rifle.

66.      **Prohibited Pistol Features.**      The New Jersey statute also prohibits semiautomatic pistols that have the ability to accept detachable magazines and have at least two of the following features:

    i.   magazine that attaches to the pistol outside of the pistol grip;

    ii.  A threaded barrel capable of accepting a barrel extender, flash suppressor, forward handgrip, or silencer;

    iii. A shroud that is attached to, or partially or completely encircles, the barrel and permits the shooter to hold the firearm with the non-trigger hand without being burned; or

    iv.  A manufactured weight of 50 ounces or more when the pistol is unloaded.

67.      The attachment point of the pistol's magazine (item i above) has nothing to do with the pistol's safety or its usefulness to criminals.  Like other features discussed above, this is an arbitrarily-chosen feature that is only useful as a means of criminalizing certain firearms, with no rational basis for doing so.

68.      Threaded barrels (item ii of Paragraph 66) have already been discussed above. The threaded barrel itself does not make the handgun "evil" or unsafe.  Increasing numbers of handguns today come from the factory with threaded muzzles. The advantages of a flash suppressor have already been discussed, and will not be covered again here. Flash suppressors

are, in any event, rarely used on handguns. Silencers are illegal for ownership by private individuals in New Jersey, so it seems fairly senseless to prohibit a pistol with a threaded barrel simply because that feature might allow the pistol to be fitted with a silencer. A "barrel extender" is usually a purely cosmetic feature, affecting only the appearance of the handgun. A forward handgrip may allow some people to hold pistol more firmly and fire it more accurately. It is hard to see why the New Jersey legislature would be opposed to this.

69.     A barrel shroud (item iii of Paragraph 66) serves to protect the shooter's hand from being burned by a barrel that has become hot from firing. Barrel shrouds have been commonly used on rifle and shotgun barrels since the early 1900's, and are available on many rifles and shotguns today. It is hard to see how a device that serves to protect the user's hand, and that is legally provided on many rifles and shotguns, should be illegal when used on a handgun.

70.     The total weight of the handgun (item iv of Paragraph 66), at 50 ounces when unloaded, makes the described firearm unusually large and heavy for a handgun. This, in turn, makes the handgun less easily concealed and carried, whether by a criminal or a law-abiding user. It is difficult to see how this forms a rational basis for prohibiting a firearm.

71.     **Shotgun Magazine Capacity.**     Another of the prohibited features is a semiautomatic shogun with a fixed magazine capacity of over five rounds. Many semiautomatic shotguns intended for self-defense use have magazine capacity of over five rounds. The Mossberg 930 (8-shot capacity) and several of the excellent Benelli tactical shotguns are examples. Because shotguns with fixed (i.e., tubular) magazines must be reloaded one round at a time – a slow and difficult process at best in a stressful self-defense situation – the magazine capacity of the shotgun is an important feature, as larger capacity reduces the likelihood that

reloading during the midst of a self-defense shooting incident will be necessary.

72.     **Conclusion.** New Jersey's so-called "assault weapon" legislation appears to focus primarily on cosmetic features of firearms.  In fact, the AR-15 is just another semiautomatic rifle, a type of firearm that has existed since about 1900.  The AR-15 is, in many cases, an excellent rifle for law-abiding citizens to use for self-defense, as well as for target shooting, recreational shooting, and hunting or control of predators, rodents and other pest animals where game laws permit. Features such as flash suppressors, threads at the muzzle end of the barrel, pistol grips, telescoping or folding stocks, bayonet mounts, and the other features discussed above are of little significance to criminals, but serve to criminalize rifles and shotguns, widely used by the tens of millions throughout most of the United States, that are useful, accurate, and safe for law-abiding citizens to use.  Pistol grips, flash suppressors, threaded muzzles, telescoping or folding stocks, detachable magazines for semiautomatic rifles, and shotgun magazine capacity in excess of five rounds, all have legitimate advantages to the law-abiding user.  These are not "evil" features, and are not features that particularly suit the firearm to criminal use, rather than to legitimate use by law-abiding gun owners. It appears that this legislation is either ill-informed, or that its intent is to prohibit some of the most widely used – because they are the most useful – firearms in existence in the United States, which are regularly chosen by law-abiding Americans to protect themselves and their loved-ones from violent crime.

73.     Among the specific facts and opinions I have expressed in the foregoing report are the following:

> i.   Semi-automatic handguns, rifles and shotguns are not new, "evil" creations, but have been in use since before 1900.

ii. The AR-15 and AK-type semiautomatic rifles are owned and used by millions of law-abiding Americans for lawful purposes including self-protection, recreational shooting, hunting, and pest control.

iii. 20-round and 30-round semiautomatic rifle magazines are not "large capacity ammunition magazines," as the New Jersey law misleadingly states. To the contrary, these are the standard-sized magazines for many of the semiautomatic rifles addressed in this lawsuit.

iv. AR-15 rifles are accurate, reliable, safe and easy to use effectively, which is why these rifles are often the firearms chosen by law enforcement and by private individuals for defensive use.

v. Limiting New Jersey gun owners to 10-round magazines for their semiautomatic rifles and pistols imposes an unreasonable and arbitrary disadvantage on them, which negatively affects their ability to defend themselves and their loved ones against violent criminal attack.

vi. Pistol grips on semiautomatic rifles and shotguns are not "evil" features, but have practical advantages in allowing the firearms to be controlled and fired accurately. On the AR-15, for example, these advantages are why Eugene Stoner, one of the world's foremost firearms designers, designed the AR-15 with a pistol grip rather than with some other kind of stock.

vii. Telescoping stocks are not "evil" features, but can be adjusted to allow rifles and shotguns to be handled and fired effectively by shooters of various statures, in various shooting positions, and when wearing various types of clothing or

equipment.

viii. Folding and telescoping stocks for rifles and shotguns allow the firearms to be stored more conveniently, and transported more easily. Even when folded or retracted, these stocks do not make the rifles or shotguns so small as to be easily concealed by criminals. Handguns will remain the weapons of choice of most criminals, as they have always been.

ix. It is unlikely that the technical restrictions of the New Jersey law will be heeded by violent criminals, or that these restrictions will have any noticeable effect on crime.

x. Bayonet mounts are basically irrelevant to the use of firearms by criminals, and the inclusion of bayonet mounts in the list of prohibited features will have no noticeable effect on crime or public safety. The only effect of this provision will be to make many excellent rifles and shotguns unavailable for sale to or ownership by New Jersey gun users.

xi. Flash suppressors on AR-15s and other semiautomatic rifles have a valuable purpose, make the rifles safer to use in dim light, and improve public safety as well.

xii. Threaded muzzles per se have no significant impact on crime or public safety. The prohibition of threaded muzzles makes many excellent firearms unavailable for sale to or ownership by New Jersey gun users. The prohibition of threaded muzzles also makes it difficult or impossible for New Jersey gun users to use muzzle brakes – a perfectly legal device with valuable recoil-reducing

advantages – on their firearms.

xiii. Some of the prohibited features in the handgun section of the law, such as barrel shrouds, provide specific, legitimate advantages to the firearms user. Other prohibited handgun features, such as where the magazine attaches to the handgun, or whether the handgun has a barrel extender, are arbitrary and irrelevant to crime and public safety. The overall effect of the handgun section is simply to criminalize various handguns, based on an arbitrary list of features.

xiv. Especially given the slowness and difficulty of reloading a tubular-magazine shotgun during the stress of a self-defense confrontation, the limitation of semiautomatic shotguns to a capacity of 5 rounds places New Jersey gun users at a significant disadvantage in confrontations with violent criminal attackers.

74.     All of the facts and opinions I have expressed in this Declaration are accurate to a reasonable degree of professional certainty in my fields of expertise.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States.

EMANUEL KAPELSOHN

Dated: October 6, 2023

–36–

# EXHIBIT "1"

**CURRICULUM VITAE:  EMANUEL KAPELSOHN**

**PERSONAL DATA:**  Born:  April 23, 1952.  Newark, NJ
Marital Status:  Married, two children
Address:  1636 N. Cedar Crest Blvd. #320, Allentown, PA 18104
Telephone:  610-360-7053
Email:  peregrine@ptd.net

**ACADEMIC DEGREES:**  Yale University.  B.A.  cum laude.  English Literature (1974)
Activity:  Varsity Heavyweight Crew (earned Varsity Letter)

Harvard Law School.  Juris Doctor (1977)
Activity:  Harvard Prison Legal Assistance Project

**EMPLOYMENT:**

1985 -   President.  The Peregrine Corporation.  Design, evaluation and implementation of training programs for police, security, and other armed personnel and civilians throughout the United States and abroad, including use of force, firearms, defensive tactics, executive protection, and specialized training; instructor and armorer training and certification; consulting with regard to the selection of firearms and other equipment; technical evaluation and consulting regarding design and function of firearms and related products; security surveys and risk assessments; litigation consulting and expert witness services; production of videotape training programs, written training materials, training aids, product literature and warnings; writing articles for publication in law enforcement and firearms periodicals.

2009-10   Adjunct Instructor, Criminal Justice Department, Indiana University, Bloomington, IN. Taught Senior Seminar, "Police Use of Force" (2009, 2010)

2007 -   Attorney. Lesavoy Butz & Seitz LLC.  Allentown, PA.  Civil litigation, municipal law, general practice, risk management.  2007 to present.

2006-7   Associate.  Lamm Rubenstone Lesavoy Butz & David LLC.  Allentown, PA .  Civil litigation, municipal law, general practice.

1994 -
2006   Associate.  Blank Rome LLP, Allentown, PA.  Civil litigation, including state and federal court practice.  Bar admissions:  Pennsylvania Supreme Court, Federal District Courts for the Eastern and Middle Districts of Pennsylvania and the Northern District of New York.

1982-5   Firearms Training Consultant (self-employed).  Firearms instruction for police, security and other armed personnel and civilians; consulting and expert witness services; writing articles for publication in firearms periodicals.

1984-5   Director of Security.  Jasna Polana, Princeton, NJ.  Private estate security, executive protection and protection of valuables in transit.  Responsibilities included hiring and training armed security officers, scheduling, design and implementation of operational procedures, supervision, planning of special operations, dealing with vendors of security equipment and services, and interfacing with law enforcement and other public agencies.

1979-83   Operative.  The Spiesman Agency, New York, NY.  Occasional part-time detective work including surveillance, criminal and civil investigations, interviewing of witnesses, process service, and bodyguarding.

Curriculum Vitae:
Emanuel Kapelsohn
Page 2

1977-82      Associate; Senior Associate.  Friedman & Gass, P.C., 99 Park Avenue, New York, NY.
Commercial litigation, including trial and appellate practice in state and federal courts
throughout the United States for major domestic corporations.  Bar admissions:  New
York Supreme Court; Federal District Courts for the Southern and Eastern Districts of
New York, Western District of Pennsylvania, and District of Utah; U.S. Court of Appeals
for the 10th Circuit; U.S. Armed Services Board of Contract Appeals, Washington, D.C.

**FIREARMS
TRAINING
<u>QUALIFICATIONS</u>:**    FBI-Certified Firearms Instructor
Instructor, Burlington County (NJ) Police Academy (1986-1995)
Instructor, Allentown (PA) Police Academy (1999-2007)
Technical Editor, <u>The Police Marksman</u> Magazine (1987-1990)
Contributing Editor, <u>Special Weapons and Tactics</u> Magazine (1983-1986)
Editor, <u>The Firearms Instructor</u> (1994-1995)
Editorial Committee, <u>The Firearms Instructor</u> (1988-94, 1996-97, 2001- 2002)

International Association of Law Enforcement Firearms Instructors (IALEFI)
Active Member (1984-   );  Member, Board of Directors (1987-   ); Third Vice
President (1991- 2011 ); Second Vice President (2012-2015); First Vice-
President (2015-   )Chairman, Firearms Training Criteria Committee (1995-
2016 ); Chairman, Corporate Sponsorship Committee (1987-1990); Chairman,
Instructor Certification Committee (1988-1990); Chairman, Safety Committee
(1995- 2003);  Member, Safety   Committee (2003-   ); Member, Legal
Committee (1987-1999); Chairman, Legal Committee (1999-  ); Chairman,
Editorial Committee (1994-1995); Member, Editorial Committee (1988-1994,
1996-1997; 2001-2003); Chairman, Firearms Training Standards Subcommittee
(1992-95); Member, Instructor Criteria Committee (1996-   ); Member, By-
Laws Committee (1999-2002; 2016-   ); Member, Ethics Committee (2003-  ).
Principal Author or Associate Editor of several IALEFI publications – see
below.  Originator, IALEFI Handgun Safety Check.  Designer, IALEFI Q target
series. Member, Instructor Certification Committee (2010 - 2011).  Chairman,
Instructor Criteria Committee (2020 -      ).

Member, National Advisory Board, Police Marksman Association (1986-2006)
Special Police Officer, Lawrence Twp. Police Department (1986)
Reserve Deputy Sheriff, Cleveland County Sheriff's Office (1988-1991)
Reserve Lieutenant, Albee-Maple Grove Police Department (1989-1990)
Special Deputy Sheriff, Salt Lake County Sheriff's Office (1992-2006)
Special Deputy Sheriff, Berks County (PA) Sheriff's Department (1997-    )
Reserve Deputy Sheriff, Greene County (IN) Sheriff's Reserve (June 2008-2012)
Staff Instructor in Pistol, Shotgun, and Rifle at the American Pistol Institute
  (Col. Jeff Cooper, Director)  (1980-1982)
Senior Affiliate Instructor, Defense Training International (John S. Farnam,
  President); DTI Instructor Update (2020)
Instructor, Executive Security International (Aspen, Colorado 1986-1988)
NJ Police Training Commission-Certified Firearms Instructor
Pennsylvania Municipal Police Officers Education & Training Commission -
  Certified Instructor (MPI # 1360, General Instruction, Special Instruction -

Curriculum Vitae:
Emanuel Kapelsohn
Page 3

Firearms, Application of Force)
NRA-Certified Police Firearms Instructor
NRA-Certified Security Firearms Instructor
NRA-Certified Law Enforcement Rifle Instructor
NRA-Certified Practical Firearms Instructor (Personal Protection)
NRA-Certified Pistol Instructor
NRA- Certified Rifle Instructor
NRA-Certified Shotgun Instructor
NRA-Certified Law Enforcement Submachine Gun Instructor
NRA-Certified Home Firearms Responsibility Instructor
NRA-Certified Police Tactical Firearms Instructor
NRA-Certified Chief Range Safety Officer
NRA-Certified Police Precision Rifle Instructor
H&K-Certified MP-5 User
H&K-Certified MP-5 Instructor
SIG Pistol Armorer
Glock Pistol Armorer
Glock Pistol Armorer Trainer
Mossberg Shotgun Armorer
Mossberg Shotgun Armorer Trainer.  Developed and presented armorer training
    programs for O.F. Mossberg & Sons, Inc. for Models 500, 590 and 590DA
    shotguns, including consulting on revisions of Armorer's Manual and
    development of related training materials including student handouts, written
    and practical examinations, visual aids, etc.  Trained other Armorer-Instructors
    for Mossberg.
Colt Rifle and Submachine Gun Armorer
NLETC-Certified Lindell Handgun Retention Systems Intermediate Trainer
Glock Authorized Transitional Training Consultant.  Designed and taught
    armorers and firearms instructor courses on a contract basis for Glock, Inc.
    from approximately 1987 through 1993, including development of instructor
    notebook and related materials, student handouts, written tests, qualification
    standards, visual aids, etc.  (See below for specific course dates and locations.)
Justice System Training Assoc.-Certified Psycho-Motor Skill Design Instructor
Certified Police Defensive Tactics Instructor
Firearms Instructor and Safety Officer, U.S. Treasury Department Pistol
    Club, New York, NY (1980-83)
"A" Class IPSC Pistol Competitor
Executive Protection Specialist License (State of Colorado)
Certified Agent, Pennsylvania Lethal Weapons Act (Act 235)
Certified ASP Baton Instructor
OCAT-Certified Pepper-Spray Instructor
Certified FATS Instructor Trainer
NTOA - Certified Less Lethal Impact Munitions Instructor
Taser Master Instructor
Light Rifle Expert (NRA Rating)
Smallbore Rifle Expert (NRA Rating)
General Rifle Expert (API Rating)
Pistol Expert (NRA and API Ratings)
Revolver Expert (NRA Rating)

Curriculum Vitae:
Emanuel Kapelsohn
Page 4

Handgun Distinguished Expert (NRA Rating)
Shotgun Expert (NRA and API Ratings)
Submachine Gun Expert (NRA Rating)
Federal Firearms Licensee and Class III Licensee
Designer and copyright holder, IALEFI-Q,  IALEFI-QP, IALEFI-QR  and
derivative targets (millions used by numerous law enforcement agencies, and
academies nationwide; used worldwide by U.S. Marine Corps Security Detail –
U.S. Embassy security; Wyoming Law Enforcement Academy target; Wisconsin
DOJ training target; Commonwealth of Massachusetts Training Target, et al.)

Testified regarding firearms before the United States Senate Judiciary
  Committee (Subcommittee on the Constitution), United States House of
  Representatives Judiciary Committee (Subcommittee on Crime), New York
  City Council, New Jersey Assembly Committee on Law and Public Safety,
  Massachusetts General Assembly Committee on Law and Public Safety, and
  Florida  Legislature Committee on Law and Public Safety, California DOJ

Selected by Citizen Ambassador Program as Delegation Leader for American
  Law Enforcement Firearms Instructors Exchange Program to China, planned
  for Spring 1988 (trip did not occur).

Consultant to Sturm, Ruger & Co. regarding law enforcement firearms and
  development of law enforcement firearms training programs.  Presented several
  demonstrations and familiarization courses with Ruger service pistols at police
  academies and agencies in Canada, including RCMP Academy, Regina, Canada

Consultant to Springfield Armory regarding development of self-defense
   handguns for the civilian consumers.

Boy Scouts of America, Merit Badge Counselor for Rifle and Shotgun
New York State IPSC Championships (1979):  5th place overall
Second Chance Competition (Central Lake, Michigan 1983):  Shot pump-action
  shotgun on 3-man  team that place high nationally, winning rifles.
National Tactical Invitational, Harrisburg, PA (1992):  7th place overall
National Tactical Invitational, Harrisburg, PA (1993):  4th place overall
IALEFI Stephen House Memorial Match, Reno, NV (1993):  6th place overall
IALEFI Stephen House Memorial Match, Amarillo, TX (1994):  11th place o/a

As a firearms instructor and/or consultant in training and use of force, or as a
  sworn, armed reserve deputy sheriff or special deputy, have spent many
  hundreds of hours accompanying police and security officers and/or engaging
  in patrol and enforcement activities throughout the United States and several
  foreign countries, in activities including routine patrol, traffic enforcement,
  armored transport, security of facilities and protection of persons and valuables,
  vehicular and foot pursuits, K-9 searches, response to crimes in progress, raids
  and warrant service, arrests, response to shootings and other violent events,
  arrests at gunpoint, searches of vehicles and persons, response to threatened
  suicides, alarm response, prisoner transports, road blocks and checkpoints,
  domestic disturbances, barricaded gunman, mentally ill or emotionally disturbed

Curriculum Vitae:
Emanuel Kapelsohn
Page 5

persons, response to vehicle accidents, traffic control, policing public events.

Qualified as expert witness by state courts in Connecticut, New York, New Jersey, Pennsylvania, Maryland, Delaware, Tennessee, Georgia, Florida, Louisiana, Arizona, Wisconsin, Minnesota, Michigan, Ohio, Illinois, Iowa, Mississippi, Kentucky, West Virginia and California, and federal courts in Connecticut, California, New York, New Jersey, Pennsylvania, Tennessee, Florida, Louisiana, Maryland, Illinois, Arkansas, Oregon and Montana; consulted and testified on subjects including firearms, firearms training, safety, use, functioning, operability, maintenance and design; inspection and testing of firearms; holster design and weapon retention; firearms accidents; involuntary muscular contraction and unintentional discharge of firearms; physiological and perceptual/psychological effects of gunfight stress ("adrenalin dump," "fight or flight syndrome" or "body alarm reaction") including tunnel vision, auditory exclusion, time distortion, tachypsychia, schema; distinguishing toy guns, airguns and other objects from firearms; firearms-related tactics and police procedures; covering of suspects at gunpoint; defensive tactics; use of force in correctional facilities; training psychomotor skills; gunfight statistics and conditions; written training and use materials, including warnings and user's manuals; ammunition and ballistics, including bullet trajectories, trajectories through glass; ricochets, bullet penetration and expansion, gunshot wound ballistics, ability of individuals to continue physical activity after being shot; behavior of projectiles upon striking steel and other surfaces, cartridge pressures, cartridge case ejection patterns, muzzle flash, and gunshot noise; reaction time and action vs. reaction; time for suspect to turn his body compared to time required for officer to fire shot ("suspects shot in back"); threat level assessment and justification for use of deadly and non-deadly force; movements, police pursuits and use of force during police pursuits; tactics; arrest procedures; firearms history and development; firearms recoil; firearms toolmarks; non-powder guns; vision, threat assessment and shooting under reduced light conditions; performance of human eye when aiming and firing firearms; concealability of firearms; firing range design, safety and maintenance; paintball and other non-powder guns; ammunition reloading and inspection; home storage of firearms; so-called "Saturday Night Specials;" knife threats; use of "OC" (pepper spray); Taser; speed of firing shots; "21 Foot Rule" and time to cover distances; action vs. reaction, reconstruction of shooting scenes; muzzle to target proximity; powder stippling and other close-range ballistic effects; video evidence, improvised impact weapons, etc.

Clients and parties on behalf of whom cases have been undertaken have included the U.S. Department of Justice, Department of Energy, and Drug Enforcement Administration; Judge Advocate General Corps; Attorney General's Offices of Pennsylvania, Wyoming, South Dakota, and Louisiana; Atlantic County (NJ) Prosecutor's Office;  Monroe County (PA) District Attorney's Office; Cumberland County (PA) and Centre County (PA) District Attorney's Offices; Kenosha County (WI) District Attorney's Office; State of Georgia (Atlanta Judicial District);  Cities of Pittsburgh (PA), Newark (NJ), Bridgeport (CT), Egg Harbor City (NJ); Town of East Haven (CT); Chicago; New York; San Diego (City and County); Jacksonville; Nashville; Milwaukee; Public Defender's

Curriculum Vitae:
Emanuel Kapelsohn
Page 6

Offices of Monroe County, Clarion County and Lycoming County (PA); State's
Attorney's Office in Devil's Lake (ND); State of Delaware Public Defender's
Office; Delaware Department of Justice; Bianchi International; Safariland, Inc.;
Glock, Inc., O. F. Mossberg & Sons, Para-Ordnance Mfg, Inc., SigArms, Inc.;
Remington Arms; private attorneys representing defendants in criminal and
administrative proceedings, and private attorneys representing plaintiffs and
defendants in civil cases.

Advisory Board Member, Firearm Injury Research Project (national research
  project conducted through FICAP at University of Pennsylvania) 2001-2005
Member, Firearms Section (formerly Firearms Committee), American
  Society of Law Enforcement Trainers (2000-2003)
Consultant to Pennsylvania Municipal Police Officers Education and
  Training Commission (pro bono) on development of new firearms and
  use of force curriculum for use at police academies throughout the state;
  revision of firearms and use of force curriculum in 2015 after 14 years of
  statewide use; development of use of force mandatory in-service training
  program (2015), including pilot program and instructor-training program.
Consultant to Allentown Jewish Community Center on security issues
  (pro bono, 1998-2000)
Consultant to The Swain School, Allentown, PA, on school security issues
  (pro bono, 1999-2003)
Consultant to Faith Church, Trexlertown, PA on security issues (pro bono, 2017-)
Para-Ordnance Armorer-Trainer and Instructor-Trainer.  Under contract with
  Para-Ordnance Mfg. Co., developed and presented armorer and instructor
  training programs.
Kimber Pistol Armorer-Trainer and Instructor-Trainer.  Under contract with the
  City of Tacoma, and as authorized by Kimber Mfg. Co., developed and
  presented law enforcement armorer and instructor training programs, including
  writing armorer notebook, instructor notebook, and related materials.
Hunter since age 10:  varmints and small game (New Jersey, Pennsylvania,
  Indiana); deer (New York, New Hampshire, Pennsylvania, Alabama, Louisiana,
  Indiana); pheasant and partridge (Pennsylvania, New Jersey); ducks Louisiana);
  dove (Pennsylvania); woodcock (Connecticut); wild boar (NH, TX, OH).
Handloader and reloader of ammunition, including bullet casting (1978 -    )
Oregon Department of Public Safety Standards & Training – Certified Firearms
  Instructor (2002)
Commonwealth of Pennsylvania, Municipal Police Officers Education &
  Training Commission, subject matter expert - member of standing Firearms
  Committee developing guidelines, policy and standards on firearms issues;
  member of committee developing state-wide standards for police patrol rifle
  (2003 -    )
Good Shepherd Hospital Charity Sporting Clays Tournament (2002, 2004, 2005)
Consultant to City of Easton regarding Easton Police Department firearms
  training, policies and procedures, and Easton SWAT Team (2005).
Certified Benelli Shotgun Armorer (2006)
Chairman, Firearms Committee, Berks County Sheriff's Department.  Chaired
  departmental committee hearings, making determinations with regard to
  intentional and accidental shootings.

Curriculum Vitae:
Emanuel Kapelsohn
Page 7

Consultant to Lehigh County Municipal Emergency Response Team ("MERT") regarding use of force policies (2006-2007).

Consultant to California U. of Pennsylvania re. firearms and use of force policy

U.S. Department of Justice:  included on list of attorneys selected to provide emergency interim legal representation of federal agents involved in shootings (2000-    ).

Invited by Chinese government to travel to China to teach police firearms instructors (2010; declined invitation)

"Governor's Award," Indiana Police Firearms Training Association (2010)

Recipient, 2012 IALEFI "Charlie Smith Award" ("In recognition of your tireless efforts and unwavering loyalty to the goals, ideals, and members of our organization.")

Appointed to Advisory Board, Armed Citizens Legal Defense Network (2012)

Consultant to PA MPOETC in revision of police academy curriculum (2014-15), and development of Mandatory In-Service "Use of Force" program taught to 25,000 police officers statewide, including teaching of pilot program and conducting instructor-training program.

FASTER-certified Intervention Specialist (Chris Cerino and Andrew Blubaugh, Instructors, Rittman, Ohio 2018)

Rangemaster-certified Firearms Instructor (Tom Givens, Instructor, Xenia, Ohio 2018)

Advanced Force Science Specialist, Force Science Institute (2018) (see below)

UTM Professional Training Organization ("PTO") certification

Realistic De-Escalation Instructor, Force Science Institute (2021) (see below)

**TRAINING COURSES ATTENDED:**

API Basic Pistol Course (1979):  Expert rating; finished second in class

API Special Pistol Course (1980):  Expert rating; finished first in class

API Defensive Shotgun Course (1981):  Expert rating; finished second in class.

API Rifle Course (1983):  Expert rating; finished third in class.

American Small Arms Academy, Submachine gun tutorial, Chuck Taylor (1981)

Police Marksman Association Police Officer Advanced Street Survival Seminar (Instructors Massad Ayoob, Ray Chapman, Jim Morell, et al., 1983):  Certif.

Defense Training International, Defensive Handgun/Defensive Submachine Gun (1983): Certificate

Red Cross First Aid Course (1984):  Certificate

Red Cross CPR Course (1984):  Certificate

Red Cross CPR Course (1991):  Certificate

New Jersey Hunter Safety Courses (1966, 1967, 1968):  Certificates

NRA Security Firearms Instructor School (FBI Academy, Quantico, VA 1984):  Pistol Expert, Revolver Expert, and Shotgun Expert:  Certificates

Law Enforcement Training - Survival 3 Seminar (1984):  Certificate

International Police Academy - Morell-Trained Instructors Seminar (Instructors Jim Morell and John Desmedt, 1984):  Certificates of Training in Principles of Control and in Advanced Instructor Training

BSR Counter-Terrorist Driving School (Summit Point Raceway, West Virginia, 1984):  Certificate

Curriculum Vitae:
Emanuel Kapelsohn
Page 8

International Police Academy - Defensive Tactics Instructor Level 1
  (Sampson Technical College, Clinton, NC 1984):  Certificate
FBI Firearms Instructors Course (Burlington County Police Academy, 1985):
  Certificate
International Police Academy - Master Instructors Seminar (Instructors Morell,
  Desmedt, et al., 1985):  Certificate and Guest Instructor Award
1984 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Nashville, TN):  Certificate
91st Annual Conference, International Association of Chiefs of Police
  (Salt Lake City, UT 1984)
LAPD Ordnance Exposition (Los Angeles 1984):  Seminars on Handgun
  Survival; Firearms Evidence; Officer-Involved Shooting Incidents: Certificates
ESI Advanced Executive Protection Program (Aspen, CO 1985):  Certificate
  and State of Colorado Executive Protection Specialist License
1985 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Philadelphia, Police Academy):  Certificate.
  Presented instructor-level class on close-range shooting techniques
U.S. Marshal Service Automatic Weapons and Officer Survival Course
  (North Carolina 1985):  Certificate
Tactical Response Association Ordnance Exposition (Las Vegas, 1986):
  Attended seminars on Rapelling SAS Method, Shooting Simulation Response
  Course, Satanic Cults and Crimes, Terrorism Perspective 1986, and
  International Terrorism Symposium:  Certificates
NRA Law Enforcement Rifle Instructor School (U.S. Marine Base, Quantico,
  VA 1986):  Scored 99.33% on firing test:  Certificate
1986 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Orlando, FL):  Certificate.  Presented
  instructor-level classes on Dim-Light Handgun Shooting; Police Shotgun
International Police Academy - Straight Baton Class (Instructor Jim Morell,
  Allentown, PA  1986):  Certificate
Department of Defense Tactical Team Training Seminar (ARDEC, 1986):
  Certificate
Calibre Press Street Survival Seminar (Atlantic City, NJ 1986):  Certificate
Tactical Response Association World Conference on Terrorism (Washington,
  D.C. 1987):  Attended seminars on GSG 9 Tactics, Hostage Negotiation, and
  Making of SWAT Teams:  Certificate
Glock Armorer's Course (Beltsville, MD 1987):  Certificate
Ordnance Expo '87 (Chicago, IL):  Attended seminars on Vicarious Liability
  for Law Enforcement/Psychological Screening of Officers; Indoor and Outdoor
  Range Design; Tactical Load-Bearing Vests for Special Operations; and
  Revolvers vs Semi-automatic Pistols
NLETC Lindell Handgun Retention System Course (1987):  Intermediate
  Trainer Certification
1987 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Mesa, AZ):  Certificate.  Presented
  instructor-level classes on tactical use of cover.
NRA Law Enforcement Semi-Automatic Pistol Seminar (U.S. Marine Base,
  Quantico, VA 1987).  Attended and served as Chief Instructor for this course.

Curriculum Vitae:
Emanuel Kapelsohn
Page 9

NRA National Instructors Conference (Orlando, FL 1988):  Attended sessions
  on NRA Personal Protection Course and on Modern Rifle Training Techniques
Tactical Operations Seminar (Law Enforcement Defensive Systems.  New Jersey
  1988.  Instructor Robert J. O'Brien):  Certificate
AAI Corporation Law Enforcement Chemical Munitions Training Program
  (New Jersey 1988):  Certificate
Factory Tours and Visits:  Colt Firearms (Hartford, CT); Smith & Wesson
  (Springfield, MA); Mossberg (North Haven, CT); U.S. Repeating Arms
  Co. (New Haven, CT); Sturm Ruger & Co. (New Hampshire and
  Prescott, AZ); Winchester (East Alton, IL); Swartklip Munitions
  (South Africa); Glock Gesmbh. (Austria); AV Technologies (Michigan);
  Second Chance Body Armor (Michigan); Para-Ordnance (Toronto); Keystone
  Sporting Arms (Milton, PA); Kimber Mfg. Co. (New York);
  Mossberg/Maverick Arms (Eagle Pass, TX); Glock, Inc.  (Smyrna, GA 1989,
  2014 and subsequent); Gould & Goodrich Holsters (Lillington, NC) 2017.
SHOT Shows and NRA Annual Shows: attended various years 1984-2016 et seq.
Museums visited (arms and armor collections) include Winchester Gun Museum
  (New Haven, CT), Museum of the Confederacy (Richmond, VA), Arms and
  Armor Museum (Kutztown, PA), Metropolitan Museum Arms and Armor
  Collection (New York, NY), National Firearms Museum (Fairfax, VA), U.S.
  Marine Corps Museum (Quantico, VA 1987), West Point Museum (West Point,
  NY),   Pennsylvania State Police Weapons Collection (Hershey, PA), U.S.
  Army Ordnance Museum (Aberdeen Proving Grounds, MD), Texas Rangers
  Museum (San Antonio, TX), and private tour of Division Balistique,
  Laboratoire de Police Scientifique at Police Headquarters, Paris, France
  (ballistics laboratory and weapons collection); National Museum of the Marine
  Corps (Quantico, VA 2008).
Visit to G.I.G.N. Headquarters to observe firearms training and facilities
  (French Gendarmerie Counter-terrorist and Hostage Rescue Team), Versailles,
  France (2008)
SIGARMS Law Enforcement Firearms Familiarization Course (October 1988):
  Certificate
1988 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (St. Augustine, Florida):  Certificate.
  Presented instructor-level class on dim-light assault rifle and shotgun
  techniques; moderated panel discussion on semi-auto pistol transition training.
Second International Training Seminar, American Society of Law Enforcement
  Trainers (Kansas City, Missouri 1989):  Certificate.  Presented instructor-level
  classes on draw and close-range handgun techniques; attended classes on
  training female officers, straight baton techniques, maximization of revolver
  skills, and teaching psychomotor skills
Wound Ballistics Seminar (Instructors Dr. Martin L. Fackler, M.D., et al.)
  Phoenix, Arizona 1989):  Certificate
1989 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Salt Lake City, Utah):  Certificate.
  Presented instructor-level class on dim-light assault rifle/shotgun techniques
NRA Law Enforcement Submachine Gun Instructor Development School
  (Burlington County NJ Police Academy 1989):  Certificate
H&K MP-5 Submachine Gun Course (Sterling, VA 1989):  Certificate

Curriculum Vitae:
Emanuel Kapelsohn
Page 10

H&K MP-5 Instructor Course (Sterling, VA 1989):  Certificate

SIG Pistol Armorer's School (Richmond, VA 1990):  Certificate

1990 Annual Training Conference, International Association of Law
Enforcement Firearms Instructors (Washington, D.C.):  Certificate.  Attended
courses on range control, use of cover, and shotgun.  Presented instructor-level
classes on concealed carry handgun, auto-pistol transitional training, and dim-
light handgun and shotgun; participated in panel discussion of police handgun
caliber selection and effectiveness

IALEFI Regional Training Conference (Dutchess County, NY 1991):  Presented
classes on cover mode and involuntary discharge; advanced shotgun
techniques.  Attended classes on use of lethal force (Lt. James Garside) and
advanced auto-pistol techniques (S&W Academy Staff)

1991 Annual Training Conference, Internat'l Association of Law Enforcement
Firearms Instructors (Mesa, AZ):  Certificate.  Attended courses on concealed
carry, range training vs. real world, utilization of steel targets, Berkeley
shooting incident, wound ballistics (Fackler), perception vs. reality in use of
lethal force (Garside), and handgun inspection.  Courses taught:  see below

Police Long Rifle Certification Course, International Association of Chiefs
of Police (Ft. Dix, NJ 1991)

American Society of Law Enforcement Trainers Fifth International Training
Seminar (Milwaukee 1992):  Certificate.  Attended courses on wound
ballistics (Marshall), dealing with the hostile learner, principles of adult
learning.  Courses taught:  see below

IALEFI Regional Training Conference (Dutchess County, NY 1992):  Attended
classes on bullet performance (Ayoob), semi-automatic police shotgun (Felter),
and tactical handgun (Hackathorn):  Certificate.  Courses taught:  see below

IALEFI Regional Training Conference (Long Island, NY 1992):  Attended
class on counter-sniper rifle:  Certificate.  Courses taught:  see below

Ken Hackathorn Tactical Firearms Course (Pottsville, PA 1992) for handgun,
shotgun, and submachine gun:  Certificate

1992 IALEFI Annual Training Conference (Tampa, FL):  Certificate.  Attended
courses on tactical handgun (Halleck/Odle); Close Quarters Firearms Control
Tactics (Klugiewicz); Reaction vs. Precision Shooting (Rogers); Tactical
Planning Principles/Cover Utilization (Casavant).  Courses taught:  see below

Police Counter-Sniper Rifle Course, Instructor Group, U.S. Army Marksmanship
Training Unit (Ft. Benning, GA 1992):  Certificate

Real Life Personal Security Program (Dale Yeager, Instr.  Pottstown, PA 1993)

1993 IALEFI Annual Training Conference (Reno, NV):  Certificate.  Attended
courses on Tactical Handgun (Campbell), Planning for Critical Incidents
(Cassavant), Gunfight Dynamics (Repass, et al.).  Courses taught:  see below

IALEFI Regional Training Conference (Nassau County, NY 1993):  Certificate.
Attended classes on use of force continuum and perception (Garside);
realistic knife defense.  Courses taught:  see below.

Aerosol Chemical Restraint User Class (Wernersville Police Department, 1993):
Certificate

1994 IALEFI Annual Training Conference, Orlando, FL:  Certificate.  Attended
courses on Dynamic Teaching Techniques (R. Lindsey); Defensive Tactics
for Women (Sgt. Pam Miller).  Coordinated safety for all training events.
Courses taught:  see below

Curriculum Vitae:
Emanuel Kapelsohn
Page 11

Search & Rescue Tracking, Ashmore Enterprises (CT (1994):  Certificate
Management of Workplace Violence, ASIS, Reading, PA (1994).

CPR and Emergency Cardiac Care Provider course, American Heart
  Association, and Oxygen Therapy Emergency Response Training, SOS
  Technologies (OTI authorized) (1995, recert. 1996, 1999)

Colt Armorer Course (Ct. 1995):  Certificate

LFI-1:  Judicious Use of Deadly Force (Lethal Force Institute, Massad
  Ayoob, Instr. 1995):  Certificate

1995 IALEFI ATC, Amarillo, TX:  Certificate.  Attended course on Law
  Enforcement Officers Flying Armed (FAA approved course:  Certificate)

OCAT Oleoresin Capsicum Aerosol Instructor Training, Harrisburg Area
  Community College (1996):  Certificate

Concealed Carry Handgun Course, Arizona Law Enforcement Firearms Instr.
  Annual Training Conference, Mesa, AZ (1996):  Mark Fricke, Instructor

NRA Law Enforcement Tactical Firearms Instructor School, U.S. Marine Base,
  Quantico, VA (1996):  Certificate

Urban Rifle Course, Thunder Ranch, TX (Clint Smith, Instr. 1996):  Certificate

1996 IALEFI ATC, Mesa, AZ:  Certificate.  Attended courses on Weapon
  Defense (Klugiewicz); Officer Survival (FBI).  Coordinated safety for all
  events.  Courses taught:  see below

Defensive Tactics/Personal Weapons Course, Paradigm Training (1997):
  Certificate

FATS Instructor-Trainer Certification Course (MPOETC, Harrisburg, PA
  1997):  Certificate

1997 IALEFI ATC, Columbia, Missouri:  Certificate.  Attended courses on
  Protective Detail Training (Wilt); Sharpening the Warrior's Edge
  (Bruce Siddle); Use of the Handgun In A Hostile Environment
  (Spaulding); and The Bulletproof Mind (Lt. Col. Dave Grossman).
  Coordinated safety for all events.  Courses taught:  see below

NTOA Tactical Technologies Expo (Philadelphia, 1998):  Attended courses
  on Domestic Terrorism, Less Lethal Projectiles, and U.S. Military's
  Warfighting Laboratory Project.  Certificate

Security for Overseas Travel.  Vance International, Reading, PA, 1998

NTOA Less Lethal Impact Munitions Instructor Course, Bucks County
  Police Academy (1998):  Certificate

Oleoresin Capsicum Aerosol User's Course, Paradigm Consulting Corp.
  (1998):  Certificate

Monadnock Expandable/Straight Baton Advanced Course (Tim Lynch,
  Instr.) 1998:  Certificate

1998 IALEFI ATC, West Palm Beach, FL:  Certificate.  Attended courses on
  Training Injuries and Deaths (Kat Kelly/Robert Bragg); Confined Space
  Weapons Engagement (Slowik); The Bulletproof Mind (Lt. Col. D. Grossman)

Taser Master Instructor Course (Instructor Rick Smith. VA, 1999):  Certificate

IALEFI RTC, Philadelphia Police Academy, PA (1999):  Certificate.  Attended
  courses on Patrol Rifle Course Design; Practical Shotgun Skills; and Dim Light
  Training Techniques

Pennsylvania Hunter Safety Course (1999):  Certificate

1999 IALEFI ATC, Phoenix, AZ:  Certificate.  Attended courses on Innovative
  Training on a Limited Budget; Mental Preparation for Armed Confrontations

Curriculum Vitae:
Emanuel Kapelsohn
Page 12

(Croty); Edged Weapons (Lynn Thompson); Instructor Development (Wilt); and Recreation of Officer-Involved Shootings (Westrick)

2000 ASLET International Training Seminar, Richmond, VA:  Certificate.  Attended courses on Patrol Rifle Training Programs; Building Search (contin.) Tactics; Use of Deadly Force; Maximizing Time & Budget in Firearms Training; Post-Shooting Procedures (Grassi); Backup & Contact/Cover Principles; Firearm Retention & Disarming (Demetriou); Advanced Firearms Instructor Training (FBI Training Cadre); Training Female Shooters; Protocol for Major Use of Force Investigations (Michael Stone, Esq.); Point Shooting (Lovette).  Trained on use of force simulators (FATS, Caswell AIS, American Laser Technologies)

IALEFI RTC, Philadelphia Police Academy (2000):  attended courses on Response to Active Shooters in Schools (L. Glick); Dim-Light Shotgun Skills (Boyle).  Courses taught:  see below

Gunshot Wounds Seminar, Reading, PA 2000.  J. Holliman, M.D., Instructor

2000 IALEFI ATC, Tampa, FL:  Certificate.  Attended courses on Urban Rifle (Farnam), Ultimate Shotgun (Hoffner), Point Shooting (Chiodo and Lovette), and Bulletproof Mind (Grossman).  Coordinated safety for all events.  Courses taught:  see below.

Patrol Response to Active Shooters in Schools and Public Buildings, NTOA (Exeter Twp. Police Dept., PA, April 2001, L. Glick, Instructor): Certificate.

NRA Police Precision Rifle Instructor Development School.  The Crucible, Fredericksburg, VA (2001):  certificate of successful completion

2001 IALEFI ATC, Reno, NV:  Certificate.  Attended courses on Gender-Based Learning Differences (V. Farnam), Simulation Training and Munitions (Klugiewicz).  Assistant Safety Coordinator for all events.  Courses taught: see below.

Glock Armorer Course (Recertification):  Wind Gap, PA (2002):  Certificate

GAU/17 7.62mm NATO ("GE Mini-Gun") Training, Patrick Air Force Base, Melbourne, Florida (2002)

GAU/17 7.62 mm NATO Training, Crane Naval Surface Warfare Center, (Crane Air Force Base) Indiana (2002)

2002 IALEFI ATC, San Diego, CA:  Certificate.  Attended course on Dim-Light Survival Techniques (Ken Good, Instructor).  Chief safety coordinator for all events.  Course taught:  see below.

2003 IALEFI ATC, Orlando, FL:  Certificate.  Attended courses on Advanced Tactical Rifle Techniques, Shoothouse Instructor Development, Rapid Response to Active Shooters, Vehicle Stop Response Tactics, Stress Analysis Shooting Situations, Mental Conditioning and Mindset (Capt. Joe Robinson), and Blackhawk Down Lecture (Col. Danny McKnight).  Attended trade show and hands-on weapons demonstrations.

Price's American Kenpo Karate Center.  Leesport, PA.  Student in Kenpo Karate (2003-2004)

Threat Analysis Seminar, Reading, PA (2003):  Certificate.  Instructor Richard L. Ault, Ph.D., Academy Group, Inc., former SA, FBI Behavioral Science Unit

Warrior Arts Seminar (Stick and Knife Fighting).  Al McLuckie, Instructor.  Leesport, PA (2004).

ATF Dim Light Firearms Training.  Los Angeles Police Academy. (2004)

Taser Master Instructor Recertif. Course.  Fogelsville, PA (2004).  Certificate

Curriculum Vitae:
Emanuel Kapelsohn
Page 13

2004 IALEFI ATC, Dayton, Ohio.  Certificate.  Attended classes on Performance
  Under Stress (Ernest Langdon), Use of Laser Sighting Devices (Hackathorn),
  Pistol Skills (D. Carroll), and presentation on training principles (CSM Eric
  Haney).  Assisted with Handgun Safety Check.  Course taught:  see below.
Berks County Sheriff's Department, semi-annual training and qualification
  sessions with handgun, shotgun and/or patrol rifle (1997-2004)
Disaster Planning:  Meridian Bank Fire.  ASIS Lehigh Valley Chapter.  (2005)
SHOT Show (Las Vegas, 2005).  Attended industry trade show.
2005 IALEFI ATC, Reno, Nevada.  Certificate.  Attended classes on Officer
  Involved Shooting (Marcus Young);  Research on Firearms Ejection Patterns,
  Reaction Time, Perceptual Distortions Under Stress, and Other Physio-
  Psychological Gunfight Reactions (Dr. Wm. Lewinsky);  The Winning Mind
  (Brian Willis);  Innovative Low-Light Training;  Finishing the Fight (Jeff Hall);
  Use of Force Options & Policy (Jon Blum); Close-Range Point Shooting (Matt
  Tempkin);  Application of Marksmanship;  Training at the Speed of Life
  (Ken Murray).  Course taught:  see below.
Repetitive Strain Injuries (Somerset, NJ  2005)
Use of Force in Pennsylvania (Philadelphia 2006).  6 CLE credit hrs.  Certificate
SHOT Show (Las Vegas, 2006).  Attended industry trade show.
2006 IALEFI ATC, West Palm Beach, FL.  Certificate.  Attended classes on
  Patrol Rifle, Survival Vision; Handgun Light Instructor, Cops on the 4th
  Generation Warfare Battleground (DuVernay); Concealed Carry;  Managing
  Use of Force Training (Albert Lee);  Mindsighting (Dr. Michael Asken).
Benelli Shotgun Armorer's Course (West Paterson (NJ) Police Department 2006)
BATF Training Classes, "Characteristics of Armed Suspects," "Firearms
  Identification," and "ATF Firearms Trace Program."  Alvernia College (2007)
SHOT Show (Orlando, FL 2007).  Attended industry trade show.
Mastering the Defensive Folding Knife.  Northeastern Tactical Schools.  Michael
  de Bethencourt, Instructor.  (Hellertown, PA 2007)  Certificate.
Firearm Retention, Disarming and Recovery.  Northeastern Tactical Schools.
  Michael de Bethencourt, Instructor.  (Hellertown, PA 2007)  Certificate.
CDT Personal Protection Training.  (Reading, PA 2007)  Level 1 Certificate.
2007 IALEFI ATC, San Antonio, TX.  Certificate.  Attended classes on Tactical
  Anatomy (James Williams, MD), Patrol Rifle (D. Alwes), Close Quarters
  Handgun Techniques (H. Iverson), Hojutsu-Ryu (J. Hall), Handgun Light
  Instructor, Virtual Reality Training (Livefire Interactive), Legal Standard –
  Objective Reasonableness (T. Harper, Esq.).
Seminar, "Police Involved Shootings – When the Smoke Clears."  Westchester
  County Detectives Association (Yorktown Heights, NY 2007).  Instructors
  Michael Baden, MD (Chief Forensic Pathologist, NYSP), Thomas Martin
  (Sr. Investigator, Forensic Ident.Unit, NYSP), ADA Michael Hughes
  (Public Integrity Bureau, Westchester DA's Office), Det. Michael Palladino,
  and Emanuel Kapelsohn (see below).  Certificate
SHOT Show (Las Vegas, 2008).  Attended industry trade show.  Attended
  seminar on proper firearms retailing procedures to comply with legal and
  regulatory requirements, and seminar on advances in, testing and selection of
  OC aerosol devices.
2008 IALEFI ATC, Reno, NV.  Certificate.  Attended classes on Combat
  Mindset, Response to Active Shooters (rifle and handgun), One-Shot

Curriculum Vitae:
Emanuel Kapelsohn
Page 14

Qualifications, Treatment of Medical Emergencies for Firearms Instructors, Mental Preparation.  Competed in Memorial Match.  Classes taught-see below.

Indiana Pre-Basic Law Enf. Officers Course.  2008.  Successfully completed.

Indiana Basic Firearms Course.  Greene County Sheriff's Department (2008).  Qualified with SIG P229 handgun (expert rating) and Remington 870 shotgun.

Indiana Basic Defensive Tactics Course.  Greene County Sheriff's Department (2008).  Successfully completed.

Response to Active Shooters.  Greene County, IN (2008).  Presented by Crane Naval Surface Warfare Center.  Successfully completed.

Shooting Scene Reconstruction Course, Eugene (OR) Police Department, 2008.  Mike Haag, Instructor.  Certificate

2009 Conference, International Law Enforcement Educators & Trainers Association ("ILEETA"), Chicago, IL.  Attended courses:  New Paradigms in Firearms Training (Conti), Human Factors and Stress in Lethal Confrontations (Darrell Ross, Ph.D., et al.), Active Shooter Update (Alwes), Taser Training Overview/Update, Tracking Down Valid Firearms Training (G. Morrison, Ph.D.), plus trade show and handgun competition.  Taught course on use of force policy (see below).

2009 IALEFI ATC, West Palm Beach, FL.  Certificate.  Attended industry trade show; shot in IALEFI Memorial Match.  Attended lectures and classes:  Von Maur Shooting;  Firearms Training for Active Shooter Response; Law Enforcement Legal Liability; Tactical Response to Lethal Threats (Allen & G. Lee); Teaching Female Shooters; A Collaborative Approach (L. Hamblin, C. Schroeder, et al.); Teaching Female Shooters; Expert Witness Preparation for the Firearms Instructor; Benefits and Risks of Verbalization in Deadly Force Encounters (G. Klugiewicz).  Course taught:  see below.

Tactical Treatment of Gunshot Wounds.  Anthony M. Barrera, M.D. (Lebanon, IN 2009.  Certificate.)

Active Shooter Response.  Greene County, IN (2009).  Presented by personnel from Crane NSWC.

Force Science Certification Course.  Milwaukee County Sheriff's Office, Milwaukee, WI.  Force Science Institute.  Dr. Bill Lewinski, Dr. Anthony Pinizzotto, Dr. Joan Vickers, Dr. Ed Geiselman, Dr. Alexis Artwohl, Dr. Richard Schmidt, Dr. Matthew Sztajnkrycer (2009.  Certificate.)

2010 Conference, International Law Enforcement Educators & Trainers Association ("ILEETA"), Chicago, IL.  Attended courses: Handgun Retention and Disarm Instructor (certificate); Characteristics of Exceptional Trainers; Critical Combative Concepts; Smart Use of Force; Heroic Cynicism – How to Live Life in the Arena (Van Brocklin); Stress in Law Enforcement (Artwohl); In Pursuit of Personal Excellence (Brian Willis); Warriors, Force and Winning (certificate).  Attended law enforcement products trade show.

"The Bulletproof Mind," Lt. Col. Dave Grossman.  Boone County Sheriff's Department (2010)

2010 IALEFI Annual Training Conference, San Antonio, TX.  Attended law enforcement products trade show.  Conducted Handgun Safety Check for 120 first-time attendees.  Attended courses:  Begged, Borrowed, Stolen; So You're Qualified – Now What?; Off-Duty Weapons (M. Boyle); Excited Delirium; Diagnosing Shooters (A. Stallman).  Course taught:  see below.  Certificate.

Indiana Hunter Education/Hunter Safety Course (2010).  Passed, issued card.

Curriculum Vitae:
Emanuel Kapelsohn
Page 15

Police Defensive Tactics Refresher (2011). Greene County Sheriff's Department Emergency Vehicle Operations Course (2011).  Greene County Sheriff's Dept.
2012 SHOT Show, Las Vegas, NV.  Attended trade show, and courses on Low Light Equipment and Techniques (Instructor J. Meyer) and "Train the Trainer, Below 100,"  (Instructors Dale Stockton, et al.)
Terminal Ballistics & Field Trauma Care, Greene County Sheriff's Dept. (2012)
2012 ILEETA Conference, Chicago, IL.  Attended courses:  Law Enforcement/Media Relations; Taser Training & Updates; Range Emergencies; Advanced Firearms Training on a Limited Budget; Police Use of Force Training & Preparation (Chudwin); Deadly Force Training Performance & Officer Safety; Designing Stress-Exposure Training; Swarming, Flash Mobs & the OODA Loop; Verbal Defense & Influence ("Verbal Judo") (Klugiewicz); Street-Level Counter-Terrorism; Use of Force Accountability (Brave); Positive Relations – Law Enforcement & Armed Citizens; Deadly Force Panel of Experts (panelist).  Also attended industry trade show.
2012 IALEFI Annual Training Conference, Nashville, TN.  Attended courses:  Arrest and Control Tactics (Beckley); Simple Martial Art for Self-Defense (Albert Lee); Patrol Rifle Basics; Sports Physiology Approach to Firearms Training; Filling the Tank; Warriors & Leaders; Great American Gunfights.  Instructed: Firearms Instructor as Expert Witness.  Also, attended industry trade show and hands-on firearms demonstrations.
2013 IALEFI Annual Training Conference, Mobile, AL.  Attended courses:  Confined Space Engagement (Farren); Vision-Based Shooting (Stimmell). Also attended industry trade show.  Courses taught:  see below.
Glock Armorer's Course, Old Bridge, NJ (2013).
Knife Defense/Knife Fighting Seminar, Hank Hayes, Instructor.  No Lie Blades.  Allentown, PA   (2013) (class audited only, due to injury)
2014 SHOT Show, Las Vegas, NV.  Attended industry trade show.
2014 ILEETA Conference, Lombard, IL.  Attended courses:  Shots Fired, Suspect Down (John Bostain); Critical Combative Concepts (Charles Humes); Force Related Policies & Issues (Mike Brave); Critical Look at Firearms Qualifications (David McGaha); Police Use of Force Tactics and Law (Chudwin); Gunman in the Lobby, Officer Down (Joe Ferreira); Verbalization Skills (Klugiewicz); Path to Self-Discovery (Bob Lindsey); Street Officer Medical Tactics (Eric Dickinson);  Embrace the Suck- Winning Strategies For Trainers (Brian Willis); "Heroes Behind the Badge"; Deadly Force Expert Panel (Ayoob, et al.); Choose Your Words Wisely (Joanne Ryan and Thomas McGreal); Coaching Mental Toughness (Quinn Cunningham); Sharpening the Winning Edge (Brian McKenna); Interactive Firearms Training (Lt. Dan Marcou). Course taught:  See below.
2014 IALEFI Annual Training Conference, Amarillo, TX.  Attended courses:  Surviving the First Three Seconds (Tpr. Hensley); Extended Range Off-Duty Handgun Operation (Michael Johnson); Vision-Based Shooting (Jim Stimmell); Identifying the Limits of Firefight Performance; Threat Pattern Recognition Firearms Training System (Bruce Siddle, Human Factor Research Group)  Classes Taught:  see below.
NRA Personal Protection Outside the Home (2014): certificate
2015 SHOT Show, Las Vegas, NV.  Attended industry trade show.
Glock factory tour and armorer-trainer update.  Smyrna, GA (2015)

Curriculum Vitae:
Emanuel Kapelsohn
Page 16

Winning Mind Seminar, Dave Smith, Instr. ,PA State Police Academy (2015)
2015 ILEETA Conference, Wheeling, IL. Attended courses:  Deadly Force Panel
 of Experts (panelist, see below); Creating Training Miracles; Understanding
 Response Time in Law Enforcement; Emergency Preparedness for Law
 Enforcement Families; Ambush – Preparing Officers for the #1 Killer;
 Defensive Knife (Halleck); Down to Zero – Unintentional Discharges in Law
 Enforcement; Becoming Knights – Teaching Warrior Mindset; Mistake of Fact
 Shootings (Santos); Use of Force Report Writing; Active Shooter Panel
 Discussion (panelist, see below); Use of Force and Liability; Blended Learning;
 Lifesaving Made Easy; Think Like a Soldier, Act Like a Cop
2015 IALEFI Annual Training Conference, West Palm Beach, FL.  Attended
 courses:  Lecture on Leadership (Col. Danny McKnight); Current Issues for
 Firearms Instructors (Alwes); Developing Courses of Fire (Marrs);
 Contaminated Combat (Liske, audited only); Reflex Sights (Martello); Close
 Quarter Transitions (Jeff Prather).
Gun Law Seminar, U.S. Law Shield, Allentown, PA (2015)
Tavor Level 1 Armorer's Course, including 9mm Conversion and Right/Left
 Hand Conversion.  Harrisburg Area Community College. Certificate (2015).
FN15 Armorer Course, Berks County Prison, Leesport, PA (2015).  Certificate.
IALEFI Regional Training Conference, Freeport Police Range, Long Island, NY
 (2015). Certificate.  Attended classes on Use of Force (Chief James Garside),
 Lateral Vascular Neck Restraint (Thomas Graham); and Master Pistol Instructor
 Skill Builder Class (Steve Gilcreast, Sig Sauer Academy)..  Class taught:  see
 below.
2016 ILEETA Conference, Rosemont, IL.  Attended courses:  Deadly Force
 Panel of Experts (panelist, see below); Active Shooter Panel Discussion; Use of
 Force Panel Discussion; How to Survive and Win In An Ambush (Shaykhet);
 Lights, Sights & Lasers (Wes Doss); Patrol Rifle (John Farnam); Responding to
 the Officer-Involved Shooting (Burke, IMPD); Human Factors in Training and
 Performance (John Bennett); Video Evidence (NV DPS); Guardians are
 Warriors (Mahoney); Body  Searches (Cpl. Julie Johnson); Black Lives Matter
 (Ron Martinelli); Lessons From the Great Law Dogs in History (Lt. Dan
 Marcou).
Video Evidence Class, Force Science Institute, Chicago, IL (2016, Certificate)
2016 IALEFI Annual Training Conference, Mobile, AL.  Attended Courses:
 Surviving the First Three Seconds (Tpr. Robert Robertson, NC Highway
 Patrol); Active Shooter Training in the Shoothouse (Alwes); Handgun
 Snatching (Albert Lee/Wilkie); ALERT Training - Civilian Response to Active
 Shooter Events (Instructor Certificate).  Course taught:  see below.
Hojutsu-Ryu Class, Phillipsburg NJ and Easton PA, taught by Soke Jeff Hall.
  Awarded brown belt (2016).
Colt .45/Model "O" (1911) Armorer Class, Colt's Manufacturing Company,
  Ohio Peace Officers Training Academy, London, Ohio (2016). Certificate
2017 SHOT Show, Las Vegas, NV.  Attended industry trade show.
Improving Tactical Performance by Enhancing Vision, SHOT Show Law
  Enforcement Education Program, Dr. Alan Reichow (2017)
Rangemaster Tactical Conference, Little Rock, AR (2017).  Attended classes:
  Between a Harsh Word and a Gun (OC, Chuck Haggard); Church Security
  (Moses); Police-Citizen Contacts (Weems); Gun Accidents (J. Farnam); Just

Curriculum Vitae:
Emanuel Kapelsohn
Page 17

Enough Jitsu (Cecil Burch); Defining the Threat (T. Givens); Law of Self-Defense (A. Branca); The Firearms Instructor as Expert Witness (Ayoob/Hayes); Street Encounter Skills (Murphy).

2017 ILEETA Conference, St. Louis, MO.  Attended courses:  Deadly Force Panel of Experts (panelist, see below); Patrol Rifle Panel (panelist, see below); Tactical Duty Knife (Fletch Fuller); Six Myths of Motor Learning & How This Affects Your Training (Robert Bragg); Proxemics-Based Curriculum Development (Marie D'Amico); Facilitated After-Action Reviews (Joseph Willis): Camera-Friendly Compliance & Control Techniques That Work (Hetrick): "After Force Experience Beyond the Incident (Patrick Shaver); Pre-Indicators of An Assault (Mark Sawa).

2017 IALEFI Annual Training Conference, West Palm Beach, FL.  Attended courses:  The Pulse Nightclub Shooting; In-Extremis Advanced Tactical Handgun (Wes Dobbs); Police Shotgun (Mike Johnson); Officer Survival Mindset (Alex and Daniel Cobb); Bulletproof Mind (Lt. Col. Dave Grossman). Also attended industry trade show and hands-on product demonstrations.

2018 SHOT Show, Las Vegas, NV.  Attended industry trade show, including Industry Day at the Range.

2018 ILEETA Annual Conference, St. Louis, MO.  Attended trade show, and courses:  Active Shooter Panel (panelist); Deadly Force Expert Panel (panelist); A Nearly Fatal Range Shooting (DuVernay); Recognizing & Responding to Mental Illness; Terminal Ballistics (Ed Santos); Threat Pattern Recognition (Joe Ferrera).

2018 IALEFI Annual Training Conference, Houston, TX.  Attended trade show, and courses: Aurora, Colorado Theater Shooting; Basic Patrol Rifle Fundamentals (Pickering and French); Low Light Operations (J. Meyer); IADLEST National Certification Program; Reactive v. Precision Shooting (T. Fletcher); Officer Survival Mindset (Cobb); Dallas Sniper Incident & Mexican Drug Cartels (ATF).

FASTER Course, Rittman, OH. Chris Cerino & Andrew Blubaugh, Instrs. (2018)

Rangemaster Firearms Instructor Development & Certification Course, Xenia, Ohio, Tom Givens, Chief Instructor (2018)

Force Science Advanced Specialist Course, Force Science Institute, April-August 2018. Course syllabus included required reading in three textbooks (on human movement, physical training and performance and reaction time; vision; and human error) and dozens of scholarly articles and research papers, lectures by several noted authors, doctors, scientists and professors; multiple oral and written presentations; teleconference and in-person classes; and formal written work, comprising in total several hundred hours of coursework at the graduate school level.

2019 SHOT Show, Las Vegas, NV.  Attended industry trade show, including Industry Day at the Range.

"Police Misconduct" Continuing Legal Education Program (2/11/2019).

2019 NRA Convention, Indianapolis, IN. Attended industry trade show.

2019 IALEFI Annual Training Conference, West Palm Beach, FL:  Attended classes and presentations by Dr. William Lewinski ("Force Science Update"), Don Alwes ("Active Shooter Response For Firearms Instructors"); Don Smith ("Sniper Overwatch"); LouAnn Hamblin ("Active Shooter Handgun Training"). Also attended industry trade show, helped conduct Handgun Safety Check, and

Curriculum Vitae:
Emanuel Kapelsohn
Page 18

helped conduct Memorial Match.  Class taught:  see below.
"Preparing for an Armed Intruder," Eastern University, St. Davids, PA (2019)
American Heart Association "Heartsaver First Aid CPR AED" Training
  Certification    12/8/2019
2020 SHOT Show, Las Vegas, NV.  Attended industry trade show.
Active Shooter Response, Trexlertown, PA, March 2020.  Thanos Milios, Lead
  Instructor.  Classroom and reality-based training scenarios using Simunitions
  guns with role-players.
"Safely Engaging Psychopaths & Sociopaths," Public Agency Training Council
  Webinar, April 2020.
"Police Response to Armed Suicidal Subjects," Dr. Andrew T. Young, Instructor,
  Public Agency Training Council - Webinar, June 23, 2020
Defensive Handgun 1, 2, 3 & 4, Marksmanship Matters (Larry Mudgett
  Instructor), Lehi, Utah, July 2020
Defensive Handgun and Patrol Rifle, Defense Training International, John
Farnam, Instructor.  Sussex, NJ, October 2020.
Certificate, DTI Urban Rifle.  Certificate, DTI
  Instructor Update.  (Assisted in instructing, see below.)
UTM Professional Training Organization ("PTO") Certification Class.
Certificate (2020)
Glock Armorer's Course – Update and Recertification (Smyrna, GA 2020)
IALEFI Virtual Training Conference, January 2021.
Metal-Tec Metal Detector Instructor Course.  Certification 2021.
Principles of De-Escalation, Pennsylvania State Police (Sgt. Timothy Fetzer, Jan.
2021)
Realistic De-Escalation Instructor Course, Force Science Institute, Maplewood,
  Minnesota.  IADLEST-Certified Course, Certificate (2021)
"Officer-Involved Shootings:  The Aftermath" ("I've Been In An Officer
  Involved Shooting – Now What?"  Instructor Laura Scarry, Esq.  Webinar 2021
  (Certificate)
Stop the Bleed Training, St. Luke's Hospital, Easton, PA 2021 (Certificate)
ILEETA Annual Training Conference, St. Louis, MO (2021). The Neuroscience
  of De-Escalation (Verplanck and Smarro, Instructors); Tactical Disadvantages
  (Green); Risk Assessment (Horine); Small Unit Tactics for Active Shooter
  Response (Scott Hyderkamp); Sharpening Your Agency's Knife Program (Zane
  Nickell); Surviving the Officer-Involved Shooting (Brian Gonzales); Robert
  Peel's Principles (Casavant); How to Use Personality Science to Enhance
  Training (Kerry Mensior); What Excited Delirium Is Not (Ellis Amdur);
  Simulator Scenarios: Virtra, Milo, Ti Systems; Active Shooter Panel of
  Experts (panelist and attendee); Deadly Force Panel of Experts (panelist
  and attendee).  Courses taught: see below.
Defensive Cane Course ("Introduction to Cane-Fu"), Powhatan, Virginia, Tom
  Ashmore, Instructor.  2021 (Certificate)
IALEFI Annual Training Conference, Melbourne, FL.  2021 (Certificate)
"Legal Issues in Use of Force," LLRMI (Legal & Liability Risk Management
  Institute). Instructor:  Jack Ryan, Esq. (2022)
IALEFI Annual Training Conference, Las Vegas, NV.  2022 (Certificate)
  Attended classes on the Mandalay Bay Shooting (LVMPD); Single Officer
  Vehicle Tactics (LVMPD); Unconventional Rifle Fighting Positions; FACES

Curriculum Vitae:
Emanuel Kapelsohn
Page 19

of Concealed Carry; NRA LE's Creating a Red Dot Transition Program for Your Agency; Special Purpose Rifle Program (LVMPD); Gunshot Wound Trauma Care; Human Factors & Firearms Instructors (Sgt. Jamie Borden).

NRA Annual Conference, Houston, TX (2022).  Attended industry trade show.  Attended seminars: Training for Concealed Carry:  Focusing on Developing Essential Skills (Jeff Gonzales); Evidence-Based Defensive Firearms Training:  A Discussion for Instructors and Those Who Actually Train (John Correia).

Instructor Update, DTI Urban Rifle, Sussex, NJ (John Farnam, Instructor (2022)

SHOT Show, Las Vegas, NV (2023): Attended firearms/law enforcement industry trade show.

NRA Convention, Indianapolis, IN (2023).  Attended firearms trade show; attended classes on Bulletproof Mind (Lt. Col. Dave Grossman); Myths of Concealed Carry (John Correia).

IALEFI Annual Training Conference, Houston, TX (2023).  Attended classes on the Uvalde School Shooting (ALERRT); Red Dot Pistol Optic Instructor Training.

2023 Team One Network Instructor Conference, Fredericksburg, VA.  Attended Presentations on new products, Reality-Based Training Scenarios (by Team One Network (Counter-Ambush); MILO electronic simulator; classes presented by Tony Blauer (SPEAR system), Gary Klugiewicz (Vistelar); Kirk Hensley (Stress Innoculation); John Weiss (History of Gunfighting).  Class taught, see below.

Cane Fighting Refresher (tutorial), Tom Ashmore, Instructor, Powhatan, VA (2023)

**PROFESSIONAL ASSOCIATIONS & MEMBERSHIPS:**

American Bar Association (Member 1978-1997)
Association of the Bar of the City of New York (Member 1978-1998)
Pennsylvania Bar Association (Member 1994-2007, 2012-present)
Bar Association of Lehigh County (Member 1994-2007, 2012-present)
Pennsylvania Trial Lawyers Association (Member through 2004)
Association of Trial Lawyers of America (Member through 2004)
American Inns of Court (Member 2000-2007)
Barristers Inn, Allentown, PA (2012-present)
Muhlenberg College Board of Associates
National Rifle Association (Endowment Member)
International Association of Chiefs of Police (Associate Member 1985-1992)
International Association of Law Enforcement Firearms Instructors (see above)
Police Marksman Association (Member, Nat'l Advisory Board 1987-2004)
American Society for Industrial Security (Member)
Tactical Response Association (former Charter Member)
Justice System Training Association (former Member)
American Society of Law Enforcement Trainers (former Charter Member)
Outdoor Writers Association of America (Member 1987-1990)
U.S. Practical Shooting Association (former Member)
U.S. Revolver Association (Member 1983-1989)

Curriculum Vitae:
Emanuel Kapelsohn
Page 20

Pennsylvania Chiefs of Police Association (former Associate Member)
Pennsylvania Sheriff's Association (former Associate Member)
Appointed Senior Research Associate, Carnegie Mellon University Center
  for the Advancement of Applied Ethics (1994)
Appointed to Advisory Board, AWARE (1995)
Appointed as Fellow, Defensive Handgun Training Institute (1996)
Appointed to Pennsylvania Municipal Police Officers Education and Training
  Commission Committee to develop standards and curriculum for decision-
  making training simulator/judgmental use of force mandatory in-service
  training program (1997-98); Curriculum Development Committee for
  revision of Act 120 Police Academy curriculum used statewide; patrol rifle
  training standards (2004-  ); revision of Act 120 Police Academy lesson
  plans, training videos, and related materials used at all police academies in PA
  (2015); and development of Mandatory In-Service Training Program on "Use
  of Force" (2015 development for 2016 presentation statewide) .
National Tactical Officers Association (former and current Member)
Associate Member, Fraternal Order of Police (Linton, Indiana Chapter 2008-12)
Member, International Law Enforcement Educators and Trainers Association
  (2009 -      )
Member, Advisory Board, Armed Citizens Legal Defense Network (2012 - )
Member, Leadership Group, Safe Team, Faith Church, Trexlertown, PA (2017- )
Member, Security Committee, Temple Beth El, Allentown, PA (2019-  )

**SELECTED MEDIA REFERENCES
AND ACKNOWLEDGMENTS:**

EMANUEL KAPELSOHN interviewed, mentioned and pictured in <u>THE GUN
DIGEST BOOK OF COMBAT HANDGUNNERY</u> by J. Lewis and J.
Mitchell (Northfield, IL 1983).  Quote from p. 117:"His research and personal
experience in self-defense firearms training make [Kapelsohn] one of the most
qualified people in the business."

EMANUEL KAPELSOHN interviewed on subject of firearms self-defense
 on ABC Television show "What's Up, America?" (1980 and re-run)

"Midland Park Hires Weapons Specialist," <u>The Sunday News</u> (Ridgewood,
NJ. March 1984)

"Firearms Trainer to be Hired," <u>Suburban News</u> (Wayne NJ. March 21, 1984)

"Midland Park Will Hire Firearms Pro for 9mm Courses," <u>The Northwest News</u>
 (Midland Park, NJ. March 22, 1984)

"Gun Expert Rated High," <u>The Sunday News</u> (Ridgewood NJ. April 8, 1984)

"Crime Rise Has Women Taking Up Arms," <u>The Times</u> (Trenton NJ.
 March 10, 1985)

Curriculum Vitae:
Emanuel Kapelsohn
Page 21

"Union Launches Training Program to Upgrade Skills for Police," The
Star-Ledger (Newark, NJ. November 20, 1985)

Guest Instructor Appreciation Award, International Police Academy,
Master Instructor Seminar (1985)

"Gun Law Won't Stop Terrorists," The Times (Trenton, NJ. May 20, 1986)
"Expert Hits Police Training," The Lawrence Ledger (Lawrenceville, NJ.
October 24, 1986)

"Lawrence Resident's Love of Firearms Becomes Career," The Star-Ledger
(Newark, NJ.  December 12, 1986)

"Committee Takes Aim at Detector-Proof Guns," The Star-Ledger (Newark, NJ.
December 12, 1986)

"Gun Lobbyists Oppose Passage of Bill to Ban Non-Metal Guns," The Times
(Trenton, NJ.  December 12, 1986)

"Plastic Gun Bill Demolished by Expert's Testimony," NRA Monitor
(Washington, D.C. Vol. 14, No. 1 January 15, 1987)

"Detection Systems, Not Guns Should Be Focus of Legislation, Says Firearms
Expert," NRA Monitor (Washington, D.C. Vol. 14, No. 3 February 15, 1987)

"Using Training Consultants" by Bill Clede, Law and Order (March 1987)

"Taking Humanistic Approach to Firearms," Newsday (New York, NY.
July 20, 1987)

"New Yorkers Learn to Protect Themselves at Gun School," The New York
Times (New York, NY.  July 20, 1987)

"Citizens Learn to Shoot in Face of Crime," The Sun (Melbourne, Australia.
August 1, 1987)

"New York's Itchy Trigger Finger," The Advertiser (South Australia.
July 31, 1987)

"Bill Banning Plastic Guns Debated,"  (Associated Press AAA wire release
under this or similar title, July 28, 1988, describing Emanuel Kapelsohn's
Senate Judiciary Committee subcommittee testimony, printed on July 29 in
hundreds of U.S. newspapers, including the following:

Alexandria, LA Daily Town Talk
New Haven, CT Register  (continued, next page)
Dayton, OH News/Journal Herald
Wilmington, NC Star
Cheyenne, WY Eagle

Curriculum Vitae:
Emanuel Kapelsohn
Page 22

        Delaware, OH <u>Gazette</u>
        August, GA <u>Herald</u>
        Bennington, VT <u>Banner</u>
        Johnstown, PA <u>Tribune-Democrat</u>
        Erie, PA <u>News</u>
        Lynchburg, VA <u>News and Daily Advance</u>
        Bluefield, WV <u>Telegraph</u>
        Mattoon, IL <u>Journal-Gazette</u>
        Casper, WY <u>Morning Star Tribune</u>
        Belleville, IL <u>News-Democrat</u>
        Newark, OH <u>Advocate</u>
        Anchorage, AK <u>News</u>
        Kenton, OH <u>Times</u>
        Canton, OH <u>Repositor</u>
        Waterbury, CT <u>American</u>
        East Liverpool, OH <u>Review</u>
        FT. Walton Beach, FL <u>Playground News</u>
        Vero Beach, FL <u>Press-Journal</u>
        Modesto, CA <u>Bee</u>
        Vallejo, CA <u>Times-Herald</u>
        Newport News, VA <u>Times-Herald</u>
        Marysville, OH <u>Journal-Tribune</u>
        Paducah, KY <u>Sun</u>
        Toms River, NJ <u>Observer</u>
        Springfield, OH <u>News-Sun</u>
        Logan, OH <u>News</u>
        Piqua, OH <u>Call</u>
        Lawton, OK <u>Press</u>
        San Diego, CA <u>Union</u>

"Witness Upstages Metzenbaum at Hearings," <u>Gun Week</u> (Buffalo, New York.
  August 14, 1987)

"Neal Knox Report:  Gun Bills Moving," <u>Shotgun News</u> (Hastings, NE.
  September 1, 1987)

"Kapelsohn Gets September Gun Rights Defender Award," <u>Point Blank</u>
  (Bellevue, WA September 1987)

"Firearms Expert Wins Person of the Month," <u>NRAction</u> (Washington, D.C.
  September 1987)

<u>Selecting the Police Pistol</u> by Doug Wicklund, <u>The American Rifleman</u>
  (December 1987)

<u>Mesa, Arizona:  The IALEFI Convention</u> by Tony Lesce, <u>Arizona Police Officer</u>
  (Phoenix, AZ Winter 1988)

<u>International Association of Law Enforcement Firearms Instructors Seventh</u>

Curriculum Vitae:
Emanuel Kapelsohn
Page 23

Annual National Training Conference by Chris Pollack, Special Weapons and Tactics (March 1988)

Modern Techniques of Defensive Pistolcraft:  An Exceptional Handgun Course Taught by John Farnam and Emanuel Kapelsohn by Barrie Bergman, Practical Shooting International (Emmetsburg, IA.  March 1988)

"Hughes Goes Private With Hearing Witness," Gun Week (Buffalo, NY. January 8, 1988)

" 'Plastic Gun' Ban Brewing," NRAction (Washington, D.C. January 1988)

Gaping Holes in Airport Security by Peter Cary, U.S. News & World Report (April 1988).  Quote from page 28:

"Emanuel Kapelsohn, a police weapons expert, astonished a congressional subcommittee by demonstrating how guns could be smuggled through certain metal detectors . . ."

Police Defensive Handgun Use and Encounter Tactics by Brian A. Felter (Prentice-Hall, Inc. Englewood Cliffs, NJ 1988).  Quote from p. 6:

"In defensive firearms training today, the information and defensive instructors exist -- five of the most talented being Massad Ayoob, Ray Chapman, John Farnam, Emanuel Kapelsohn, and Chuck Taylor -- and from a resource pool of defensive information that the law enforcement community must make use of."

"U.S. Firearms Consultant Due Next Week," Trinidad Guardian (Port of Spain, Trinidad.  July 16, 1988)

Shooting Schools:  A Second Look by James L. Winter (Albany, New York 1985).  Quote from page 92:  "API's staff includes such nationally famous personalities as . . . writer Manny Kapelsohn."

An Overview of the Police Marksman National Advisory Board by Brian McKenna.  The Police Marksman (September/October 1988).  Professional biography of Emanuel Kapelsohn

"Semiautomatics or 6-shooters?" by Ken Valenti.  Gannett Westchester Newspapers.  (Westchester County, N.Y. January 15, 1989)

"Gun Control Opponents Lock Horns With Graves" by Donna Leusner (The Star Ledger, February 7, 1989)

Interviewed on "Geraldo" (Geraldo Rivera Show) NBC television, March 6, 1989, on subject of gun availability and gun control.

Seek Out the Expert by Joseph J. Truncale, Ph.D., The ASLET Journal (January/

Curriculum Vitae:
Emanuel Kapelsohn
Page 24

February 1989).  Quote from p. 12:

> "If you wish to know more about guns and shooting, talk to those who
> are recognized experts in this area.  Massad Ayoob, Ray Chapman, John
> Farnam, Emanuel Kapelsohn, Dennis Tueller, along with many others,
> can guide you to schools and programs which are well known for their
> professionalism."

Glock by Sgt. Paul Palank.  Blue Line Police Magazine (March/April 1989).
 Quote from p. 24:

> "The success that we in Miami have had with the Glock pistol is due
> not only to the advanced design of the weapon, but the "state of the
> art" instruction provided by Glock Incorporated in the forms of
> Emanuel Kapelsohn (Peregrine Corporation) and Peter Tarley
> (Rockwell Corporation).  The training provided by these gentlemen
> to the transitional training instructors superbly mated the Glock's
> ingenious technology with their equally progressive training program."

Glock Continues To Be An Innovator by E.B. Hulsey, Police Marksman
 (March/April 1990).  Quote from p. 58:

> "The instructor . . . was Emanuel Kapelsohn, who made the class a
> very interesting learning experience.  Mr. Kapelsohn is an example of
> the quality instructors which Glock has retained to teach these courses."

Glock Pistol:  Perspective From The Field by Massad Ayoob.  Guns
 (September 1990).  Quote from p. 77:

> "The best money you can spend on your Glock is for training.  The firm
> retains Manny Kapelsohn, Peter Tarley, and Cathy and Jerry Lane for
> their police transition and armorer's instruction programs . . . These
> are among the finest combat handgun trainers in America; Glock chose
> them well.  I . . . believe that the superb training of these four master
> instructors has been more responsible for the Glock's success in the field
> and in sales than most people realize."

Emanuel Kapelsohn and Peregrine Corporation cited, quoted and acknowledged
 in "Semi-Automatic Pistol Manual Safety Restrictions," U.S. Border
 (continued) Patrol Academy, Glynco, GA, presented at U.S. Marshal's Service
 Semi-Automatic - Revolver Handgun Symposium, Feb. 21-22, 1990.  (Emanuel
 Kapelsohn described as an "expert trainer" on p. 16.)

"Fearing Drug Wars, Suburban Police Swap 6-Shooters for Semiautomatics"
 by B.J. Phillips.  Philadelphia Inquirer (September 9, 1990)

Interviewed in "Entrevistas" column of Magnum.  May-June 1991
 (Caracas, Venezuela)

Curriculum Vitae:
Emanuel Kapelsohn
Page 25

Peregrine Corporation training materials cited in published lesson plans of
  Federal Law Enforcement Training Center (Glynco, GA) on semi-automatic
  pistol training, clearing of pistol malfunctions, etc.

Emanuel Kapelsohn mentioned and quoted in study by Federal Law
  Enforcement Training Center on instructor:  student ratios for firearms training
  (V. Atkins. Glynco, GA 1991)

Emanuel Kapelsohn and Peregrine cited as offering 'a strong major in "how" and
  a strong minor in "when" [to shoot] in "Deadly Force - When Is It Justified?"
  by Massad Ayoob, Guns & Ammo's <u>Handguns for Home Defense</u>,  Vol. 9, No.
  5 (1991)

"The Police Marksman Advisory Board" by Guy A. Rossi, <u>Police Marksman</u>
  (Jan./Feb. 1992.  "Innovator, tactician, expert . . . [Emanuel Kapelsohn is]
  considered one of the country's leading authorities on semi-automatic,
  long gun and submachine gun training . . ."

"IALEFI'S ATC" by Chris Pollack, <u>SWAT</u> (May 1993)

Appreciation Award, Calgary Police Service Tactical Unit (1993)

Appreciation Award, International Association of Law Enforcement
  Firearms Instructors ("for your dedication, time and personal effort
  towards the development of the Firearms Training Standards") (1993)

"Newsclippings," <u>The Firearms Instructor</u>, Issue 13 (1994)

"Shotgun Key In Acquittal of Garron," Atlantic City Press, Nov. 13, 1994.
  Quote:

      "They found the weapon's safety device could disengage if it was
      merely brushed -- just as Emanuel Kapelsohn, the defense firearms
      expert, had testified, the jurors said."

<u>Glock, The New Wave in Combat Handguns</u> by Peter Kasler (Boulder, CO
  1992), page 296.

Acknowledged in <u>Stealth</u> (1989) and <u>Extreme Prejudice</u> (1991) by Guy
  Durham (Putnam, New York)

Acknowledged in <u>The Street Smart Gun Book</u> by John Farnam (Police
  Bookshelf, 1986)

Acknowledged in <u>Handgun Stopping Power, The Definitive Study</u> by Evan
  Marshall and Ed Sanow (Paladin Press, Boulder 1992)

Acknowledged in <u>The Farnam Method of Defensive Handgunning</u> by
  John S. Farnam (Seattle 1994):  "These are the ones who have advanced

Curriculum Vitae:
Emanuel Kapelsohn
Page 26

the art and prepared it to be passed to the next generation:  Manny
Kapelsohn . . ."

"Modern Training, The Professional's Edge" by Michael J. Scanlan,
Protection News, Vol. 11, No. 2 (Fall 1995), Internat'l Foundation of
Protection Officers, Bellingham, WA.  Quote:  "Manny Kapelsohn's
obvious enthusiasm along with his vast knowledge of the subject
matter and genuine interest in imparting that knowledge to us,
stimulated our interests, motivated us to excel and created a learning
environment for the entire class."

"Post-Training Dry Drills" by Det. Bill Kaiser, The Firearms Instructor,
Vol. 17 (1995)

"IALEFI 1995 Training Conference" by C. Pollack, The Firearms Instructor,
Vol. 17 (1995)

"Gun Control and Economic Discrimination:  The Melting Point Case-In-Point"
by Markus Funk, 85 Journal of Criminal Law & Criminology 764-806
(Northwestern U. School of Law, 1995):  Emanuel Kapelsohn cited repeatedly
throughout article.

"IALEFI '95 Annual Training Conference" by C. Pollack, SWAT (June 1996)

"Search for qualified firearms instructor didn't last very long," Reading Eagle,
April 20, 1997, p. B1

"Sheriff, deputies begin targeting weapons training," Reading Eagle,
April 20, 1997, p. B1

"Professional Firearms Instruction for the Protective Specialist" by Mike
Scanlan, Executive OPS International (Dec. 1997).  Quote:  " . . . I contacted
Manny Kapelsohn, the world class firearms instructor and IALEFI Vice
President."

Item in Business "Players," Allentown Morning Call, January 4, 1999.
Quote:  "Emanuel Kapelsohn of Bowers has been re-elected as Third Vice
President of the International Association of Law Enforcement Firearms
Instructors."

"Kapelsohn is Re-Elected by Police Association," Allentown Morning Call,
December 30, 1999.

"Degree of Guilt Decided for Smith," The Inquirer, Philadelphia,
July 30, 1998, p. B1

Appreciation Award from Pennsylvania Municipal Police Officers' Education &
Training Commission, for "outstanding contribution" toward the development,

Curriculum Vitae:
Emanuel Kapelsohn
Page 27

from 1997-1999, of the Commission's new Use of Force - Judgmental Training Program.

"Police Shooting Headed to Jury," New Haven Register, March 9, 2000. Quote: "Standing before a rapt jury, Kapelsohn demonstrated a number of stabbing and slashing techniques with the small knife, narrating as he did so."

Emanuel Kapelsohn and The Peregrine Corporation cited and acknowledged numerous times in Commonwealth of Pennsylvania firearms training curriculum for Basic Police Academy Course taught at police academies throughout the state (2000).

"MPOETC Conducts Firearms Instructor Training Seminar," Pennsylvania MPOETC Newsletter, Vol. 23, Issue 2, Sept. 2000. Quote: "The lead instructor for the seminar was Emanuel Kapelsohn, a nationally recognized firearms instructor and use of force expert."

"Experts Claim Wife Grabbed Accused's Gun," by William Doolittle, Pocono Record, November 28, 2000. "…Emanuel Kapelsohn, an Allentown attorney and firearms expert, argued that a crescent of black residue pictured on the back of Rhonda Kammer's hand was caused by discharge from the cylinder gap of the .38 caliber revolver used in the killing. … Kapelsohn said pictures of the woman's hand showed marks on her hand that "could not have been produced by the muzzle blast."

Cited by Lt. Col. David Grossman as "an awesome warrior-trainer-lawyer" in publication of his national e-mail network on subject of involuntary muscular contraction (2002).

Recipient, City of Allentown Proclamation (commendation) for participation on Advisory Board of University of Pennsylvania (FICAP/MPAP) study on reducing gunshot injuries and deaths (2002)

"New Trial Ordered for Officer Convicted in a Suspect's Death," The New York Times, October 18, 2002.

"Pa. Court Rejects Appeal by Ex-Teacher," by William Doolittle, Pocono Record, December 14, 2002. "During the trial, Emanuel Kapelsohn testified as a crime scene and firearms expert. The Superior Court said, "The record contains abundant evidence from which the trial court could conclude that Kapelsohn had reasonable pretension to specialized knowledge about reconstruction of the scene of a crime involving a firearm."

Commonwealth of Pennsylvania v. Youngken, 2002 WL 32351935, Pennsylvania Superior Court, December 5, 2002: "Clearly the qualifications of Mr. Kapelsohn indicate that the trial court did not abuse its discretion in qualifying him as an expert witness in firearms and crime scene reconstruction involving firearms."

Curriculum Vitae:
Emanuel Kapelsohn
Page 28

Teaching Women to Shoot by V. Farnam and D. Nicholl (Copyright 2002, Boulder, CO).  Emanuel Kapelsohn quoted and cited extensively on pages 46-47 on subjects of trigger finger placement, covering suspects at gunpoint, and accidental discharges of firearms.

Acknowledgement in Training at the Speed of Life: The Definitive Textbook for Military and Law Enforcement Reality Based Training, by Kenneth R. Murray (2004): "Special Thanks to my Technical Editor, Emanuel Kapelsohn: Scholar, Trainer, and Friend.  Thank you for your patience, fine eye, tireless effort, boundless knowledge, and dedication to detail."

"Sharpton:  Monroe Shooting an 'outrage,'" Allentown Morning Call, April 22, 2004.

"Independent Investigator Looking Into Fatal Shooting," Pocono Record, April 23, 2004.

"Shooting scrutinized by victim's family,"  Pocono Record, April 23, 2004.  Quote:  "Monroe County District Attorney David Christine has also appointed Emanuel Kapelsohn, an Allentown attorney and weapons expert, to conduct an Independent investigation into the shooting."

The Concealed Handgun Manual by Chris Bird, 4th Ed., San Antonio, TX 2004.  Emanuel Kapelsohn acknowledged in Introduction (p. ix) and on p. 352.

"Strategies for Safer Weapons Training and Use," David Olsen, Law Enforcement Technology, Jan. 2004, pp. 52-60.

"Two New Publications from IALEFI," Police Marksman (Sept./Oct. 2004) p. 55 "Rethinking Gun Safety Rules Based on Accidental Discharges," by Chris Bird.  GUN WEEK, Sept. 1, 2004, p. 6.  "I outline his qualifications to show that when Kapelsohn says something about firearms, he is worth listening to."

"Safety Strategies for Realistic Firearms Training," by Ken Murray.  Police & Security News, Vol. 21, Issue 1 (Jan./Feb. 2005).  Emanuel Kapelsohn cited and quoted extensively on safety-related issues.

"Consultants to study Easton SWAT Team,"  The Morning Call, May 25, 2005 (Allentown, PA).  "The city two weeks ago retained Emanuel Kapelsohn, a nationally recognized firearms expert and consultant …"

"Easton Hires Outsiders for Police Policy Review," by E. Sieger, The Express-Times, Easton, PA, May 25, 2005.  "The city has hired attorney and firearms expert Emanuel Kapelsohn to help the police department develop firearms policies and procedures."

"Police Get Good News in Report,"  by E. Sieger, The Express-Times, Easton, PA, July 15, 2005.  "In May, the city hired attorney and firearms expert

Curriculum Vitae:
Emanuel Kapelsohn
Page 29

Emanuel Kapelsohn to help the police department develop firearms policies and procedures."

"More First Hand Information," The Gun Zone, http://thegunzone.com/ayoob/magliato-kapelsohn.html.  Comments on the Magliato case.

CNN "Paula Zahn Now" Show, August 8, 2005.  Emanuel Kapelsohn interviewed in segment on civilian intervention tactics in armed robberies.

"Victim of Stray Shot Thinks Allentown's Still Safe," by S. Kraus, The Morning Call, August 18, 2005.  "Ballistics expert Emanuel Kapelsohn …"

"Dead Man's Family Waits for Ruling in Drug Bust Shooting," by E. Mark, Pocono Record , August 13, 2005.  "[District Attorney] Christine appointed Emanuel Kapelsohn, an Allentown attorney and ballistic expert, as an independent investigator to look into Wright's death."

"Wright Shooting Justified, DA Says," by E. Mark, Pocono Record, 9/16/05

"Fatal Shooting Justified, Monroe DA Says," by J. McDonald, The Morning Call, September 16, 2005.  "The decision, announced Thursday by District Attorney E. David Christine, Jr., was based in part on a recently completed report by an Allentown attorney who is a firearms expert.  "Barron Wright's death, while regrettable, resulted from his own actions in defying the agents' commands, resisting arrest, and attempting to escape by driving his vehicle in a manner that placed everyone around him in deadly danger," said Emanuel Kapelsohn, with the Allentown office of Blank Rome."

"Easton Officer Loses Handgun," by Tracy Jordan, The Morning Call, Nov. 24, 2005.  "The city is waiting for a fourth report on the department's firearms procedures from [E]manuel Kapelsohn, a nationally recognized firearms expert and consultant who practices law with Blank, Rome, Comisky and McCauley in Allentown."

 "Report says Easton violated own gun policies," by Tracy Jordan, The Morning Call, Jan. 20, 2006.

"Police Seek Answers in Deadly Shooting," by Brian McNeill, Connection Newspapers (Fairfax County, VA), February 9, 2006.

"Woman Questions Police Role in Husband's Shooting Death," by John Boyle, Citizen-Times, West Asheville, NC, March 5, 2006.

"Findings Expected in Probe of Officer's Death," by Joe McDonald, The Morning Call, March 22, 2006.

"No Charges in Shooting;  Easton Police Slammed," by Joe McDonald, The Morning Call, March 23, 2006.  "... [Captain] Gibiser said corrective steps have

Curriculum Vitae:
Emanuel Kapelsohn
Page 30

been taken based on recommendations from a study done by Allentown lawyer and firearms expert Emanuel Kapelsohn."

"Mother Sues Attorney General's Office in Son's Death," by Joe McDonald, <u>The Morning Call</u>, April 8, 2006.

"Getting More Bang – Harlingen Police Department Upgrading Firepower," by Joann Deluna, <u>Valley Morning Star</u>, May 8, 2006.

"Expert Defends Police Shooting," by Jason Cato, <u>Tribune-Review</u>, August 10, 2007.

"Firearms Expert:  Cop Justified for Use of Lethal Force," by Jason Cato, <u>Valley Independent</u>, August 10, 2007.

"Former Officer Recounts Shooting," by Christine Haines, <u>Herald Standard</u>, August 10, 2007.

Consultant and guest presenter, "Conspiracy Theory" TV program for The Discovery  Channel on the assassination of Martin Luther King, Jr.;  aired several times during September 2007 and thereafter.

"'08 Revelers Are Warned to Hold Fire" by Laurie Lucas, <u>The Press-Enterprise</u>, Riverside, CA, December 31, 2007, quoting Emanuel Kapelsohn, "a nationally recognized firearms expert."

<u>The Concealed Handgun Manual</u> by Chris Bird, 5th Ed., San Antonio, TX 2008. Emanuel Kapelsohn and The Peregrine Corporation cited as a recommended source for firearms training.

"Lawyer:  Troopers Justified in Shooting" by Joe McDonald, <u>The Morning Call</u>, Allentown, PA, November 23, 2008.

"Shootings Remind Police Officers of Dangers They Face," by Jacqueline Koch, <u>Chattanooga Times Free Press</u>, July 21, 2009.

"Excessive Force Use Questioned in Fatal Shooting," by Jacqueline Koch, <u>Chattanooga Times Free Press</u>, August 5, 2009.

"Manny Kapelsohn: Officer Involved Shootings," interview by Betsy Brantner-Smith on PoliceOneTV (<u>www.policeone.com</u>).  Premiered November 2, 2009.

"Armed and Ready" by Michael Malik, Bloomington, Indiana <u>Herald-Times</u>, November 29, 2009.

"Vest saves officer from injury after shooting" by Rachel Cook, Idaho Falls <u>Post Register</u> (June 18, 2011)

"Officers, news reporters try their hands at police scenario simulators, by Laura

Curriculum Vitae:
Emanuel Kapelsohn
Page 31

Lane, Bloomington <u>Herald –Times</u>, Bloomington, IN (July 7, 2011).  Opening sentence:  "Manny Kapelsohn  saw an opportunity for rural law enforcement officers to experience sophisticated firearms training at no cost …"

"County law officers receive specialized firearm training at no cost," Greene County <u>Daily World</u> (July 7, 2011).

<u>Glock: The Rise of America's Gun</u> by Paul Barrett (2012), pp. 53-59.

"Top Gun," THE WEEK, March 9, 2012.  Article cites and quotes E. Kapelsohn

"Linton Police Department's Citizens Academy gives participants a chance to experience crime-fighting techniques" by Lisa Trigger, TribStar.com, 4/01/2012

"Kapelsohn Joins Network Advisory Board," ACLDN Journal, December 2012

"Training for a Shootout:  How High-Tech Simulations Are Enhancing Emergency Response," by Nate Rawlings.  TIME Magazine, Time U.S., January 1, 2013.

"Banning Assault Weapons Won't Make Nation's Schools Safer," Opinion Editorial by E. Kapelsohn, MORNING CALL, January 6, 2013.

E. Kapelsohn a panelist on "Business Matters," Channel 69 (Allentown, PA), February 4, 2013.  Show about active shooters, assault weapons, and legislation.

"Adam Lanza's Arsenal," by Benjamin Wallace-Wells, NEW YORK magazine, February 11, 2012.  E. Kapelsohn featured and quoted in the article.

"Report details how FBI agent Barry Bush died in friendly-fire shooting," by Doug Brill, EXPRESS TIMES LehighValleyLive.com, March 7, 2013.  E. Kapelsohn quoted.

"Pittsburgh Police Bullets Not Lacking in Power, FBI Test Shows," by M. Harding. Pittsburgh Tribune-Review, April 23, 2013. E. Kapelsohn quoted.
E. Kapelsohn guest co-host on ESPN-LV radio show, "The Water Cooler," Sept. 22, 2013.  Broadcast from Easton, PA on 1230 and 1320 AM.  Topics included the Washington Navy Yard Shooting, what to do in an active shooter situation, and assuming responsibility for one's own personal safety.

E. Kapelsohn mentioned in "Why Are Police Shootings of Innocents on the Rise?" by Steven Yoder,  <u>The American Prospect</u> magazine, October 31, 2013

"City of Pittsburgh Police Are Waiting for New Ammo," by Margaret Harding. <u>Pittsburgh Tribune-Review</u>, Feb. 23, 2014.  E. Kapelsohn quoted.

"Surge in gun sales subsiding in Lehigh Valley region," by J. Sheehan. <u>The Morning Call</u>, Allentown, PA. March 17, 2014.  E. Kapelsohn quoted

Curriculum Vitae:
Emanuel Kapelsohn
Page 32

"Experts Differ on Path of bullet; Closing Arguments Today in Bonacci Murder Trial," by Rebekah Brown, thetimestribune.com, May 8, 2014

"Attorneys Offer Conflicting Views of the Man Accused of Killing Frank Bonacci," thetimestribune.com, May 9, 2014

"Murder Trial Testimony Ends," by Stacy Lange, WNEP.com, May 7, 2014
"Closing Arguments set for Tuesday in Arundel road-rage Murder Case," by Pamela Ward, The Baltimore Sun, July 28, 2014.

"Experts Give Differing Opinions in Road-Rage Murder Trial," by Tim Pratt, CapitalGazette.com, July 29, 2014.

"Troubling Times for Pa. State Police," by Jessica Parks, Philadelphia Inquirer, October 5, 2014.  E. Kapelsohn quoted.

"State police struggle in dealing with multiple crises," by Jessica Parks, The Morning Call, October 6, 2014.

"Jury Finds Connellsville man not guilty in fatal shooting of his cousin," by Susan Kelly, Herald-Standard, December 11, 2014.  E. Kapelsohn quoted extensively.

"No Charges for Milwaukee Officer Who Shot Man 14 Times," www.USAToday.com, December 22, 2014, Aamer Madhani

"Milwaukee Officer Won't Face Charges for Killing Mentally Ill Man," UPI.Com, December 22, 2014, Frances Burns

"Former Milwaukee Police Officer Won't Be Charged," www.NYTimes.com, Monica Davey, December 22, 2014.  Emanuel Kapelsohn cited as "a leading expert on use-of-force reviews."

"Building a case for Lisa Mearkle: Did she have reasonable cause to fear for her life?" by Ivey DeJesus, March 25, 2015.  E. Kapelsohn quoted extensively.

"Deadly Force:  Police who kill rarely face criminal charges; Hummelstown case is rare," by Ivey DeJesus, March 27, 2015.

"OIS Question:  Is a "non-threatening" gun really non-threatening?"  Force Science News #279, April 2015.

"When Chicago Cops Shoot," by Steve Bogira, Chicago Reader, May 20, 2015.
"15 Ways The iPhone Gun Case Could Go Very, Very Wrong," by Tara Haelle, Forbes, http://www.forbes.com/sites/tarahaelle/2015/07/08/15-ways-the-iphone-gun-case-could-go-very-very-wrong/

"Beachgoer discovers gun-replica phone case 'not a smart idea'" by Katie May, Winnipeg Free Press, August 12, 2015.

Curriculum Vitae:
Emanuel Kapelsohn
Page 33

Emanuel Kapelsohn interviewed on "Morning Wave in Busan," Radio FM 90.5, Busan, South Korea, on subjects of firearms safety and firearms laws, October 5, 2015.

"Questions Linger After Police Shooting in Chester" by Caitlin McCabe, Philadelphia Inquirer and philly.com, February 21, 2016.

"Defendant testifies in Manchester rep men case," by Heather Mongilio, Carroll County Times, May 19, 2016.

"Pulse Families Get Some Answers from Autopsies," Orlando Sentinel, August 5, 201.  (also see Sun Sentinel Broward Edition, 8/6/16; 90.7 WMFE radio interview by Abe Aboraya, and other extensive media coverage.)
"Forensics experts:  Rubber bullet did not kill protester Justin Carr," The Charlotte Observer, by Michael Gordon, et al., November 18, 2016.

"CMPD officer was cleared in Keith Lamont Scott shooting, but will it still cost the city?" by Fred Clasen-Kelly, charlotteobserver.com, December 6, 2016. E. Kapelsohn quoted and cited as expert on police use of force.

"Good Samaritan Kills Active Shooter in Texas Sports Bar: Police" by Phil McCausland, NBCNews.com, May 4, 2017, 10:20 p.m. ET.

"Yanez takes stand, 'I thought I was going to die' during confrontation with Castile," C. Xiong, et al., Star Tribune, June 10, 2017.

"Case file in Philandro Castile shooting to be made public; family intends to Sue," B. Stahl, Star Tribune, June 20, 2017 ("She said the most believable witness was Emanuel Kapelsohn …")

"Police Training Experts Testify in Philip Brailsford Trial," www.abc15.com/news, November 28, 2017.

"Prosecution rests:  defense of ex-Mesa cop begins," azfamily.com. November 27, 2017.

"Attorney for ex-Mesa police officer Philip Brailsford," amp.azcentral.com, September 8 and September 9, 2016.

"Expert witness for prosecution: Brown Deer officer was not justified in shooting, wounding of man," A. J. Bayatpour, Fox6News.com, Feb. 14, 2018.

"Attorneys present opening statements in trial of Brown Deer officer accused of shooting suspect," Peter Zervakis, MJMJ TV Milwaukee, Feb. 14, 2018.

"Brown Deer officer on trial for 2016 shooting of bus passenger," Bruce Vielmetti, Milwaukee Journal Sentinel, Feb. 12. 2018.

Curriculum Vitae:
Emanuel Kapelsohn
Page 34

"State's expert says Brown Deer officer not justified in shooting unruly bus passenger on ground," Bruce Vielmetti, Milwaukee Journal Sentinel, Feb. 14, 2018.

"Brown Deer officer charged in shooting," Gina Barton and Ashley Luthern, Milwaukee Journal Sentinel, October 21, 2016.

"Police use-of-force expert:  Rialmo was right to shoot LeGrier," by Sam Charles, chicago.suntimes.com/news/police-use-of-force-expert, 6/22/2018.

"Chicago cop justified in shooting bat-wielding teen, use of force expert testifies," by Dan Hinkel, www.chicagotribune.com/news, 6/22/2018.

"Police use of force expert testifies in Quintonio Legrier wrongful death case," by Leah Hope, http://abc7chicago.com/3638265/.    6/22/2018.

http://www.nbcchicago.com/news/local/Use-of-Force-Expert-Testifies-in--486326581.html

https://wgntv.com/2018/06/22/defense-witness-says-rialmos-use-of-force-was-in-line-with-standards/

"Noor trial: Rusczyk silent before shot; closing arguments Monday," MPR News, Minneapolis, April 26, 2019.

"Two Minnesota police shooting trials, two very different verdicts," by Jon Collins, MPR News, Minneapolis, May 1, 2019.

"Former Minneapolis police officer fund guilty in Justine Ruszcyk's death," CNN, May 1, 2019.

"What we learned Friday in court at Mohamed Noor's trial," Minneapolis Star Tribune, April 26, 2019.

"Don't Shoot at the Sky!  A Common-Sense Reminder After A Stray Shot Hits Boy at IronPigs Game," by Steve Novak, Lehighvalleylive.com, July 30, 2019.

"Ugly racism:  Full acquittal in fatal Pittston Shooting," Patrick Kernan, Times Leader, October 5, 2018.

"CMPD Shooting is legally justified, some experts say, but raises 'serious questions,' " by Ames Alexander, Charlotte Observer, April 15-16, 2019.

"For Years, CMPD has pledged improved training.  It hasn't been enough," by Fred Clasen-Kelly, James Webster, Ames Alexander, and Danielle Chemtob, Charlotte Observer, April 16, 2019.

"Jonathan Roselle, former South Whitehall officer, charged in shooting, takes stand; expert witnesses defend his actions," Michelle Merlin, The Morning Call,

Curriculum Vitae:
Emanuel Kapelsohn
Page 35

March 18, 2020.  E. Kapelsohn cited and quoted.

"Police Training Expert Says 'I Can't Breathe' Resolution Is Redundant Under MPD Policy, Others Disagree," by Bryan Polcyn, Fox6Now.com, June 16, 2020.

"What Milwaukee Police Policies Really Say (and Why It Matters)" by Amanda St. Hilaire, Fox6Now.com, June 22, 2020.

"Use of Force Expert Gives His Take on Video Showing Officer Kneeling On Man in Allentown," by Bo Koltnow, Lehigh Valley Regional News, July 13, 2020.

"The Devil You Know"  TV Episode 2021, regarding the Barbara Rogers/Stephen Mineo incident, episode aired Apil 26, 2021.

"Man Paralyzed in Accidental Shooting in Poconos Reaches $5.5 Million Settlement," by Hannah Phillips, Pocono Record, September 14, 2021.

"Grand Rapids Officer Charged with Careless Gunfire Wants Case Thrown Out" by Susan Samples, Target 8 News, Grand Rapids, posted Jne 16, 2022, 8:18 p.m. EDT.  And TV:  New at 6:  Target 8 Investigates, Newsclip: Officer Greg Bauer.

**PARTIAL LIST OF
FIREARMS-RELATED
PUBLICATIONS:**

SWAT TEST THE DETONICS MC-2 .45 AUTO by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (October 1983)

TEST & EVALUATION:  COLT "GOV'T" .380 AUTO by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

BUCKSHOT PATTERNS:  THE MYTH/THE REALITY by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

TEST & EVALUATION:  IVER JOHNSON .380 AUTO by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

BEST BUY" OUT-OF-THE-BOX POCKET .45 by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (June 1984)

WINCHESTER'S WINNING RIOT SHOTGUN by Emanuel Kapelsohn, Special Weapons (Fall 1984)

TEST AND EVALUATION:  STEYR GB 9mm SEMIAUTOMATIC PISTOL by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (August 1984)

PRODUCT REPORT:  HANSEN .22 RIMFIRE AMMUNITION by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (August 1984)

Curriculum Vitae:
Emanuel Kapelsohn
Page 36

FIELD TEST:  STEYR GB 9mm PISTOL by Emanuel Kapelsohn, The Police
Marksman (May/June 1984)

SHOOTING THROUGH COAT POCKETS by Emanuel Kapelsohn, Survival
Weapons and Tactics (SWAT) (September 1984)

Note:  The above article was also reprinted in part, and research results
summarized, in "Pocketing a Pistol Poses Problems for Your Officers," by Bill
Clede, Training Aids Digest, Vol. 11 No. 12., Washington Crime News
Services (December 1986)

BUCKSHOT BREAKTHROUGH by Emanuel Kapelsohn, Survival Weapons
and Tactics (SWAT) (October 1984)

TEST & EVALUATION:  KFC M-250 AUTOLOADING SHOTGUN
by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT)
(December 1984)

BALLISTIC AND RIOT SHIELDS by Emanuel Kapelsohn,
The Police Marksman (September/October 1984)

FIELD TEST:  FEDERAL "PREMIUM" COPPER-PLATED BUCKSHOT
by Emanuel Kapelsohn, The Police Marksman (November/December 1984)

FIELD TEST:  MANURHIN MODEL PPK/S .380 PISTOLS by Emanuel
Kapelsohn, The Police Marksman (Nov/Dec 1984)

RUGER MODEL 77/22:  A RIMFIRE WITH CLASS by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (April 1985)

FIRST IMPRESSIONS:  RUGER XGI RIFLE by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (April 1985)

THE AMAZING AUG by Emanuel Kapelsohn, Survival Weapons and Tactics
(SWAT)  (June 1985)

FIELD TEST:  COLT .45 OFFICER'S ACP by Emanuel Kapelsohn,
The Police Marksman (May/June 1985)

FIELD TEST:  RUGER REDHAWK .41 MAGNUM REVOLVER
by Emanuel Kapelsohn, The Police Marksman (May/June 1985)

GETTING OUT OF A GUN JAM by Emanuel Kapelsohn, Soldier of Fortune
(July 1985)

HIGH-QUALITY, LOW-COST HANDGUN TRAINING AMMUNITION
by Emanuel Kapelsohn, The Police Marksman (July/August 1985)

Curriculum Vitae:
Emanuel Kapelsohn
Page 37

POLISHING PUMP-GUN TECHNIQUE by Emanuel Kapelsohn,
 Soldier of Fortune (October 1985)

FIELD TEST:  PRO-SHOT TIMER AND PRO TIMER II by Emanuel
 Kapelsohn, The Police Marksman (January/February 1986)

FIELD TEST:  HECKLER & KOCH P7 M13 PISTOL by Emanuel Kapelsohn,
 The Police Marksman (January/February 1986)

POLICE FIREARMS REQUALIFICATION:  READY, AIM, FIRE?
 by J. Maddaloni, Jr. and E. Kapelsohn, New Jersey Municipalities (Nov. 1985)

SHOTGUN PATTERNS, CHOKES, AND PERFORMANCE by Emanuel
 Kapelsohn, The Police Marksman (September/October 1985)

LOW-LIGHT SHOOTING by Emanuel Kapelsohn, Soldier of Fortune
 (April 1986)

SPRINGFIELD ARMORY'S "NEW" 1911-A1 PISTOL by Emanuel Kapelsohn,
 Special Weapons and Tactics, (SWAT) (April 1986)

PROGRESSIVE FIREARMS TRAINING by Emanuel Kapelsohn,
 Security Management (February 1986)

STEYR'S SPACE-AGE AUG by Emanuel Kapelsohn, Gun Digest Book of
 Assault Weapons (Chapter 4) J. Lewis, Ed. (DBI Books, Northbrook, IL 1986)

THE GLOCK STRIKES by Emanuel Kapelsohn, Guns Magazine Annual Digest
 (1987 Vol. 33)

U.S. LAW ENFORCEMENT VS. TERRORISM:  PUTTING A LID ON
 VIOLENCE BEFORE IT STRIKES by Emanuel Kapelsohn, Terrorism
 (September 1986)

FIREARMS OWNERS PROTECTION ACT AFFECTS AUTOMATIC
 WEAPONS OWNERSHIP AND INTERSTATE TRANSPORTATION OF
 FIREARMS by Emanuel Kapelsohn, The Police Marksman (July/August 1986)

THE MAGNIFICENT GLOCK 17 PISTOL by Emanuel Kapelsohn, The Police
 Marksman (September/October 1986)

BORN IN THE USA:  COLT REINTRODUCES THE SMG by Emanuel
 Kapelsohn, Soldier of Fortune (March 1987)

THE GLOCK 17 9mm PISTOL by Emanuel Kapelsohn, Law and Order
 (October 1986)

POWER FROM A DISTANCE:  COLT'S NEW COUNTER-SNIPER RIFLE,
 THE DELTA H-BAR by Emanuel Kapelsohn, Police (February 1987)

Curriculum Vitae:
Emanuel Kapelsohn
Page 38

COLT 9mm SMG by Emanuel Kapelsohn, Police (February 1987)

PREVIEWING COLT'S NEW DELTA H-BAR:  THE AR-15 COUNTER-
SNIPER RIFLE by Emanuel Kapelsohn, Special Weapons and Tactics
(SWAT) (February 1987)

FIELD TEST:  SPRINGFIELD ARMORY 1911-A1 PISTOL by Emanuel
Kapelsohn, The Police Marksman (January/February 1987)

IALEFI by Emanuel Kapelsohn, The Police Marksman (Jan./Feb. 1987)

COLT'S 10mm DELTA ELITE:  MAGNUM POWER IN AN AUTOLOADER
by Emanuel Kapelsohn, Police (August 1987)

TRANSITIONAL HANDGUN TRAINING:  SWITCHING TO SEMI-
AUTOMATICS by Emanuel Kapelsohn, Law Enforcement Technology
(May/June 1987)

1987 IALEFI NATIONAL TRAINING CONFERENCE SCHEDULED FOR
MESA, ARIZONA by Emanuel Kapelsohn, Law and Order (August 1987)

AN INSTRUCTOR'S LOOK AT DEA FIREARMS TRAINING by Emanuel
Kapelsohn, The Police Marksman (May/June 1988)

GLOCK 19:  THE IDEAL 9mm FOR THE ONE GUN CONCEPT by Emanuel
Kapelsohn, The Police Marksman (September/October 1988)

RELOADING THE SEMI-AUTOMATIC PISTOL - PART ONE by Emanuel
Kapelsohn, International Association of Law Enforcement Firearms Instructors
Newsletter (February 1989)

COMBAT TEST:  THE NEW GLOCK 20 by Emanuel Kapelsohn, Combat
Handguns (June 1990)

THE NEW 10mm GLOCK 20:  MAGNUM POWER IN A DOUBLE-ACTION
SERVICE PISTOL by E. Kapelsohn, The Police Marksman (May/June 1990)

BERETTA 85F .380 PISTOL by Emanuel Kapelsohn, The Police Marksman
(November/December 1990)

THE UNIVERSAL COVER MODE, OR HOW TO NOT SHOOT PEOPLE
by Emanuel Kapelsohn, The Firearms Instructor (May 1991 and August 1991)

THE UNIVERSAL COVER MODE, OR HOW TO NOT SHOOT PEOPLE
by Emanuel Kapelsohn, reprinted in Newsletter of Georgia Association of
Law Enforcement Firearms Instructors, Vol. 1, Quarter 4 (Oct. 1991)

"Introduction to the Glock Pistol" videotape produced by The Peregrine

Curriculum Vitae:
Emanuel Kapelsohn
Page 39

Corporation and featuring Emanuel Kapelsohn (48 mins., in police and
civilian versions) Glock, Inc., Smyrna, GA 1991

GLOCK PREVENTIVE MAINTENANCE MANUAL by Emanuel
Kapelsohn (Glock, Inc., Smyrna, GA 1991)

FIREARMS TRAINING STANDARDS FOR LAW ENFORCEMENT
PERSONNEL (IALEFI, Laconia, NH 1993). E. Kapelsohn, principal
author and editor

GIVING THE COMMAND TO HOLSTER by Emanuel Kapelsohn
The Firearms Instructor (Winter 1993)

STANDARDS & PRACTICES REFERENCE GUIDE FOR LAW
ENFORCEMENT FIREARMS INSTRUCTORS, E. Kapelsohn, Associate
Editor (IALEFI, Laconia, NH 1994)

SMITH & WESSON SIGMA by E. Kapelsohn, Law & Order  (Oct. 1994)

GLOCK MODELS 26 & 27 SUBCOMPACT PISTOLS by Emanuel Kapelsohn,
Police Marksman (Nov./Dec. 1995)

IALEFI APPROVES ITS FIRST TARGET - THE IALEFI-Q by Emanuel
Kapelsohn, The Firearms Instructor, Vol. 17 (1995)

WHAT'S IN A TARGET?  INTRODUCING THE IALEFI-Q by Emanuel
Kapelsohn, Police Marksman (May/June 1996)

P95:  INTRODUCING RUGER'S FIRST POLYMER-FRAME SERVICE
PISTOL by Emanuel Kapelsohn, Police Marksman (July/August 1996)

P239:  SIG'S NEW COMPACT 9mm PISTOL by Emanuel Kapelsohn,
Police Marksman (July/August 1996)

RAPID ACQUISITION TARGETING SYSTEMS LASER SIGHT
by Emanuel Kapelsohn, Police Marksman (July/August 1997)

"IALEFI Handgun Safety Check" videotape, written by and featuring
E. Kapelsohn, produced by North Carolina Justice Academy (IALEFI 1997)

IALEFI HANDGUN SAFETY CHECK booklet, Emanuel Kapelsohn,
principal author (IALEFI 1998)

FIELD TEST:  SPEER GOLD DOT 125-GRAIN .38 SPECIAL AMMUNITION
by Emanuel Kapelsohn, Police Marksman (March/April 1998)

THE PATROLLER POLICE VEHICLE by Emanuel Kapelsohn,
Law & Order (March 1998)

Curriculum Vitae:
Emanuel Kapelsohn
Page 40

FBI INSTITUTES NEW CONTROLS FOR SCENARIO TRAINING
 by Emanuel Kapelsohn, The Firearms Instructor, Issue 26 (1999)

SAFETY TIP by Emanuel Kapelsohn, The Firearms Instructor, Issue 26 (1999)

FOR GUN SAFETY, STICK TO FOUR RULES, BUT WATCH OUT FOR
 THE FOUR MYTHS by Emanuel Kapelsohn, Allentown Morning Call,
 (October 22, 1999)

Handgun Shooting Fundamentals section, Basic Police Academy
 curriculum lesson plan, Pennsylvania Municipal Police Officers
 Education and Training Commission. Emanuel Kapelsohn, author (2000)

THE FIREARMS INSTRUCTOR'S RANGE BAG by Emanuel Kapelsohn,
 The Firearms Instructor, Issue 29 (2000)

FIELD TEST: SIGARMS SSG3000 TACTICAL PRECISION RIFLE by
 Emanuel Kapelsohn, Police Marksman (July/August 2000)

IALEFI Q-TARGET UPDATE by Emanuel Kapelsohn, The Firearms Instructor,
 Issue 30 (2001)

PARA-ORDNANCE LDA PISTOL ARMORERS MANUAL (2001 and rev.)

PARA-ORDNANCE LDA FIREARMS INSTRUCTOR NOTEBOOK   (2001)

KIMBER PISTOL ARMORER'S NOTES (2001)

KIMBER PISTOL INSTRUCTOR WORKSHOP NOTEBOOK (2001)

GUIDELINES FOR SIMULATION AND "FORCE ON FORCE" TRAINING
 (Draft, IALEFI, Gilford, NH 2001).  Emanuel Kapelsohn, principal author.

AVOIDING TRAINING DEATHS: SAFETY CONSIDERATIONS IN ROLE
 PLAYING EXERCISES by Emanuel Kapelsohn, The Firearms Instructor, Issue
 31 (2002)

REDMAN PROVIDES SIMULATION TRAINING POSTER by Emanuel
 Kapelsohn, The Firearms Instructor, Issue 32 (2003)

Contributor to RedMan Firearms Simulation Safety Poster (2003)

Bobcat Weapons BW-5 Operator's Manual.  Emanuel Kapelsohn, author. (2004)

FIREARMS TRAINING STANDARDS FOR LAW ENFORCEMENT
 PERSONNEL (IALEFI, Gilford, NH 2004 Rev.).  E. Kapelsohn, principal
 author

IALEFI GUIDELINES FOR SIMULATION TRAINING SAFETY.  E.

Curriculum Vitae:
Emanuel Kapelsohn
Page 41

Kapelsohn, principal author.  (IALEFI, Gilford, NH 2004)

"More First Hand Information," by Emanuel Kapelsohn.  The Gun Zone.
http://www.thegunzone.com/ayoob/magliato-kapelsohn.html

COURSES OF FIRE – PENNSYLVANIA BASIC HANDGUN
QUALIFICATION COURSE by Emanuel Kapelsohn, The Firearms Instructor,
Issue 42 (2007).  Also reprinted in excerpted form in Pennsylvania MPOETC
Training Bulletin, Fall 2007.

QUALIFICATION COURSES OF FIRE:  PENNSYLVANIA'S ADVERSE
LIGHT QUALIFICATION COURSE by Emanuel Kapelsohn, The Firearms
Instructor, Issue 44 (2008).

GETTING AND STOCKING A "GO BAG" by Emanuel Kapelsohn, The
Firearms Instructor, Issue 53 (2012).

"Banning Assault Weapons Won't Make Nation's Schools Safer" by E.
Kapelsohn, Allentown Morning Call, Op-Ed, January 6, 2013

"No Prepping,"  Letter to the Editor, HANDGUNS Magazine, April/May 2014.

"The Glock Model 43:  New 9mm Micro-Pistol," by Emanuel Kapelsohn.
Law and Order magazine, August 2015.

"There Are No Safe Guns," by Emanuel Kapelsohn.  The Firearms Instructor,
Issue 58 (2016)

"Pennsylvania State Police Firearms Instructor Criminally Charged in Training
Death of Trooper," by Emanuel Kapelsohn.  The  Firearms Instructor, Issue 58
(2016)

 "Baltimore Police Firearms Instructor Convicted of Reckless Endangerment in
Accidental Shooting During Simunitions Training," by Emanuel Kapelsohn.
Anticipated publication date:  The Firearms Instructor, Issue 59 (2017)

"Civilian Response To Active Shooter Events," by Emanuel Kapelsohn, Network
Magazine, January 2017

"For the Record" (letter to the Editor concerning the Yanez shooting incident and
trial.  Concealed Carry Magazine, August/September 2017. Vol. 14, Issue 6.

"Safety With Dropped Guns" by Emanuel Kapelsohn, IALEFI Press-Check
(2021) and PA MPOETC Newsletter.

"To Score Or Not To Score:  That Is The Question" by Emanuel Kapelsohn,
The Press Check, IALEFI (2021)

"Safety Guidelines for Simulation Training," by Emanuel Kapelsohn, 2023

Curriculum Vitae:
Emanuel Kapelsohn
Page 42

Revision, IALEFI, Gilford, NH.

Podcast on Organizing, Training and Managing Armed Congregant Security Teams for Houses of Worship, https://armedcitizenstv.org/, and https://www.youtube.com/watch?v=psVSMoCoAF8.

**SELECTED LIST OF AGENCIES TRAINED AND <u>COURSES TAUGHT</u>:**

Basic Pistol and Special Pistol courses, American Pistol Institute (Paulden, AZ 1980-1982):  staff instructor.

Firearms Safety, Basic Handgun and Defensive Handgun courses, U.S. Treasury Department Pistol Club, New York, NY (1980-1983).

Defensive Handgun Training, The Spiesman Agency, New York, NY (1980-83):  provided handgun training for detective agency.

Defensive Handgun Training and Qualification, Danbee Investigations (New Jersey 1983):  provided handgun training for detective agency personnel.

Officer Survival Instructor Course.  Massachusetts Criminal Justice Training Council.  (1984):  taught the firearms portion of this instructor-level course.

Close-Range Handgun Techniques:  Sampson Technical College, Clinton, NC (1984).  Taught this defensive handgun class.

Borough of Midland Park Police Department (NJ 1985):  conducted semi-automatic pistol transitional training for this department.

Union County (New Jersey) Prosecutor's's Office (Senior Firearms Instructor Course.  1985):  co-instructed three separate week-long courses for firearms instructors from every police department in Union County under contract with Rockwood Corporation, Police Training Division.

International Police Academy - Master Instructors Seminar (Morell, Desmedt, et al.):  guest instructor (Toms River, NJ 1986)

Connecticut State Police Academy.  (Senior Firearms Instructor Course.  Meriden, CT, 1986 and 1988):  guest instructor under contract with Rockwood Corporation, Police Training Division.

NRA Law Enforcement Firearms Instructor School (U.S. Marine Base, Quantico, VA 1986):  instructor.

Curriculum Vitae:
Emanuel Kapelsohn
Page 43

Hilltown Township Police Department (PA 1986):  conducted semi-automatic pistol transitional training for this department.

Glock Familiarization Course, Middlesex County, NJ 1987:  taught a one-day familiarization course for police firearms instructors from multiple agencies.

1987 Glock International Training Symposium.  (Kansas City, Kansas):  headed a team of four instructors in conducting this training conference for some 70 participants.

Police Counter-Sniper Rifle Course.  (Fort Dix, New Jersey 1987):  co-instructed this course for police and military counter-snipers.

Borough of Ramsey Police Department (NJ 1987):  conducted semi-automatic pistol transitional training program for this department.

International Association of Law Enforcement Firearms Instructors (IALEFI), National Training Conferences (see above):  conducted instructor-level programs on Drawing the Handgun and Close-Range Shooting Techniques (Philadelphia 1985); Dim Light Shooting Techniques, and Combat Shotgun Characteristics (Orlando, FL 1986); Tactical Use of Cover (Mesa, Arizona 1987); Dim-Light Assault Rifle and Shotgun Techniques, and Semi-Automatic Pistol Transitional Training (St. Augustine, FL 1988); Dim-Light Shotgun and Rifle Techniques (Salt Lake City 1989); Concealed Carry Handgun, Auto-Pistol Transitional Training, Dim-Light Handgun and Shotgun, and Police Handgun Caliber Selection and Effectiveness (panel) (Washington, D.C. 1990); Firearms Safety; Involuntary Muscular Contraction and Unintentional Discharge (co-instructed with Dr. Roger Enoka) (Mesa, AZ 1991); Developing Dynamic Training Exercises for the Patrol Officer (co-instructed with Peter Tarley) (Tampa, FL 1992); Development of Dynamic Training Exercises for Patrol Officers (co-instructed with Peter Tarley) (Reno, NV 1993); Dynamics of a Gunfight (Orlando, FL 1994); Training Handgun Skills (Amarillo, TX '95).

Basic and Advanced Defensive Handgun Courses (1982-1993):  co-instructed (with John Farnam) courses in locations including Fort Mead (MD), Norristown (PA), Ledgewood (NJ), Berkeley Township (NJ), Princeton Junction (PA), Pipersville (PA), Dutchess County (NY), New York City (NY), Salt Lake City (UT), Bradford (RI), Elroy (WI), East Stroudsburg (PA), and Atlantic City (NJ).

New Jersey Armored Motor Carriers Association (1987):  guest speaker on subject of firearms training for the armored car industry.

Defensive Shotgun Course (East Stroudsburg, PA 1987).

Armored Motor Service Corp. (Trenton, NJ 1985-88):  conducted handgun training and qualification.

Princeton Armored Service (Trenton, NJ 1986-1990):  conducted handgun

Curriculum Vitae:
Emanuel Kapelsohn
Page 44

          training and qualification.

Eastern Armored Service (Trenton, NJ 1991-1997):  conducted handgun
  training and qualification.

Berkleigh Career School (East Brunswick, NJ 1988-1989):  conducted firearms
  training program for security officer trainees.

NRA Law Enforcement Semi-Automatic Pistol Seminars.  Helped to design,
  and served as chief instructor for these courses taught at U.S. Marine Base,
  Quantico, VA (1987); Florida Law Enforcement Training Center at Lively
  (1988); Oklahoma City Police Academy (1988); Port Huron, Michigan (1988);
  and Alamo Area Law Enforcement Academy, San Antonio, TX (1988).

Miami (FL) Police Department (Firearms Instructor Course, 1987):  trained
  MPD firearms instructors as part of this agency's transition from revolver to
  semi-automatic.

New Jersey Department of Environmental Protection, Bureau of Law
  Enforcement (Firearms Instructor Workshop, 1987):  trained NJDEP instructors
  for this agency's transition from revolver to semi-automatic.

National Armored Car Association (Annual Meeting.  New York, NY 1987):
  guest speaker on subject of current trends in firearms training and training-
  related liability.

Atlantic City Police Academy.  (Police Handgun Instructor Workshop, 1987.
  Police Shotgun Instructor Workshop, 1987.  Police Special Weapons Course,
  1987.  Glock 17 Familiarization Course, 1987).

New Jersey Correctional Officers Training Academy, Training Advisory Council
  (1988):  guest speaker on progressive firearms training and training liability.

Jacksonville (FL) Police Department (Firearms Instructor Course, 1988):
  conducted handgun and shotgun instructor course.

Tennessee Bureau of Investigation (Firearms Instructor Course, 1988):
  trained TBI firearms instructors in preparation for agency's transition
  from revolver to semi-automatic pistol.

Metropolitan Toronto Police (Auto-pistol Workshop.  Toronto, Canada 1988):
  conducted transitional pistol training for members of this agency's police
  academy, Emergency Task Force, and dignitary protection unit.

NRA Annual Meeting (Orlando, FL 1988):  guest speaker before the
  Legislative Affairs Committee and the opening session of the General Meeting.

Burlington County (NJ) Police Academy (Semi-Automatic Pistol Instructor
  Workshops, 1985-1987; Shotgun Instructor Workshop, 1987; Officer Survival

Curriculum Vitae:
Emanuel Kapelsohn
Page 45

Course, 1988; Firearms Instructor Update, 1991).

Atlantic City Police Department (Firearms Instructor Course, 1988):  trained ACPD instructors to conduct agency's transition from revolvers to pistols.

Professional Conference, "Law and Management in the Security Industry." University of the West Indies, St. Augustine, Trinidad.  July 1988.  Featured guest lecturer on topic "Current Trends in Firearms Training."

New Jersey Department of Corrections (1988):  conducted semi-automatic pistol survey course as part of this agency's process of selecting a service pistol.

Takoma Park Police Department (Maryland, 1988):  conducted instructor-level transitional training course.

Police Counter-Sniper Rifle Course (Glastonbury, Connecticut.  1988): co-instructed this course for police counter-snipers.

SWAT Team Training Course.  (Cape May County Police Academy, 1988): conducted tactical team training in handgun, shotgun, assault rifle, and submachine gun.

Lecture presentation:  "Police Use of Lethal Force:  Legal and Tactical Considerations."  Emanuel Kapelsohn and Sgt. Evan Marshall.  (Mt. Laurel, New Jersey.  1988).

Jacksonville (Florida) Police Department (Firearms Instructor Workshop, 1988): conducted transitional training instructor course preliminary to this agency's switch to semi-automatic pistols.

Conducted Glock Armorer Courses in Atlantic City, Boston, Sacramento, San Francisco, San Diego, Carson City (Nevada), Washington, Chicago, Trenton, New York City, Philadelphia, Indianapolis, Baltimore, Spokane, Atlanta, Greensboro, Carlisle (PA), Phoenix, Oklahoma City, Seattle, San Antonio, Jersey City, St. Thomas, Barbados, Billings (MT), Springfield (MO), Wenatchee (WA), Jersey City (NJ), Bergen County (NJ) Police Academy, Wyandotte (MI), Essex County (NJ) Police Academy, Overland (MO), Irvington (NJ) Police Department, San Antonio (TX), Miami (FL), South Carolina Justice Academy, North Carolina Justice Academy, St. Petersburg (FL), Jacksonville (FL), Toronto, Barbados, Chapin (SC), Smyrna (GA), Louisiana State Police Academy, and other locations (1987-1993).

Conducted Glock Firearms Instructor Workshops for/at Fulton County Sheriff's Office (NY), Yellowstone County Sheriff's Office (MT), Middlesex County (NJ) Police Academy, Bergen County (NJ) Police Academy, El Cajon (CA) Police Department, Barbados Police Service, St. Petersburg (FL) Police Department, North Platte (NE) Police Department, Overland (MO), Chapin (SC), Essex County (NJ) Police Academy, Springfield (MO) Police Department, Wenatchee (WA), Spokane (WA) Police Academy, Snohomish

Curriculum Vitae:
Emanuel Kapelsohn
Page 46

County (WA) Sheriff's Office, Louisiana State Police Academy, Jersey City (NJ) Police Department, Smyrna (GA), and others (1987-1993).

Conducted Glock Armorer Classes and Glock Firearms Instructor Workshops at Glock facility in Smyrna, Georgia, 1988-1993 (multiple classes).

Massachusetts Metropolitan Police (Boston, Massachusetts. 1988):  trained firearms instructors to conduct this agency's transition to semi-auto pistols.

Sacramento Municipal Utilities District (California, 1988):  trained nuclear security firearms instructors for Rancho Seco nuclear power facility.

American Society of Law Enforcement Trainers, Second Annual International Training Seminar (Kansas City, Missouri. 1989):  conducted instructor-level workshop on concealed handgun draw techniques and close-range defensive tactics.

Metropolitan Police (Washington, D.C., 1989):  conducted two programs to train firearms instructors and armorers to implement this agency's transition to semi-automatic pistols.

Camp Smith, NY (1989):  Speaker at Westchester County Firearms Instructors Seminar on Semi-Automatic Pistol Transitional Training. Topic: "Safety In The Transitional Training Program."

Trenton (New Jersey) Police Department (1989):  trained firearms instructors and armorers to conduct agency's transition to semi-automatic pistols.

New York Legal Aid Society (New York City, 1989?):  co-instructed (with Firearms Examiner D. Frangipani) firearms evidence lecture for attorneys.

Philadelphia Police Department (1989):  trained firearms instructors and armorers to conduct agency's transition to semi-automatic pistols.

Trinidad-Tobago Police Academy (Port-of-Spain, 1990):  presented firearms instructor workshop in conjunction with handgun training program conducted at Teteron Military Base.

Louisiana State Police Academy, Baton Rouge, LA (1990):  conducted submachine gun instructor school.

New York State Police (1990):  performed a contract to conduct a series of programs at five locations throughout New York State to train NYSP firearms instructors to conduct agency's transition to semi-automatic pistols.

IALEFI Regional Training Conference (Long Island NY. 1990):  conducted dim-light handgun training class.

Henrico County Police Department (Virginia, 1990):  conducted two training

Curriculum Vitae:
Emanuel Kapelsohn
Page 47

programs to prepare agency's instructors to conduct transition to semi-automatic pistols.

Virgin Islands Police Department (St. Thomas, 1990):  conducted semi-automatic pistol instructor training program.

Developed police shotgun armorer training program for O. F. Mossberg & Sons, and conducted first Mossberg Shotgun Armorer Courses in Burbank, Tacoma, Philadelphia, North Haven (CT), South Carolina Criminal Justice Academy, North Carolina Justice Academy, Skokie (IL), Kansas City, San Antonio, Louisiana State Police Academy, Salt Lake City, and other locations (1990-1992).  Course revised 2000, below.

Baltimore City Police Department (1990):  conducted semi-automatic pistol instructor training program.

Missouri State Highway Patrol (1990):  presented training program to prepare agency's instructors to conduct transition to semi-automatic pistols.

Atlantic County's Prosecutor's Office:  conducted Firearms Instructors Recertification Course for all police firearms instructors in county (1990-2001)

Phoenix Regional Police Academy (1991):  conducted armorer and semi-automatic pistol instructor training program.

Maryland National Capital Park Police (1991):  conducted semi-automatic pistol instructor training program.

IALEFI Regional Training Conference (Dutchess County, N.Y. 1991): taught classes on cover mode and involuntary discharge; advanced shotgun techniques.

DSIP (Caracas, Venezuela. 1991):  conducted firearms training program for bodyguard detail of President of Venezuela, and for members of drug task force and elite counter-terrorist unit.

Oregon State Police (1991):  conducted training program to prepare agency's instructors to conduct transition to semi-automatic pistols.

Clients for which Mr. Kapelsohn has provided training and consulting services, both domestically and abroad from 1983 through the present time, include investigative agencies, executive protection details, armored car and precious metal companies, corporations involved in newspaper publishing, advertising, finance, pharmaceuticals, insurance, defense manufacturing, mining, firearms and related products, steel, the movie/television industry, and manufacturing industries; police departments, federal agencies, cities, and state law enforcement training commissions.

Kutztown Jaycees (1991):  conducted firearms safety and BB gun marksmanship training class for 8-12 year olds.

Curriculum Vitae:
Emanuel Kapelsohn
Page 48

Seattle Police Department (1991):  conducted semi-auto pistol instructor program

American Society for Industrial Security (Schuylkill Valley Chapter, 1992):
   presented lecture on current trends in security and law enforcement firearms
   training.

NJ Department of Corrections, Glock 18 (select-fire pistol) Course for Witness
   Protection Detail, Atlantic City Police Range (1992)

American Society of Law Enforcement Trainers Fifth International Training
   Seminar (Milwaukee 1992):  presented instructor-level classes on involuntary
   muscular contraction and involuntary discharge.

IALEFI Regional Training Conference (Dutchess County, NY 1992):  presented
   lecture on training-related liability, documentation of training, and written
   agency firearms policy.

IALEFI Regional Training Conference (Long Island, NY 1992):  conducted
   classes on tactical handgun and dim-light handgun.

Reading Area Community College (1992):  Police Semi-Automatic Pistol
   Instructor Workshop.

National Tactical Invitational, Lewisberry, PA 1992:  taught class, "Legal
   Considerations in the Use of Deadly Force."

Northeastern Berks Regional Police Department (1992):  Semi-Automatic Pistol
   Training Program.

Salt Lake County Sheriff's Department (1992):  trained armorers and firearms
   instructors to conduct transition to semi-automatic pistols.

Tactical Shotgun Course (1993):  Pleasantville (NJ) Police Range.

IALEFI Regional Training Conference (Nassau County, NY 1993):  conducted
   class on firearms-related liability, written departmental firearms policies,
   and documentation of training.

Dallas Police Department (1993):  conducted police firearms instructors course.

North Carolina Justice Academy, Statewide Firearms Instructors Conference
   (1993):  Presented classes: Involuntary Muscular Contraction & Unintentional
   Discharge; Developing Dynamic Training Exercises for Patrol Officers.

Jacksonville (FL) Police Department (1993):  conducted police firearms
   instructors course.

Carnegie Mellon University Police Department (Pittsburgh 1993):  conducted

Curriculum Vitae:
Emanuel Kapelsohn
Page 49

transitional training program and handgun instructor workshop.

Calgary Police Service Tactical Unit (1993): taught special weapons course
including submachine gun, shotgun, rifle, and handgun.

Yardley, PA (1994): Instructed Defensive Handgun Course.

Guest Speaker on topic "Should I Carry a Gun?" at JCK Show, Las Vegas,
NV (June 1994).

Connecticut Police Academy, Meriden, CT. Co-instructed senior instructor
program "Selecting a Shoulder Weapon" (April 1994).

"Firearms Training Liability and Trends," Lehigh Valley Chapter, American
Society for Industrial Security (1994).

Kutztown Police Department (1994): conducted handgun and shotgun
training.

Defensive Shotgun Courses, Pittsburgh, PA and Harvard, Mass. (1995).

Handgun training and qualifications, Eastern Armored Service (Trenton,
NJ 1994-1996).

Guest speaker, Firearms Committee, Pennsylvania Municipal Police Officers
Education and Training Council (Hershey, PA 1995).

Connecticut Police Academy, Meriden, CT. Co-instructed Tactical Shotgun
Instructor course (1995).

"Trends in Police Firearms Training," Pennsylvania Burglar and Fire Alarm
Association, Allentown, PA (1995).

Senior Firearms Instructor Course, Allentown Police Academy (PA 1995).

Defensive Handgun Course, Lehigh County District Attorney's Office,
Allentown, PA (1996).

Firearms Instructor Recertification Course, Dallas Police Department, Dallas,
TX (1996).

Glock 19 Transition Courses, Princeton Armored Service, Trenton, NJ (1995-6)

Lecture: "Firearms Training-Related Liability," Annual Conference, Arizona
Law Enforcement Firearms Instructors Association, Mesa, AZ (1996).

Firearms Safety Program, Cub Scouts of America, Topton, PA (1996).

Basic Personal Protection Handgun Courses, Topton (PA) Fish & Game

Curriculum Vitae:
Emanuel Kapelsohn
Page 50

Association Range (1994-1996).

IALEFI Handgun Safety Check, IALEFI Regional Training Conference, Philadelphia Police Academy (1996).

Legal and Practical Aspects of Firearms Self-Defense for Civilians, Muhlenberg Township Recreation Department (1996-1997).

American Society of Law Enforcement Trainers Regional Training Conference, Bergen County (NJ) Police Academy (1996):  conducted instructor-level courses on Tactical Handgun Skills; Dim-Light Handgun.

1996 IALEFI Annual Training Conference, Mesa, AZ.  Co-instructed instructor-level courses on Training-Related Liability; Safety and Use of Reactive Steel Targets.

North Carolina Justice Academy Statewide Instructors Conference:  conducted instructor-level lectures on firearms safety, dim-light firing techniques, and one-handed firearms manipulation (1997).

Berks County Sheriff's Department: conducted revolver-to-semiautomatic pistol transitional training for this 38-officer agency (1997).

IALEFI Regional Training Conference (Oklahoma City Sheriff's Office 1997): conducted instructor-level program, "Developing Dynamic Range Exercises for Patrol Officers."

Berks County Sheriff's Department:  assisted in conducting in-service handgun and shotgun training, remedial training, and qualification (1997-2007, 2012).

IALEFI Annual Training Conference (Columbia, Missouri, 1997):  co-instructed instructor-level program, "Legal Liability Update"; conducted IALEFI Handgun Safety Check for over 100 students; chief safety coordinator for this 6-day conference involving some 500 participants (students, instructors, vendors) in day and night training activities, displays, and competitions.  Courses attended:  see above.

Lehigh County (PA) District Attorney's Office (1997):  conducted handgun training course.

Kutztown (PA) Police Department:  conducted in-service handgun and shotgun training and qualification (1997, 2000, 2001, 2002, 2003).

Harrisburg Area Community College:  Co-instructed pilot judgmental use of force class for Pennsylvania MPOETC (1998).

Allentown (PA) Kiwanis Club:  Guest speaker on "Firearms Safety and Self-Defense" (1998).

Curriculum Vitae:
Emanuel Kapelsohn
Page 51

U.S. Department of Health & Human Services, Office of the Inspector
General.  Training and consulting contract to assist agency in updating
its firearms training program for Special Agents (1998).

Northeastern Berks Regional Police Department (1998):  Conducted handgun
and shotgun qualifications and remedial training.

Berks County Postmasters Association:  Guest speaker on "Personal
Security" (1998).

Less Lethal 12-Gauge Impact Munitions User Certification Course
(Berks County, PA, 1998).

Camp Cadet, Oley, PA (1998):  Firearms safety presentation for 10-14 year
olds at summer camp sponsored by Pennsylvania State Police.

O.C. Civilian Users Certification Courses:  Conducted a series of courses for
employees and for security officers of Fortune 500 company (1998-2001).

IALEFI Annual Training Conference (West Palm Beach, FL, 1998):  Presented
instructor-level program, "Designing and Using Performance Objectives in
Firearms Training"; conducted IALEFI Handgun Safety Check for over 100
students; chief safety coordinator for this 6-day conference involving some
500 participants (students, instructors, vendors) in day and night training
activities, displays, and competitions.  Courses attended:  see above.

Harrisburg Area Community College:  Assisted in presenting judgmental
use of force instructor certification course for Pennsylvania MPOETC (1999).

Police Patrol Rifle Users and Instructors Courses (Muhlenberg Twp. Police
Department 1999).

Presentations to Allentown, PA Chapter, American Inns of Court, on "Firearms,
Tactics and the Law" (Sept. 1999) and "Use of Experts in Firearms Cases"
(Oct. 1999).

IALEFI Annual Training Conference (Phoenix, 1999):  Conducted IALEFI
Handgun Safety Check for over 100 students; chief safety coordinator
for this 6-day conference involving some 400 participants (students,
instructors, vendors) in day/night training classes, displays and competitions.

Allentown (PA) Police Academy: Basic Recruit Training Academy classroom
instructor on "Use of Force in Law Enforcement;" assistant range instructor in
firearms (1999-2007).  "Laws of Arrest" and "Criminal Procedure" (2007).

Firearms Overview Course (Allentown Police Academy, 1999):  presented
classroom and range program to researchers and doctors from University
of Pennsylvania (FICAP) study on gunshot injuries.

Curriculum Vitae:
Emanuel Kapelsohn
Page 52

IALEFI RTC (Philadelphia Police Academy, 2000):  taught two courses
on Tactical Shotgun.

Eddie Eagle Firearms Safety Program taught to approx. 120 children,
grades K through 2, at The Swain School (Allentown, PA, 2000).

Firearms Instructor Update (Pennsylvania State Police Academy, 2000):
presented instructor-level program for Pennsylvania Municipal
Police Officers Education and Training Commission.

2000 IALEFI ATC, Tampa, FL:  conducted IALEFI Handgun Safety Check
for over 100 students; chief safety coordinator for this 6-day event involving
nearly 500 participants (students, instructors, vendors) in day and night
training activities, displays and competitions; taught Mossberg Shotgun
Armorer Certification Course.

Lehigh County (PA) District Attorney's Office (2000):  conducted training
course, "Introduction to Firearms for Prosecutors" (CLE accredited) at
Allentown Police Academy.

Mossberg Shotgun Armorer Certification Courses (North Haven, CT, 2000):
presented two courses for police and military armorers.  Consultant to
Mossberg re. revision of Armorer's Manual.

"Legal and Practical Aspects of Firearms Self-Defense" (Topton, PA, 2000):
presented two courses at East Penn Outdoor Sportsmen's Expo.

Eastern Armored Service (PA, 2000):  conducted Glock pistol transitional
training for armored car personnel.

Mossberg Shotgun Armorer Certification Course (Fairfax, VA, 2000): taught
course for police armorers.

Guest Speaker at graduation dinner, Allentown (PA) Police Academy (2001)

Para-Ordnance LDA Pistol Armorer Certification Courses (Orange County, CA
and Oak Lawn, IL, 2001): taught courses for police and civilian armorers.

Para-Ordnance LDA Pistol Firearms Instructor Workshop (Oak Lawn, IL, 2001):
taught course for police firearms instructors in conjunction with agency's
transition to this model of semi-automatic pistol.

Para-Ordnance LDA Pistol Armorer Certification Course, Rhode Island (2001).

Guest Speaker, "Firearms in the Home," Allentown Rotary Club (2001)

Mossberg Shotgun Armorer Certification Course, Lisle, IL (2001): taught
course for police armorers.

Curriculum Vitae:
Emanuel Kapelsohn
Page 53

Firearms Training and Qualification, Berks-Lehigh Regional Police Department (PA, 2001).  Conducted user-level training for this newly-formed agency with pistol, shotgun, patrol rifle, and less lethal impact munitions.

Guest Instructor, Citizens Police Academy, Exeter Township Police Department (PA, 2001).  Presented demonstration/discussion of concealed weapons and related topics.

Personal Protection Course, Carpenter Technology Corporation, Reading, PA (2001).  Taught personal protection course (including pepper spray and hand-to-hand self defense) to executives of Fortune 500 company and their spouses.

Firearms Instructor Update (Northeast Counter-Drug Training Center, Ft. Indiantown Gap, PA 2001:  presented instructor-level program for Pennsylvania Municipal Police Officers Education and Training Commission.

Tacoma Police Department (WA, 2001).  Developed and taught  Kimber Pistol Armorer's Workshop and Kimber Pistol Instructor Course for this agency.

Las Vegas Metro Police Department (NV, 2001).  Taught Mossberg Shotgun Armorer Certification Course.

Mossberg Shotgun Armorer Certification Courses (North Haven, CT 2001).  Taught two armorer courses for O.F. Mossberg & Sons.

Mossberg Shotgun Armorer Certification Course (Utah County Sheriff's Office, UT 2001).  Taught law enforcement armorer's course.

"Legal and Practical Aspects of Firearms Self-Defense" (Topton, PA 2001): taught course at East Penn Outdoor Sportsmen's Expo.

Para-Ordnance LDA Pistol Armorer Certification Course (North Attleboro Police Department, MA 2001).

2001 IALEFI Annual Training Conference, Reno, NV:  conducted IALEFI Handgun Safety Check for some 80 students; assistant safety coordinator for this 6-day event involving nearly 400 participants; taught Mossberg Shotgun Armorer Certification Course; panelist in panel discussion, "Point Shooting vs. Aimed Fire."

Presenter at Muhlenberg Twp. Police Dept. "Firearms and Home Safety" Class (Temple, PA 2001):  Lecture to mixed audience of adults and Boy Scouts.

Mossberg Shotgun Armorer Certification Course (Branson Police Department, Branson, Missouri 2001).  Taught law enforcement armorer's course.

Mossberg Shotgun Armorer Certification Course, Fairfax, Virginia 2001.  Taught Law Enforcement armorer's course to police and military personnel.

Curriculum Vitae:
Emanuel Kapelsohn
Page 54

Para-Ordnance LDA Pistol Armorer Certif. Course (Southampton, PA 2001)

Mossberg Shotgun Armorer Certification Course, Massachusetts State Police
  Headquarters, Framingham, MA 2002.

Mossberg Shotgun Armorer Certification Course, Clearwater Police Department,
  Clearwater, FL 2002.

Beretta DAO Pistol Training Course and Use of Force Legal Issues Class,
  Bloomsburg University Police Department, Bloomsburg, PA 2002:  Trained and
  certified university police department to carry firearms.

Mossberg Shotgun Armorer Certification Course, Linn County Sheriff's
  Office, Albany, Oregon 2002

Mossberg Shotgun Armorer Certification Course, Shawnee County Sheriff's
  Department, Topeka, Kansas 2002.

Para-Ordnance LDA Pistol Armorer Certification Course, Kansas Highway
  Patrol, Emporia, Kansas 2002.

Citizen's Police Academy, Exeter Township Police Department (PA),
  Guest instructor, training segment on weapons concealability (2002-2004).

Firearms Instructor Update, Berks County Sheriff's Department,
  Reading, Pennsylvania (2002)

Mossberg Shotgun Armorer Certification Course, New York City Police
  Department, Ballistics Section (2002)

Introduction to Firearms for Juvenile Probation Officers, Allentown
  Police Academy (2002)

Mossberg Shotgun Armorer Certification Course, Watertown Police Department,
  Watertown, CT (2002)

Mossberg Shotgun Armorer Certification Course, Carol Stream, Illinois (2002)

2002 IALEFI Annual Training Conference, San Diego, CA.  Chief safety
  coordinator for this 6-day event involving over 300 participants in day and night
  training activities, trade show, demonstrations and shooting competitions.  Co-
  instructed course on safety issues and procedures in simulation and role-playing
  training exercises.

Mossberg Shotgun Armorer Certification Course, Martin County Sheriff's
  Office, Stuart, Florida (2002).

Mossberg Shotgun Armorer Certification Course, Fairfax, VA (2002).

Curriculum Vitae:
Emanuel Kapelsohn
Page 55

Bureau of Alcohol, Tobacco & Firearms, Firearms Instructor Seminar, Orlando, FL (2002).  Guest Instructor.

Berks-Lehigh Regional Police Department, remedial dim-light training.  (2003)

Guest Lecturer, University of Pennsylvania class, "Injury and the Public's Health," School of Medicine/School of Public Health. Professor Charles Branas, Ph.D. (2003)

Patrol Rifle Instructor Course, Reading, PA (2003)

Patrol Rifle Operator's Course, Reading, PA (2003)

Bureau of Alcohol, Tobacco & Firearms, Firearms Instructor Seminar, San Diego CA (2003).  Guest Instructor.

Citizen's Police Academy, Allentown Police Academy, Allentown, PA.  Instructor in Use of Force in Law Enforcement, Laws of Arrest (2003-5)

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Orlando, FL (2003).  Guest Instructor

IALEFI Annual Training Conference, Orlando, FL (2003).  Assistant range officer in Advanced Tactical Rifle class.

Mossberg Shotgun Armorer Certification Course.  Rockland County (NY) Police Academy (2003).  Instructor.

`  Firearms Instructor Recertification Course.  Atlantic County, NJ (2002, 2003).  Instructor

Defensive Shotgun Course.  Reading, PA (2003).  Instructor

Firearms Instructor Updates/Requalifications.  Berks County Sheriff's Department, Reading, PA (2003-2005).

Guest  Instructor, Lehigh County Municipal Emergency Response Team Training, DeSalles University (2004)

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Orlando, FL (2004).  Guest Instructor

Patrol Rifle Instructors Course.  Reading, PA (2004).  Instructor

Patrol Rifle User's Course.  Reading, PA (2004).  Instructor

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Los Angeles, CA (2004).  Guest Instructor

Curriculum Vitae:
Emanuel Kapelsohn
Page 56

IALEFI Annual Training Conference, Dayton, Ohio (2004).  Taught class
 "Legal Update for Firearms Instructors."

Patrol Rifle/Shotgun Workshop.  Reading, PA (2004).  Instructor

Atlantic County Prosecutor's Office, Firearms Instructor Update.  Atlantic
 County, NJ (2004).  Presented 3-day range and classroom instructor update.

Lecture, "Firearms, Firearms Safety and Self-Defense," Lions Club, Bowers, PA
 (2004).  Guest lecturer.

Defensive Handgun & Shotgun Class.  Hellertown, PA (2004).  Instructor

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, San
 Francisco, CA (2005).  Guest Instructor

Tactical Team Commanders Course, Jefferson Township (NJ) Police
 Department, for Fox Valley Technical College/ Team One Network,
 Guest Instructor (2005).

Advanced Defensive Handgun Class.  Hellertown, PA (Spring 2005).  Instructor.

Firearms Safety and Tactics Workshop.  Salisbury Township Police Department,
 Allentown, PA (2005).  Instructor.

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, San
 Diego, CA (2005).  Guest Instructor.

2005 IALEFI Annual Training Conference, Reno, NV.  Co-instructed instructor-
 level class on fast, accurate handgun shooting and target-focused fire.
 Conducted Handgun Safety Check for approx. 100 new attendees.  Chief
 Safety Officer coordinating safety for this 6-day training conference, involving
 over 400 attendees in classroom and firing range   courses, firearms ompetition,
 trade show with hands-on firearms demonstrations, etc.

Atlantic County Prosecutor's Office, Firearms Instructor Update.  Atlantic
 County, NJ (2005).  Presented 3-day range and classroom instructor update.

O.C. ("Pepper Spray") Users Courses (Pennsylvania 2005).  Presented training
 courses for security officers of major pharmaceutical manufacturer.
 Patrol Rifle Operators Refresher Course (Berks County Sheriff's Dept. 2005).

Advanced Defensive Handgun Course.  Hellertown, PA.  (Fall 2005).  Instructor.

Defensive Handgun & Shotgun Training  (Pennsylvania 2005, 2006, 2007, 2008,
 2009).  Presented a series of firearms training courses for security officers of a
 major pharmaceutical manufacturer.

Curriculum Vitae:
Emanuel Kapelsohn
Page 57

"Home Firearms Safety and Self-Defense" lecture/demonstration for 35th Anniversary Charter Night, Lions Club, Bowers, PA (2006).

North Carolina 2006 Police Firearms Instructors Conference, North Carolina Justice Academy (2006).  Featured presenter: lectured to 250 law enforcement firearms instructors on safety in simulation training; involuntary muscular contraction and unintentional discharge of firearms; police deaths and administrative gun handling safety considerations;  and mental conditioning and tactics in officer- involved shootings.

2006 IALEFI Annual Training Conference, West Palm Beach, FL.  Moderator of panel discussion, "Panel of Experts on Firearms Topics," including techniques for covering suspects at gunpoint, manipulation of manual safeties, use of weapon-mounted lights, etc.  Assisted in conducting Handgun Safety Check for participants;  monitored classes on Patrol Rifle, Concealed Carry Handgun.

Allentown Police Tactical Pistol League.  Conducted training session for police officers.  (2006)

Patrol Rifle Workshop.  Hellertown, PA.  (2006)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.  Atlantic County, NJ (2006).  Presented classroom and range instructor update.

IALEFI Regional Training Conference, Ocean City, Maryland (2006).  "Tactical Handgun Overview."  Featured instructor at regional police training conference.

"Use of Force in Law Enforcement."  Two classes; Kutztown Police Department, Kutztown, PA (2007)

"Legal & Practical Aspect of Self-Defense with Firearms," Hellertown, PA (Winter 2007).  Lecture/demonstration presentation to some 100 attendees.

"Use of Force Legal Concepts," Reading, PA (2007).  Conducted instruction on principles of justification for use of force, etc. for Carpenter Technology security officers.

Glock Pistol Transitional Training, Eastern Armored Services (2007).  Conducted transitional training classes for armored car personnel.

Pepper Spray User's Course.  Conducted pepper spray user training and certification for corporate/industrial security officers.  (2007)

IALEFI 2007 Annual Training Conference, San Antonio, TX.  Assisted in conducting handgun safety check for 175 firearms instructors.

"Police Involved Shootings – When the Smoke Clears," Westchester County Detectives Association, Yorktown Heights, NY (2007).  Lecture presentation to 160 attendees on subjects including psychological and perceptual distortions

Curriculum Vitae:
Emanuel Kapelsohn
Page 58

and stress reactions of officers involved in shootings; involuntary muscular contraction and accidental discharge of firearms; liability and safety issues of weapon-mounted lights and lasers; officer reluctance to fire; etc.

"Use of Force Legal Theory" class and "Glock Pistol User's Class" conducted for California University of Pennsylvania Police Department. (California, PA 2007). Consulted, and conducted classroom and range instruction for this university police department in its adoption of a service pistol.

Legal & Practical Aspects of Self-Defense with Firearms, Hellertown, PA (Fall 2007). Lecture/demonstration presentation to 30 attendees.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2007). Presented 3-day firearms instructor update (classroom and range) for approximately 30 police firearms instructors.

Pepper Spray User's Course. Conducted pepper spray user training and certification for corporate/industrial security officers. (2008, 2010)

Defensive Handgun, Shotgun and Use of Force Training (Pennsylvania 2008 - 2012). Conducted training for security officers of a major pharmaceutical manufacturer.

2008 IALEFI ATC, Reno, Nevada. Conducted IALEFI Handgun Safety Check for approximately 125 shooters on range. Taught classes on "Shotgun Instructor Skills."

Defense Training International, Women's Handgun Class. Rochester, Indiana (2008). Served as adjunct instructor for this women-only class.

"Covering Suspects at Gunpoint and Involuntary Muscular Contraction." Training segment conducted for Greene County Sheriff's Reserve (2008)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2008). Presented 3-day firearms instructor update (classroom and range) for approximately 25 police firearms instructors.

Greene County Sheriff's Department. Assistant range instructor for dim light Handgun & rifle qualification; assisted in developing dim light rifle qualification course; provided remedial instruction as needed. (2009-2012)

"How Close is Too Close?" Training segment conducted for Greene County Sheriff's Reserve (2009)

"Ammunition Inspection Procedures," "Dry Practice Safety Procedures," and "Safety in Gun Cleaning" training segments conducted for Greene County Sheriff's Reserve (2009)

Indiana University (Bloomington, IN), Criminal Justice Department. Taught

Curriculum Vitae:
Emanuel Kapelsohn
Page 59

3-credit senior seminar, "Police Use of Force."  (2009, 2010)

2009 Conference, International Law Enforcement Educators & Trainers
  Association (Chicago, IL):  taught course, "Bulletproofing Your Agency's
  Use of Force Policies."

2009 IALEFI Annual Training Conference, West Palm Beach, Florida.
  Conducted IALEFI Handgun Safety Check (range drills) for 70-plus
  trainees;  taught course, "Management and Investigation of Officer-Involved
  Shootings" (two sessions).

Intermediate Defensive Handgun.  Trained female student in defensive handgun
  skills in intensive 2-day program.  Hellertown, PA. (2009)

Remedial Handgun Training.  Provided series of remedial training sessions for
  two female law enforcement officers.  (Indiana 2009)

Police Patrol Rifle Instructor Course, Reading, PA.  (2009)

Prosecutor's Training, "Police Use of Force," Greene County, IN. (2009)
  Developed and presented this mandatory training course for police from
  agencies throughout the county.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.
  Atlantic County, NJ (2009).  Presented 3-day firearms instructor update
  (classroom and range) for approximately 35 police firearms instructors.

"Police Use of Force."  Citizens' Police Academy, Linton Police Department,
  Indiana (2010).

Firearms Safety & Home Firearms Storage Safety; Distinguishing Toy Guns and
  Airguns from "Real" Guns; Dry Practice Safety Protocols; Drawing the

 Handgun.  Training segments conducted for Greene County Sheriff's Reserve
  (2010).

Moderator and Panelist, Panel Discussion:  "Current Issues in Firearms & Tactics
  Training, 2010 IALEFI Annual Training Conference, San Antonio, TX.  Also,
  conducted Handgun Safety Check for 120 first-time attendees.

Patrol Rifle Instructor & User's Course, Reading, PA (2010).

Police Firearms Instructor Update, Allentown (PA) Police Academy (2010).

Prosecutor's Training, "Police Use of Force Update," Greene County, IN (2010)

"Use of Force Law & Policy," Berks County (PA) Sheriff's Department (2010)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.

Curriculum Vitae:
Emanuel Kapelsohn
Page 60

Atlantic County, NJ (2010).  Presented two 3-day firearms instructor update courses (classroom and range) for approximately 45 police firearms instructors.

Judgmental Use of Force Training.  Designed and conducted a judgmental use of force training program for law enforcement officers in Greene County, Indiana. Program utilized FATS video simulator, firearms, OC spray, Taser, verbal challenges, use of cover, verbalization with suspects and fellow   officers, preparing and debriefing after writing an incident report on one of the scenarios the trainee experienced, etc.  (Bloomfield, IN 2011).

Judgmental Use of Force Instructor Certification Class.  Trained a cadre of instructors to teach a judgmental use of force program, including the FATS system, report writing, etc.  (Bloomfield, IN 2011)

Clearing Handgun Stoppages.  Training conducted for Greene County Sheriff's Reserve (2011).

One-handed Handgun Operation.  Training conducted for Greene County Sheriff's Reserve (2012)

Police Use of Force, Citizens Police Academy, Linton, IN (2012)

Panelist, Use of Force "Panel of Experts" at 2012 ILEETA Conference, Chicago.

Patrol Rifle Instructor Course, Berks County, PA (2012)

FATS Judgmental Firearms Training Program, Greene County, IN (2012).  Designed and helped to conduct FATS simulator training for law enforcement officers from countywide agencies.

IALEFI 2012 Annual Training Conference, Nashville, TN. Taught class, "The Firearms Instructor as Expert Witness."

Live-Fire Decision Making Shooting Exercises, Greene County, IN (2012).

IALEFI Shotgun Master Instructor Development Progam, Monroeville, PA (2012)

Firearms Instructor Update & Recertification, Atlantic County, NJ (2012)

Legal & Practical Aspects of Self Defense With Firearms.  Hellertown Sportsmen's Association, Hellertown, PA (2012)

Police Explorers firearms training class.  Berks County, PA (2012)

Berks County Sheriff's Department training and qualification (2012)

North Carolina Justice Academy, Firearms Instructor Update. Lecture "Post Shooting Procedures, Policies and Concerns" (2012).  Presentation to 125

Curriculum Vitae:
Emanuel Kapelsohn
Page 61

firearms instructors representing law enforcement agencies statewide.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2012).  Presented two 3-day firearms instructor update courses (classroom and range) for approximately 45 police firearms instructors.

2013 IALEFI Annual Training Conference, Mobile, AL.  Conducted IALEFI Handgun Safety Check for approx.. 90 attendees; Presented class: "Encouraging Off-Duty Carry."

Legal & Practical Aspects of Firearms Self-Defense.  Hellertown, PA (2013)

IALEFI Regional Training Conference, Harrisburg Area Community College, Piccola Law Enforcement Training Center.  Conference Coordinator.  Taught courses, "Officer-Involved Shootings:  Policies, Procedures & Concerns" and "Lethal Force Confrontations Instructor."  Assisted in presenting Tavor Rifle Armorer Level I Class.  (2013)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2013).  Presented two 2-day firearms instructor update courses (classroom and range) for approximately 50 police firearms instructors.

Norfolk Southern Railroad Police Training Seminar, "Bulletproofing Your Agency's Use of Force Policy" and "Officer-Involved Shootings:  Policies, Procedures and Concerns."  Brosnan Forest, SC (2014).

Deadly Force Expert Panel, 2014 ILEETA Conference, Lombard, IL. Panelist.

2014 IALEFI Annual Training Conference, Amarillo, TX.  Conducted IALEFI Handgun Safety Check for approximately 90 attendees; presented class "Using Firearms Experts in Officer-Involved Shooting Cases."

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2014).  Presented two separate 2-day firearms instructor update  courses (classroom and range) for police firearms instructors county-wide.

Police Patrol Rifle Instructor Course.  Hosted by Allegheny Township Police Department, Duncansville, PA. (2014)

2015 ILEETA Conference, Panelist, "Deadly Force Panel of Experts;" Panelist, "Active Shooter Panel." Wheeling, IL.

2015 IALEFI Annual Training Conference, West Palm Beach, FL. Taught two classes for 76 students, "Training Gone Wrong."

Police Firearms Instructor Course.  Hosted by Martinsburg Police Department, PA. (2015)

Curriculum Vitae:
Emanuel Kapelsohn
Page 62

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2015).  Presented 2-day firearms instructor update courses (classroom and range) for police firearms instructors county-wide.

Pilot program, "Police Use of Force," Piccola Law Enforcement Training Center, Harrisburg Area Community College (2015).  Co-instructed this pilot program for mandatory in-service training class to be presented in 2016 to approximately 25,000 police officers throughout the Commonwealth of Pennsylvania.

IALEFI Regional Training Conference, Freeport Police Range, Long Island, NY (2015).  Taught two instructor-level classes on current law enforcement use-of-force issues and cases.  Classes attended: see above.

MPOETC Instructor Training Class for 2016 Mandatory In-Service Training ("MIST") "Police Use of Force" Class.  Co-instructed this instructor-training class for the Pennsylvania MPOETC for approximately 40 instructors at the Montgomery County Law Enforcement Training Center, Conshohocken, PA (2015).

Basic Defensive Handgun Course, Hellertown, PA 2016.
"Deadly Force Panel of Experts" panelist, 2016 ILEETA Conference, Rosemont, IL.

Moderator and Panelist, Panel Discussion, "Firearms Training and Use of Deadly Force," 2016 IALEFI Annual Training Conference, Mobile, AL.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2016).  Presented two 2-day firearms instructor update courses (classroom and range) for police firearms instructors county-wide.

Civilian Response to Active Shooter Events (CRASE) Training, Lehigh Valley Consortium of Professional Organizations (2016)  Presented this Texas State University program for approximately 40 attendees.

Use of Force and Firearms Training, Upper Macungie Township Police Department, Pennsylvania.  Provided classroom and range instruction for this municipal police department (2016).

Firearms Instructor Workshop and Remedial Handgun Training for Northampton County Sheriff's Department, Pennsylvania (2016).

Rangemaster Tactical Conference, lecture presentation, "Use of Force Legal Cases: Lessons Learned."  Little Rock, Arkansas (2017).

"Deadly Force Panel of Experts" panelist, 2017 ILEETA Conference, St. Louis, MO.

"Patrol Rifle Panel" panelist, 2017 ILEETA Conference, St. Louis, MO.

Curriculum Vitae:
Emanuel Kapelsohn
Page 63

North Carolina Justice Academy, IALEFI Regional Training Conference, lecture presentation, "Officer-Involved Shootings: When Tiny Details Become Critical," 2017.

IALEFI 2017 Annual Training Conference, West Palm Beach, FL.  Lecture presentation, "Legal Update on Officer-Involved Shootings: The Expert Witness Viewpoint."

Armed Security Officers Training Program, Reading, PA.  Classroom and range training for two groups of armed security officers for Reading Hospital/Reading Health System. (2017)

Patrol Rifle Instructor Course, hosted by Muhlenberg Township Police Department, Reading, PA. (2017)

Firearms training and consulting for church security team.  Berks and Lehigh County, PA 2017-2021.

Use of force and firearms training and consulting for synagogue security team.  Lehigh County, PA 2017-2021.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.  Atlantic County, NJ (2017).  Presented firearms instructor update course (classroom and range) for police firearms instructors county-wide (two classes) 2017.

"Deadly Force Panel of Experts" panelist, 2018 ILEETA Conference, St. Louis, MO.

"Active Shooter Panel" panelist, 2018 ILEETA Conference, St. Louis, MO.

"Review of Recent Officer-Involved Shootings," IALEFI ATC, Houston, TX 2018.

Patrol Rifle Instructor Course for Assistant Chief of Upper Macungie Township Police Department, 2017-2018 (multiple sessions).

Pepper gel classes, taught for security team members of religious congregations.  (2018, 2019)

Class on tactical first aid, including use of Israeli battle dressings, tourniquets, Combat Gauze, and occlusive dressings, taught for teachers and staff of religious congregation.  (2018)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.  Atlantic County, NJ.  Presented two firearms instructor update courses (classroom  and range) for police firearms instructors county-wide (2018).

Pepper gel class for employees, family members of professional firm (2018).

Curriculum Vitae:
Emanuel Kapelsohn
Page 64

IALEFI ATC, West Palm Beach, FL (2019):  Taught instructor-level course on "Officer-Involved Shootings" to approximately 35 instructors.

Firearms training and tactical first aid classes, taught to security group of religious congregation in Allentown, PA (2019)

Active Shooter/Left of Bang:  Coordinated and assisted in two large lecture presentations on these subjects at Trexlertown, PA, and at Harrisburg Area Community College, Law Enforcement Training Complex for approximately 100 attendees each, with lead lecturer Don Alwes (2019).

Active Shooter/Left of Bang:  Hellertown, PA. Hands-on active shooter response class, Airsoft simulation scenarios and live fire training, co-instructed with Don Alwes.  (2019)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ.  Presented firearms instructor update courses (classroom and range) for police firearms instructors county-wide, two sessions (2019).

Active Shooter Preparation and Response:  St. John's Church on Morgan Hill, Easton, PA.  Presentation to Consistory Group (2019)

Active Shooter Response and the Law:  Presentation for Allentown Barrister's Inn (attorneys, prosecutors and judges).  PACLE Credit-approved. (2019) "Firearms Safety, Legal Justification for Use of Force, and Policy" presented for approximately 30 members of church security team.  Allentown, PA (2020)

Pepper gel training, presented for staff and religious school teachers of a house of worship.  Allentown, PA (2020)

M4 Carbine Use of Cover and M9 Pistol Training for military personnel at Fort Myer (Joint Base Myer – Henderson Hall), VA (2020)

Police Firearms Instructor Course, Berks County, PA.  Hosted by Berks County Sheriff's Office. (2020)

Defensive Handgun and Patrol Rifle, Defense Training International, Sussex, NJ October 2020.  Assisted in teaching this course.  (John Farnam, chief instructor)

Defensive Handgun Training/Qualification for members of house of worship security team.  Berks County (2020).

Police Firearms Instructor Course, Blair County, PA.  Hosted by Martinsburg Police Department (2020).

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ.  Presented firearms instructor update courses (classroom and range) for police firearms instructors county-wide, two sessions (2020).

Curriculum Vitae:
Emanuel Kapelsohn
Page 65

Classroom and range defensive handgun training for security officers of a mining operation.  Pennsylvania (2021).

"Firearms Safety, Legal Justification for Use of Force, and Policy" presented for approximately 35 members of church security team.  Allentown, PA (2021)

"Training an Armed Congregant House of Worship Protective Team," "Active Shooter Discussion Panel" (panel member), and "Deadly Force Discussion Panel" (panel member), ILEETA Annual Conference, St. Louis, MO (2021)

DTI Defensive Handgun Course, Sussex, New Jersey (2021).  Served as an Assistant Instructor in this 2-day program for 27 attendees.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.  Atlantic County, NJ.  Presented firearms instructor update courses (classroom and range) for police firearms instructors county-wide, two sessions (2021).

Defensive Handgun for House of Worship Protective Team Members, Allentown, PA (2022).  Lead instructor.

IALEFI Annual Training Conference, Las Vegas, NV (2022).  Conducted Safety Check for Attendees.  Courses attended, see above.

Firearms Video Simulator Training, Lead Instructor, 3 days, for 35 police and security officers, Allentown, PA (2022)

Defensive Handgun Training and Qualification for house of worship security team members, Lead Instructor, Topton, PA (2022)

Armed Security Officers Training Program, Lehigh County, PA.  Wrote Firearms and Use of Force Policy, Designed Training Program, and conducted classroom and range training for armed security officers of large, multi-state public utility company (2020-2022)

DTI Urban Rifle Course, Sussex, NJ, Adjunct Instructor (2022)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.  Atlantic County, NJ.  Presented firearms instructor update courses for police firearms instructors county-wide, two sessions (2022).

Defensive Handgun Training and Qualification for house of worship security team members, Lead Instructor, Topton, PA (2023)

IALEFI Annual Training Conference, Houston, TX (2023).  Conducted Handgun Safety Check for Attendees.  Courses attended, see above.

Handgun Qualification/Use of Force Refresher for Corporate Security Officers, Allentown, PA (2023)

Curriculum Vitae:
Emanuel Kapelsohn
Page 66

Handgun Qualification/Use of Force Refresher for Estate Security Officers, Topton, PA (2023)

Use of Force Reality-Based Training (Scenario Training) for Church Security and Medical Team members, including defensive tactics training, Allentown, PA (2023)

Legal Issues for Law Enforcement Instructors, taught at 2023 Team One Network Instructor Conference, Fredericksburg, VA (2023)

Plus, numerous basic through advanced and remedial training sessions for individual students and small groups, including private individuals, corporate executives and dignitaries, executive protection personnel, security officers, private investigators, military, federal agents and law enforcement officers at all levels.  (1978 to present)

**REFERENCES:**        Personal and professional references available on request.

# EXHIBIT "2"

NEWS

# Pregnant Florida mom uses AR-15 to kill home intruder

By Joe Tacopino

November 4, 2019 | 12:05am | Updated



Shutterstock

A pregnant woman is credited with saving the lives of her husband and daughter after she used an AR-15 to fatally gun down a home intruder, a report said.

The hero mom sprung into action when two intruders entered the family's Lithia, Fla. home last week and pistol whipped her husband while violently grabbing their daughter, according to the Hillsborough County Sheriff's Office.

"They came in heavily hooded and masked," the husband, Jeremy King, told Bay News 9.

"As soon as they had got the back door opened, they had a pistol on me and was grabbing my 11-year-old daughter."

The robbers then pistol-whipped King and kicked him while the man's wife, who is eight months pregnant, retreated into the bedroom.

"When he came toward the back door in her line of sight, she clipped him," King told the outlet. "He made it from my back door to roughly 200 feet out in the front ditch before the AR did its thing."

Police said in a press conference that they found the man's dead body lying in the ditch nearby. The second suspect was on the loose.

The homeowner said he took a "severe beating," but credited his wife for saving him.

"I've got a fractured eye socket, a fractured sinus cavity, a concussion, 20 stitches and three staples in my head," said King.

"Them guys came in with two normal pistols and my AR stopped it. [My wife] evened the playing field and kept them from killing me."

The sheriff's office added that the firearm was in the home legally.

**FILED UNDER**    **FLORIDA**, **HOME INVASION**

Recommended by

# EXHIBIT "3"

Case 1:18-cv-10507-RMB-JBD   Document 175-5   Filed 10/06/23   Page 108 of 160 PageID:
2466
11/18/2019                        Deputies: 30 rounds fired from AR-15 in deadly Florida home invasion

  57°F

**WEATHER ALERT**   Weather Alert: 8 advisories in effect for 5 counties in the area

**NEWS**

# Deputies: 30 rounds fired from AR-15 in deadly Florida home invasion

Incident stemmed from ongoing feud between two groups, investigators say

**Garrett Pelican**, Digital executive producer
Published: **Apr. 17 2018, 7:16 pm**
Updated: **Apr. 17 2018, 7:20 pm**

Tags: **Florida, Baker County, Weird News, News, Glen St Mary**



*(Left to right: Bell, Watkins, Cayden Lauramore, Albino)*

  

**GLEN ST. MARY, Fla** – Three men say they were asleep inside a mobile home in Glen St. Mary about 4 a.m. Sunday when they heard a voice outside yell "Sheriff's Office!" before the front door burst open.

In stormed a masked gunman who fired off a single round before two of the men inside, one armed with an AR-15 rifle and the other with a handgun, emerged from two bedrooms and opened fire.

Gunfire ripped into the masked gunman and two other intruders, who crumpled to the floor with multiple gunshot wounds.

Those details surfaced Tuesday when the Baker County Sheriff's Office released an arrest report linked to **this weekend's home invasion turned deadly triple shooting**.

Five people are charged in the case. Investigators suspect the home invasion escalated from an ongoing feud between two groups that was stoked by social media threats.

The victims told deputies they acted in self-defense when they turned their guns on the intruders, with one of them estimating he fired over 30 rounds from an AR-15 before the threat was over.

Afterward, the victims retreated to another part of the home before they dialed 911, according to the report. None of them was hurt during the shooting.

The same cannot be said for the intruders, **several of whom were inside a vehicle deputies intercepted as it sped away** from the mobile home off County Road 125.

One of them, Corey Lauramore, died of gunshot wounds to the head. An unidentified 16-year-old remains hospitalized, and a third suspect, William Lauramore, was treated and released to police.

Investigators found a heavy amount of dried blood caked on the front steps of the home, a bloodstained mask with a bullet hole through it and a .380 caliber handgun lying nearby, the report said.

They also recovered an AR-15 rifle and a 9MM handgun inside the home.

The Sheriff's Office said the **five individuals charged in the case were among a group of seven that went to the mobile home that morning to confront and fight** the group staying there.

William Lauramore, 24; Joseph Albino, 24; Zachary Bell, 20; Christian Watkins, 19; and Cayden Lauramore, 15, are charged with home invasion. But additional charges are possible.

Albino, Bell and Watkins provided conflicting details about their involvement in the shooting, but all three said they had no idea others in their group had brought weapons along, according to the report.

*Copyright 2018 by WJXT News4Jax - All rights reserved.*

MOST LIKED ∨   NEWEST                                                                   FOLLOW ◯   0 COMMENTS

Guest

Type your comment here...

# EXHIBIT "4"

# Man armed with AR-15 stops attack by neighbor in Oswego

POSTED 5:37 AM, FEBRUARY 27, 2018, BY NANCY LOO AND CHARLES HAYES, *UPDATED AT 12:59PM, FEBRUARY 27, 2018*



*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

**Man armed with AR-15 stops attack by neighbor in Oswego**



OSWEGO, Ill. -- A man armed with an AR-15 rifle helped stop a knife attack during an argument in Oswego.

It happened on Monday at an apartment building on Harbor Drive.

Police say it all began when someone with a knife attacked another person during an argument.

Neighbor Dave Thomas, who witnessed the attack, went into his home, got his rifle and ordered the suspect to stop.

"I ran back into the home, into my house and grabbed my AR-15. Grabbed the AR-15 over my handgun. It's just a bigger gun. I think a little bit more than an intimidation factor definitely played a part in him actually stopping."

No shots were fired.

The suspect was able to get away briefly, before police captured him.

The stabbing victim was taken to a hospital, and is expected to recover.

Police say Thomas has a valid firearm owner's identification card and a concealed carry permit. Thomas says he is also a firearms instructor.

"The AR-15 is my weapon of choice for home protection," Thomas said. "It's light, it's maneuverable. If you train and know how to use it properly, it's not dangerous. And this is just a perfect example of good guy with an AR-15 stopped a bad guy with a knife. And there were no lives taken, so all in all it was a good day."

NEWS

**Pregnant mom used AR-15 to kill burglar, save husband during home invasion**

NEWS

# EXHIBIT "5"

THE CORNER

POLITICS & POLICY

# Texas Hero Reportedly Used His Own AR to Confront the Sutherland Springs Shooter

**By DAVID FRENCH** | November 6, 2017 10:54 PM

During today's press conference about the Texas mass shooting, the regional director of the Texas Department of Public Safety indicated that the Texas Good Samaritan, Stephen Willeford, engaged the Sutherland Springs shooter with his own AR:

> He armed himself with an AR assault rifle and engaged the suspect. They engaged in gunfire here at the church. We know that the suspect was shot, when he dropped his assault rifle and jumped in his Ford Expedition and fled the scene.

Given what we know from other reports, this makes a great deal of sense. After all, Willeford apparently fired with a great deal of precision. Here's an account from CNN, taken from an interview of his cousin:

> And what he did, according to his cousin, is exchange fire with the gunman, hitting him in the side and twice in the neck.

> "He saw that the guy was wearing body armor, and there was a velcro strap, from the back to the front," detailed Leonard, speaking live on Monday. "He knew from that … that the vulnerable spot was going to be in the side. And so that's where he shot him."

An AR is an easy-to-use, extraordinarily accurate weapon, and one can see how it would enable a surprised civilian to engage the shooter so quickly and effectively.

We keep hearing that AR's are useless for self-defense, that they're simply "weapons of war," useful only for mass killing. This is simply not true. Earlier this year, an Oklahoma man used an AR-15 to kill three home intruders, and multiple self-defense experts have long pegged AR-style rifles as their "home defense weapon of choice." I have one in my own home, and I feel far more comfortable using it than even one of my handguns.

While Willeford obviously didn't prevent the massacre, he did stop the shooter and prevented him from harming anyone else. He did so with exactly the kind of weapon that the gun control lobby would like to deny to law-abiding Americans. That's a fact worth noting.

 **RETURN TO THE CORNER**

 **DAVID FRENCH** is a senior editor of *The Dispatch*. **@davidafrench**

# EXHIBIT "6"

11/18/2019                          Harris County deputy's son shoots one of two intruders - Houston Chronicle

 https://www.chron.com/news/houston-texas/article/Harris-County-deputy-s-son-shoots-one-of-two-1712908.php

# Harris County deputy's son shoots one of two intruders

**15-year-old and sister, 12, were alone when pair entered, so he got dad's rifle**

MIKE GLENN
, HOUSTON CHRONICLE   Published 5:30 am CDT, Wednesday, June 30, 2010

The teenage son of a Harris County deputy constable opened fire with his father's automatic rifle Tuesday after burglars forced their way into the family's home, authorities said.

The boy, 15, and his sister, 12, were alone about 2:30 p.m. when they heard glass breaking downstairs at the home in the 2600 block of Royal Place Court in northwest Harris County.

The boy went downstairs with the rifle and spotted the two burglars in the living room.

He fired several shots and struck one of the intruders, said Lt. Jeff Stauber with the Harris County Sheriff's Office.

"He was concerned with protecting his younger sister — that's exactly what he did," Stauber said.




The suspect who was shot -- identified as Kinzy Evans, 17, -- was struck several times by gunfire. Police said his accomplice was a 16-year-old who they would not identify because he is a juvenile.

Sheriff's investigators were tipped off when the suspected burglars quickly showed up at Methodist Willowbrook Hospital.

"Anytime you get a gunshot victim in the hospital, they're going to notify law enforcement," Stauber said.

Case 1:18-cv-10507-RMB-JBD   Document 175-5   Filed 10/06/23   Page 118 of 160 PageID:
2478
11/18/2019                    Harris County deputy's son shoots one of two intruders - Houston Chronicle

Evans was taken by Life Flight helicopter to **Memorial Hermann-The Texas Medical Center** in unknown condition.

Your California Privacy Rights    Interest Based Ads    Privacy Notice    Advertising    Terms of Use    Contact Us    X

Sheriff's deputies said the burglars came into the house after breaking out a window in the living room area.

"They left the same way they came in - through the broken window," Stauber said.

### 'A little shaken up'
Family members at the scene declined to comment about the incident.

"The main thing is that the kids are OK. They're a little shaken up," said a man who identified himself as the deputy constable's brother.

Neighbors said several homes in the area also have been broken into during the daylight hours.

"There have been a lot of robberies. It's good that they caught them," said **Ushantha Kawmini**, whose home down the street was burglarized about a month ago.

### Break-in concerns
Another neighbor was concerned that the burglars would be brazen enough to break into a home belonging to a law enforcement officer.

"Now they're doing it to the police officers. What about regular people?" said the neighbor.

She identified herself only as Mary because she feared retaliation from other burglars.

"I'm sure they (the suspects) have got friends," the neighbor said.

The two have been charged with burglary of a habitation, officials said.

**mike.glenn@chron.com**

© 2019 Hearst Communications, Inc.

HEARST

# EXHIBIT "7"

# The Philadelphia Inquirer

Unlimited Access        Log In

NEWS   SPORTS   BUSINESS   OPINION   POLITICS   ENTERTAINMENT   LIFE   FOOD   HEALTH   REAL ESTATE   OBITUARIES

# Elkins Park man killed after forcing his way into apartment

by Sam Wood, PHILLY.COM, Posted: April 22, 2013

An Elkins Park man was killed late Friday after he forced his way into a stranger's apartment in Cheltenham Township.

Jasper Brisbon, 32, wandered up to a couple late Friday at the Lynnewood Apartments as the pair spoke outside their unit. Brisbon, they told police, appeared to be on drugs. He stared at the pair for several minutes before the couple decided to go into their apartment, police said.

But as they entered their home Brisbon jumped between them, forcing his way in.

The male of the couple ran to get a semi-automatic AR-15 rifle and insisted Brisbon leave. Brisbon refused. Instead, as the man yelled "Stop! Stop Stop!" Brisbon moved menacingly toward the man, police said.

The man fired a shot striking Brisbon in the torso and immediately called 911, police said.

An ambulance rushed Brisbon to Abington Memorial Hospital where doctors pronounced him dead. According to court records, Brisbon was awaiting trial on a charge of aggravated assault stemming from an incident in December.

**INQUIRER MORNING NEWSLETTER**

Get the news you need to start your day

your@email.com          Sign Up

Police said the residents of the apartment were cooperating with police, did not know Brisbon and that the AR-15 was legally purchased.

*Contact Sam Wood at 215-854-2796, @samwoodiii or samwood@phillynews.com*

Posted: April 22, 2013 - 1:46 PM
Sam Wood, PHILLY.COM

## Never Miss a Story

Subscribe

# EXHIBIT "8"

Case 1:18-cv-10507-RMB-JBD   Document 175-5   Filed 10/06/23   Page 122 of 160 PageID: 2482

11/18/2019                 Shooting deemed justifiable: Authorities say Zach Peters acted lawfully when he shot, killed three intruders | News | tulsaworld.com

https://www.tulsaworld.com/communities/wagoner/news/shooting-deemed-justifiable-authorities-say-zach-peters-acted-lawfully-when/article_ad51c988-72d3-556f-be54-6c9404a5fbab.html

# Shooting deemed justifiable: Authorities say Zach Peters acted lawfully when he shot, killed three intruders

By JOSH ALLEN Staff Writer   Apr 3, 2017

1 of 3



First Assistant District Attorney Jack Thorp told reporters Zach Peters acted "lawfully," within "his rights as an Oklahoma citizen," when he shot and killed three masked intruders with an AR-15 inside his home after they broke in on Monday, March 27. JOSH ALLEN/AMERICAN-TRIBUNE

Related content

Audio: Listen to edited version of audio of the 911 call

Alleged getaway driver in home invasion triple homicide reportedly knew man who shot 3 teens

VIDEO: 911 call released: Man who fired AR-15 on teen intruders tells dispatcher 'I shot two of them'

The latest: Friends in disbelief over deaths of three teens during home-invasion

Woman arrested after Broken Arrow-area man fatally shoots three intruders

Wagoner County officials said Monday the 23-year-old who shot and killed three masked intruders inside his home on March 27 acted justifiably and would not be charged with any crime.

At a press conference on Monday, First Assistant District Attorney Jack Thorp read an official letter from the DA's office, which said Peters "acted in accordance with his rights as an Oklahoma citizen."

The DA's office sent the official letter declining to prosecute or pursue any charges against Peters to the Wagoner County Sheriff's Office on Monday, April 3.

"Upon my review of his interview, it appears that he (Peters) was in fear for his life as he perceived the intruders and discharged his weapon at the intruders," District Attorney Brian Kuester states in the letter.

Kuester concludes Peters acted in accordance with the Oklahoma statue entitled Physical or Deadly Force Against Intruder (21 O.S. 1289.25).

"My deputies have worked tirelessly on this case ever since it happened to make sure we do a good job," Wagoner County Sheriff Chris Elliott said Monday. "They've investigated this meticulously, diligently, and we've looked at every piece of evidence."

Thorp said at Monday's press conference that Elizabeth Marie Rodriguez, 21, who was arrested for her involvement in the home invasion and subsequent deaths, has officially been charged with three counts of first-degree murder by the DA's office.

The range of punishment for murder in the first degree, Thorp said, includes three possible punishments; death, life without the possibility of parole or life.

She also faces a first-degree burglary charge and a second degree burglary charge, according to court records.

"Like every other jurisdiction in the country, we too have seen burglaries ... an increased number of burglaries happening in Wagoner County," Elliott said. "We are working diligently with other law enforcement agencies and the community to try and thwart these burglaries."

Rodriguez was arrested after she turned herself in to authorities shortly following the home invasion and shooting. She stated to investigators that she had "planned the robbery and drove the vehicle," according to authorities.

On Thursday, she told reporters in an interview from the jail that she was sorry for her part in the crime, claiming she did not plan to kill any of them but did admit to her part in the robbery attempt.

Jaykob Woodriff, 16, Jacob Redfearn, 17, and Maxwell Cook, 19, were wearing all-black and masks when they broke into Peters' home on Monday, March 27 around noon.

After hearing loud noises that woke Peters, who was at the home alone at the time, he encountered the three intruders inside his home. Armed with an AR-15 assault rifle, Peters fired, killing all three.

Authorities said one was armed with brass knuckles and another had a knife.

"At the sheriff's office, we're very troubled by this. We don't want to see this in our county," Sheriff Elliott said. "But we support the right of our citizens ... the right to bear arms and to defend their homes in this county."

"In this such, we feel strongly that that's what took place here," he continued. "We don't want to see this type of thing in our county, obviously, but we are also in the United States and in a state that affords our citizens the right to defend themselves."

Within minutes of firing the shots, Peters called 911 and requested medical personnel for the wounded intruders, telling the dispatcher "one of 'em's shot bad."

"Our condolences are extended to the families (of Woodriff, Redfearn and Cook)" Thorp said on Monday.

Originally it was reported that Rodriguez may have personally known Peters, however, she confirmed to authorities last week that "she had no connection" with him, according to Deputy Nick Mahoney, spokesman for the sheriff's office.

After waiving her right to an attorney, Rodriguez told investigators Wednesday that "she did not know Zach Peters," but said she "indirectly became aware of Peters' father."

"She said she determined Peters had money and expensive belongings, and that was why she selected his home, to 'hit a lick,'" Mahoney said.

"Hit a lick," Mahoney explained, "is a term some criminals use to describe getting a significant amount of money in a short period of time."

An arrest affidavit had previously indicated that Rodriguez "had previous knowledge of the house and the homeowner."

After Peters shot the intruders, who had broken in through a back glass door, two of them died inside, while one made it out to the driveway before collapsing.

Rodriguez told investigators that, after she heard shots fired, the injured suspect who ran outside tried to get back into her vehicle, but she said she drove away, leaving him in the driveway, Mahoney said.

Rodriguez also told investigators that she and the three deceased suspects had went to the residence prior to the shooting and burglarized a spare apartment on the property. She said they then returned later to burglarize the main house, Mahoney said.

Another witness contacted authorities last week with alleged additional information regarding the home invasion, according to Mahoney.

"Investigators have made contact with her and are currently in the process of talking with her," Mahoney said last week.

Though specific details about what she knows about the case were not revealed, he said investigators were "taking her seriously."

"She is a witness, not a suspect," Mahoney clarified.

Her name is not being released at this time. At Monday's press conference, authorities did not comment on her involvement or the information she may have provided to investigators, but Sheriff Elliott said she was a juvenile.

"We're not going to release any information on that," Elliott said referring to the witness, who may have been in the back seat of the car that Rodriguez drove to the residence prior to the home invasion. "This case is still an open investigation."

Rodriguez will go before Associate District Judge Dennis Shook on April 5 for an initial appearance hearing.

MORE INFORMATION

Autopsy reveals drugs in two of three teens killed in Wagoner County home invasion

# EXHIBIT "9"

Detailed Information Regarding Penetration Of .223 Ammunition
### by R.K. Taubert
*About the author: A recently retired FBI Agent with over 20 years experience in SWAT and Special Operations, he conducted extensive counter-terrorism and weapons research while in the Bureau.*

*Reprinted and edited with permission.*

### Close Quarter Battle Reputation
Several interesting but inconclusive articles examining the feasibility of the .223 caliber, or 5.56x45mm round, for CQB events, such as hostage rescue and narcotics raids, have recently been featured in a variety of firearms and police publications. However, for more than 20 years, conventional law enforcement wisdom generally held that the .223 in any configuration was a deeply penetrating round and, therefore, totally unsuited for CQB missions in the urban environment. Partly because of this erroneous, but long held perception, and other tactical factors, the pistol caliber submachine gun (SMG) eventually emerged as the primary shoulder &quot;entry&quot; weapon for the police and military SWAT teams.

Although new revelations about the .223 are beginning to slowly circulate throughout the Special Operations community, a number of law enforcement agencies are in the process of acquiring the next generation of &quot;advanced&quot; SMGs in 10mm and .40 S&W calibers. Could they and the public be better served by a .223 caliber weapons system and at less expense? Please read on and judge for yourself.

### FBI Ballistic Tests
As a result of renewed law enforcement interest in the .223 round and in the newer weapons systems developed around it, the FBI recently subjected several various .223 caliber projectiles to 13 different ballistic tests and compared their performance to that of SMG-fired hollow point pistol bullets in 9mm, 10mm, and .40 S&W calibers.

Bottom Line: In every test, with the exception of soft body armor, which none of the SMG fired rounds defeated, the .223 penetrated less on average than any of the pistol bullets.

These tests were conducted by the FBI's Firearms Training Unit (FTU), at the request of the Bureau Tactical and Special Operations personnel. Located at the FBI academy in Quantico, VA, this is the same unit with the encouragement of forensic pathologist Dr. Martin Fackler and other ballistic experts, that dramatically advanced the testing of modern handgun rounds to estimate their wounding effectiveness and potential lethality. Ultimately, this entity confirmed that permanent crush cavities, or &quot;wound-channels,&quot; and deep penetration were the primary factors for handgun-fired projectiles. The FTU further determined that under various target engagement circumstances, a depth of penetration in soft tissue of between 12 to 18 inches was required for a handgun bullet to be effective.

### Equipment Employed / Rounds Tested
For these series of tests the following firearms, ammunition and equipment were employed:

• Sealed, match grade test barrel to determine 25 yard, 10-shot group accuracy and 20-round velocity potential.
• 20&quot; barreled, M16A1 rifle to stabilize and test rounds ranging from 40 to 55 grains in weight.
• 20&quot; barreled, M16A2 rifle to stabilize and test rounds ranging from 62 to 69 grains in weight.
• Oehler Model 85 chronograph.
• Ransom type rifle rest, with laser bore sighting.
• Numerous blocks of Kind and Knox 250-A, 10% gelatin, to simulate living tissue.
• Federal's 40-grain &quot;Blitz&quot; hollow point, 55-grain soft point and 69-grain hollow point; 9mm 147-grain Hydra-Shok, 10mm and .40 S&W 180-grain, jacketed hollow points.
• Winchester's 55- and 62-grain full metal case, NTO-military spec. rounds.

As indicated, both rifles were fired from a mechanical rest. Ten-shot groups and 20-round velocity tests were fired for each round. 13 penetration tests were conducted. 95 rounds were fired for each type of round tested. A total of 760 rounds were tested and recorded for this project.

**Test Protocol**
Tests 1-6:
Bare gelatin, heavy clothing, automobile sheet metal, wallboard, plywood, and vehicle windshield safety glass, were shot a distance of 10 feet from the muzzle. The vehicle safety glass was set at an angle of 45 degrees to the horizontal, with the line of bore of the rifle/SMG offset 15 degrees to the side resulting in a compound angle of impact for the bullet upon the glass, which simulates a shot directed at the driver of a car closely missing the shooter. Furthermore, the gelatin was covered with light clothing and set back 18 inches behind the glass. All gelatin blocks, with the exception of the body armor barrier, were set 18 inches behind each solid obstacle shot.

Tests 7-13:
All involved shots through heavy clothing, safety glass and bare gelatin at 50 to 100 yards, concluding with internal walls, external walls and body armor at 10 feet. Test eight however, involved safety glass at 20 yards, shot dead-on, without the 15 degree offset, to simulate a shot at a car's driver bearing down on the shooter.

For the connivance of the reader, test results are summarized in the following chart. Please note that the data displayed represents the average penetration of these rounds as measured in 10% ballistic gelatin (see tables 1 and 2).

Considering that the average person's torso is 9 inches thick, front to back, all the .223 rounds ranging in weight from 55 to 69 grains appear to be adequate performers on soft targets where frontal shots are involved. Although the majority of target engagements are frontal, profile shots can and do occur. A .223 round that is required to pass through an arm before entering the rib cage mat, upon striking bone, fragment, and while possibly shattering the appendage, would most likely not be successful in producing a sufficiently deep body cavity wound to be decisive. In this, as with any CQB encounter, &quot;controlled pairs,&quot; or rapid-repeat hits may be

required to ensure target neutralization.

**Defeating Ballistic Garments**
Soft body armor appears to have little effect on the calibers ability to penetrate and actually seemed to enhance the 40-grain Blitz's depth of penetration in soft tissue.

From a law enforcement standpoint, the ability of the .223 caliber round to defeat soft body armor, military ballistic helmets and many ballistic shields is a &quot;double-edged sword.&quot; The criminal use of body armor is rare, but increasing. Possessing the ability to penetrate and adversary's protective vest is obviously desirable. However, this round will also defeat law enforcement vests, so great care must be exercised in laying out and observing fields of fire in training and during operations. With this concern over potential fratricide in mind, voices have been raised in some quarters regarding this bilateral tactical attribute. A number of veteran officers strongly embrace The traditional concept that a department's duty rounds should not exceed the capabilities of their vests. Arguably, this is a sound approach for any law enforcement agency to take for its non-tactical response personnel. However, SWAT, because of its specialized missions, may be a different matter and this later concern, while important, should not dominate the rationale supporting weapons selection by highly competent tactical units.

Although it has been reported that less that 1% of all serious crimes involve long guns and less than 8% of long gun related crimes involve rifles, law enforcement is being confronted more frequently by criminals with weapons and munitions that are capable of defeating all but the heaviest ballistic protection. The FBI's Uniform Crime Reporting Section indicates, for example, that rifles were involved in 13% of the assaults on police officers during 1992. The incident a Waco, Texas, is a recent example of this problem. For forced entry teams, the need for higher levels of ballistic protection is essential.

For safe training of specialized law enforcement teams, the development of a lead-free, low penetration, short-range 5.56mm/.223 caliber training round that will (1) not penetrate ballistic vests and helmets, (2) destroy &quot;shooting house&quot; walls, (3) crater, or perforate steel-reactive targets, is extremely important. Fortunately, it appears that private industry is responding to these demands and such munitions are currently being developed.

**Vehicle Interaction**
With the exception of the full metal case and the 69-grain JHP rounds, it appears inadvisable to select lighter weight, soft or hollow point versions of this caliber when automobiles are likely to be engaged during planned raids and arrests. Penetration against automobile windshield safety glass is generally very poor and is only slightly better on sheet steel. Although terrorists from the insurgent New Peoples' Army were able to blast their way through an armored limousine in the Philippines and murder a highly regarded U.S. military official with concentrated M-16 rifle fire, the SMG-fired pistol round demonstrates at least a theoretical, if not practical, edge against such hardened targets.

Interestingly, while penetration on auto glass and sheet steel is marginal, .223 projectiles will readily perforate and breach mild steel such as standard pepper poppers, that pistol rounds will

only slightly dimple. However, very little of the .223's mass is retained, so after defeating mild steel, significant wound potential is severely diminished upon exit.

**Barriers and Structures**

The Bureau's research also suggests that common household barriers such as wallboard, plywood, internal and external walls are also better attacked with pistol rounds, or larger caliber battle rifles, if the objective is to &quot;dig out&quot; or neutralize people employing such object as cover or concealment. Although it is usually not advisable to fire at targets you can't see in urban settings, it is done and some subjects have been stopped in this manner. Conversely, the ability of some pistol rounds to penetrate barriers tested puts innocent bystanders and fellow team members at greater risk in CQB scenarios. If an operator misses the intended target, the .223 will generally have less wounding potential than some pistol rounds after passing through a wall or similar structure. The close range penetration tests conducted indicated that high velocity .223 rounds were initially unstable and may, depending on their construction, disintegrate when they strike an object that offers some resistance. When concrete, brick or macadam are struck at an angle at close range, .223 rounds tent to fragment or break up, and ricochets are generally less hazardous. The .223 could consequently be considered safer for urban street engagements, because of its inherent frangibility within the cross-compartments created by street environments. In other words, in most shootings, the round would probably strike something, hopefully a hard object, break up and quickly end its potentially lethal odyssey.

As a point of interest, the rifled shotgun slug, while not possessing the .223's flat trajectory, is still capable of attaining a maximum range of 900 yards. This fact illustrates that any errant law enforcement round regardless of caliber, or maximum range, is potentially dangerous to the community.

**.223 Wounding Characteristics**

Ballisticians and Forensic professionals familiar with gunshot injuries generally agree that high velocity projectiles of the .223 genre produce wounds in soft tissue out of proportion to their calibers, i.e. bullet diameter. This phenomenon is primarily attributed to the synergistic effects of temporary stretch cavity (as opposed to the relatively lower velocity stretching which typifies most pistol rounds) and bullet fragmentation on living tissue.

Distinguished forensic pathologist Dr. Martin L. Fackler, observed when he was conducting wound research for the U.S. Army several years ago (&quot;Wounding Patterns of Military Rifles,&quot; International Defense Review, Volume 22, January, 1989), that in tissue simulants such as ballistic gelatin, , the 55-grain, M-193 military bullet lost stability, yawed (turned sideways) 90 degrees, flattened and broke at the cannelure (groove around the bullet into which the cartridge case is crimped) after penetrating about four to five inches. The forward portion of the bullet generally remained in one piece, accounting for 60% of its originally weight. The rear, or base portion of the bullet, broke into numerous fragments that may also penetrate tissue up to a depth of three inches. Dr. Fackler also noted that a relatively large stretch cavity also occurred, violently stretching and weakening tissue surrounding the primary wound channel and its effect was augmented by tissue perforation and further weakening by numerous fragments. An enlarged permanent cavity significantly larger than the bullet diameter resulted by severing

and detaching tissue pieces. However, as the range increases, the degree of bullet fragmentation and temporary cavitation decreases because terminal velocity diminishes. At 100 meters, Fackler observed that the bullet, upon penetrating tissue, breaks at the cannelure, forming two large fragments. However, beyond 200 meters, it no longer looses its integrity, although flattening continues to somewhat occur out to 400 meters.

In his study, Fackler remarked that in abdominal shots, &quot;There will be increased tissue disruption (beyond the bullet diameter wound channel) from the synergistic effect of the temporary cavitation acting on tissue that has been weakened by bullet fragmentation. Instead of observing a hole consistent with the size of the bullet in hollow organs such as the intestines, we typically find a void left by missing tissue up to three inches in diameter.&quot; However, &quot;unless a extremity (peripheral hit) is sufficiently thick like a thigh, or the bullet does not strike bone, the round may pass through an arm for instance, causing little damage from a puncture type wound.&quot;

Regarding NATO's 62-grain FMC M-855 (SS109) .223 caliber round Dr. Fackler observed that the bullet produces a wound profile similar to the M-193's, particularly where abdominal or thigh wounds were involved. Other sources indicate this bullet, with a [steel] core penetrator, exhibits 10% greater fragmentation and retains its ability to fragment at slightly longer ranges than the 55-grain military bullet. *[Keep in mind that the M-855 round, because of its steel core, has a length comparable to a 73-grain lead core bullet, and should be shot out of longer barrels (18+ inches) with tighter twists in order to retain good practical accuracy]*

Hollow and soft point bullets in this caliber can be expected to upset and fragment much sooner and more consistently that full metal case (FMC) bullets. In light of this more consistent performance, Fackler recommends hollow points over &quot;ball&quot; ammunition for police use, providing the HP bullet penetrates deep enough to disrupt something vital. However, in his candid opinion the most effective round currently available for law enforcement operations is the 64-grain, Winchester-Western, pointed soft point, currently referred to as &quot;Power Point&quot;. This bullet has a heavier jacket than those tested by the FBI, resists hyper-fragmentation, penetrates well and &quot;expands like a .30 caliber rifle round.&quot; Subsequent FBI tests of this round fired from Colt's 14.5-inch barreled Mk-IV carbine bore this out and bullet expansion was &quot;impressive.&quot;

Dr. Fackler also advised that the synergistic effects of fragmentation and high velocity temporary cavitation cannot be scientifically measured in gelatin because that medium is too elastic. More Accurate results can be obtained by examination of fresh animal tissue soon after it is shot.

### Range Limitations

Federal's Blitz round, because of its very high velocity, low weight and frangible construction, demonstrated extremely poor overall penetration in the FBI tests. If it is considered for CQB use, it should be fired from ultra-short barreled weapons, such as Heckler & Koch's, 8.85-inch barreled HK-53. Shorter barrels would bleed off excessive velocity to reliably fragment and produce good temporary stretch cavities at close range. Because of this velocity loss, the maximum effective range on personnel would most likely be 100 yards or less. To ensure that

.223 caliber bullets perform as previously described by Dr. Fackler, it appears that a minimum target striking velocity of 2,500 feet per second (fps) is required. Bullets over 50 grains in weight may not accelerate to this critical velocity in barrels less than 10 to 11 inches in length. Tactical teams should therefore carefully select the appropriate barrel length for their CQB weapon, to ensure that the round they employ will deliver minimum terminal ballistic velocities at the ranges desired and balance it against maneuverability requirements *[Also remember that dr. Fackler's data is based on the FMJ ball ammo results and that hollow point ammunition will be as effective with lower velocities]*

&quot;Bull pup&quot; configured carbines, such as the Steyr AUG, enjoy a distinct advantage here, because they retain long barrel lengths with relatively compact overall dimensions and are as flexible as an SMG in confined areas. In fact, a Steyr AUG compares favorably to H&K's MP5-SD SMG in overall length and with a 16-inch barrel, is only an inch longer overall than a 14-inch barreled Remington 870 raid shotgun.

*[At this point, Mr. Taubert's article goes into extreme range shooting and barrel length. His suggestion is to have a barrel at least 14-18 inches long for CQB use as this allows for useful terminal ballistics at around 150-200 yards with 60+ grain bullets. I disagree with Mr. Taubert's point of view for the simple fact that we are discussing Close Quarters firearms, and not long range sniping firearms. In these instances, a barrel length of 6-10 inches is practical for entry team use as it allows for greater maneuverability and acceptable ballistic performance with 55-grain hollow point ammunition. Also, a lot of Mr. Taubert's information is based off of Dr. Fackler's research using FMJ ammunition. Most of my information is based upon real-world shootings and actual testing of commercial ammunition in short barreled firearms designed for this application.]*

A recent review of major U.S. ammunition manufacturers' pricing indicates that commercially loaded .223 ammunition is slightly less expensive than similarly configured premium hollow point pistol ammunition. With millions of rounds of surplus military .223 ammunition possibly available to law enforcement, because of numerous base closures and through low cost channels, training with this caliber could be highly cost effective.

The .223 carbine is able to satisfy both close and intermediate range requirements and presents a good argument for eliminating the necessity for the law enforcement SMG. This one-gun concept will not only stretch departmental funds in this respect and reduce training requirements, but in some cases the difference in price between a single-fire carbine and a select-fire SMG often amounts to several hundreds of dollars. The need for full automatic fire with the M-16 carbine is debatable and two single-fire versions can often be purchased by police agencies for the cost of one top-of-the-line SMG. *[This is a fact that I have been preaching for a long time. Another fact that Mr. Taubert does not touch on is that the M-16/AR-15 family of rifles use a split receiver system that allows the rapid exchange of differently configured uppers. This allows one officer to carry a 16&quot; CAR-15 in is patrol vehicle as his secondary firearm, and a 6&quot; upper receiver unit in his trunk for tactical entry use]*

As a result of contemporary research, such as that conducted by the first FBI's Wound Ballistic Workshop, some law enforcement agencies have expressed the opinion that concerns about

About .223 Penetration

pistol bullet over penetration were exaggerated. They cite the toughness and flexibility of the human skin in resisting bullet exit and the fact that police officers historically missed their intended targets most of the time in actual shootings. While poor hit ratios and over penetration may not be critical to some for individual gun battles that occur in the street, these marksmanship realities can become real planning and safety concerns when establishing fields of fire during raids, hostage rescues and other tactical operations.

Typically, these operations involve confined areas, where officers occupy positions in close proximity to each other. In close combat operations, every round expended must be accounted for. It is imperative that that rounds fired hit their intended targets and not pass through them to endanger other officers and innocent bystanders. If misses occur, it is desirable that once the stray round strikes a solid object, it expends its energy and disintegrates into relatively harmless pieces. If deep, barrier penetration is necessary, special ammunition or projectiles *[or weapons]* possessing this attribute can be selected.

## Shootout Results

It was late in the morning on a hot July day in 1993, when members of a major Western cities' police tactical unit executed a search and arrest warrants in connection with a narcotics raid on a &quot;biker residence.&quot; The tactical officers were armed with Sig-Sauer 9mm P-226 pistols and 16-inch barreled Steyr AUG .223 caliber carbines with optical sights. The Steyr, loaded per SOP, with 28 Federal 55-grain HP rounds was the primary entry weapon for several officers on the team. Steyr carbines were selected for this raid, because the team leaders anticipated shots &quot;out to 25 yards.&quot;

The team was required to knock and announce, effectively negating the element of surprise. Approximately 92 seconds into the raid, the officer involved in the following shooting incident was in the process of cuffing a subject when two Rottweiler dogs attacked. While the other officers were dealing with the dogs by employing OC aerosol, a 6-foot-tall, 201-pound subject, high on &quot;speed&quot;, suddenly burst into the room occupied by the police through a locked door and leveled a 9mm pistol at one of the tactical officers. The distance between the adversaries was approximately 20 feet. With his back essentially to the subject, the involved officer acquired the threat in his peripheral vision, whirled around and commanded, &quot;Police, put your hands up,&quot; while clearing the Steyr's safety and mounting the weapon. The subject then shifted his pistol, held by one hand in a bladed stance, towards the reacting officer. In &quot;less than a second&quot; the subject's hostile action was countered by the officer by firing two fast, sighted, tightly controlled pairs, for a total of four rounds at the subject. Rounds one and two missed, but were contained by the structure. Round three connected, penetrated and remained in the subject. Round four grazed his upper chest and exited as he spun and fell. Round three was quickly effective. The collapsing subject ceased all motor movement and expired within 60 seconds. The involved officer was aware of each round fired and simultaneously moved to cover. Tactical members were then confronted by a female accomplice armed with a double-barreled shotgun. However, the involved officer also successfully negotiated her surrender. All .223 rounds that missed the subject struck parts of the building's internal structure, fragmented and remained inside.

When the autopsy was performed, the forensic pathologist was amazed at the degree of

internal devastation caused b the .223 round. There was a two-inch void of tissue in the chest, with a literal &quot;snowstorm&quot; of bullet fragments and secondary bone fragments throughout the upper left chest area. The round struck the subject 11 inches below the top of his head and inflicted the following wounds:

- Penetrated the top of the left lung, left carotid and subclavian arteries.
- The collar bone and first rib were broken. Cavity measured 5x6 centimeters.

What is significant about this &quot;Instant one-shot stop&quot; was that the round did not strike the subject at the most effective or optimum angle and did not involve any direct contact with the heart or central nervous system. It is doubtful that this type o terminal ballistic performance could have been achieved by any of the police service pistol/SMG rounds currently in use.

Although this is only one incident and could be an aberration, police tactical teams require this type of terminal ballistic performance to enhance their safety and survival particularly during CQB engagements, when criminals most often enjoy a positional and action-versus-reaction time advantage.

The FBI study clearly demonstrates the following: (1) that .223 rounds on average, penetrate less than the hollow point pistol rounds evaluated, (2) concern for over penetration of the .223 round, at close range, has been greatly exaggerated, (3) with the exception of soft ballistic garment penetration, the .223 round appears to be relatively safer for employment in CQB events than the hollow point bullets tested.

Observations and experience indicate that high velocity rifle bullets generally produce more serious wounds in tissue than pistol bullets, regardless of range.

Violent temporary cavitation, in conjunction with bullet yaw and fragmentation, are essential wounding components for high velocity rifle projectiles.

As range and bullet stability increases and velocity decreases, rifle caliber wound severity decreases and penetration increases.

Where soft target penetration requirements exist and over penetration concerns are prevalent, police should employ hollow point bullets in this caliber.

Full metal case or heavier soft point bullets may be more appropriate for hard target penetration in this caliber.

The .223 and the current carbine systems available for it are highly versatile and well suited for urban as well as rural operations. However, because of enhanced terminal ballistic performance, rifles are recommended if targets are expected to be engaged beyond 200 meters. [The .223 round itself should not be used in law enforcement applications at any ranges outside of 300 yards/meters. Long distance shots should be left to highly trained sniper units using medium caliber center fire rifle ammunition. e.g. .308/7.62 NATO. Also, the majority of

*police sniper shots occur within 100 yards/meters.]*

The ability to train with one shoulder weapon and caliber for both CQB and open air options simplifies logistics and training, makes training more effective and is cost effective. *[Again, one upper for general, secondary weapon usage, and one upper for CQB]*

Under current pricing, police agencies can realize significant savings by purchasing single-fire carbines instead of select-fire machine guns.

Because of the &quot;political&quot; considerations and perhaps the concern over the possibility of more serious injuries caused by errant &quot;friendly fire,&quot; the highly versatile and powerful .223 carbine may not be a suitable CQB firearm for some departments. However, if the above factors are not involved, the .223 carbine is an extremely flexible and effective anti-personnel weapon with, in many cases, handling characteristics actually superior to many contemporary SMGs. It offers the advantages of reduced logistics, lower costs and reduced training time when compared to agencies employing multiple specialty weapons. The caliber in its current offering is far from perfect, but in spite of some shortcomings, I anticipate that in the future it will eventually replace pistol caliber SMGs in many police departments and law enforcement agencies.

*It has been a recently growing trend to see law enforcement departments exchanging their issue shotguns for the police carbine in 9mm, .40 S&W, and .45 ACP. And many departments have found that these carbines do not serve their needs as they expected. However, they are fearful to switch, or in many cases purchase, .223 carbines because &quot;they will go through 10 people and 3 city blocks before they stop!&quot; As you can see, this is not the case, and is in fact, completely the opposite. I hope that this article helps to clear all false truths and misnomers about this very versatile and serviceable cartridge.*

ALL OF THE INFORMATION IN THIS ARTICLE IS BASED UPON THE PERSONAL EXPERIENCE OF INDIVIDUALS WHO MAY BE USING SPECIAL TOOLS, PRODUCTS, EQUIPMENT AND COMPONENTS UNDER PARTICULAR CONDITIONS AND CIRCUMSTANCES, SOME OR ALL OF WHICH MAY NOT BE REPORTED, NOR OTHERWISE VERIFIED IN THIS ARTICLE. NOTHING HEREIN IS INTENDED TO CONSTITUTE A MANUAL FOR THE USE OF ANY PRODUCT OR THE CARRYING OUT OF ANY PROCEDURE OR PROCESS. THE WRITERS, EDITORS, AND PUBLISHERS OF THIS ARTICLE ACCEPT NO RESPONSIBILITY FOR ANY LIABILITY, INJURIES OR DAMAGES ARISING OUT OF ANY PERSON'S ATTEMPT TO RELY UPON ANY INFORMATION CONTAINED HEREIN.

# EXHIBIT "10"

## .223 / 5.56 Penetration Tests vs.

## .40 S&W and 12 ga. Slug

### Overview

The research on the penetration of .223 ammunition has been completed. In an effort to make research more meaningful, testing consisted of handgun and shotgun ammunition in the same testing medium. The final results were that the .223 demonstrated less penetration capability than the 12 gauge slug and the .40S&W [handgun round].

### Testing Medium

Type 250A Ordnance Gelatin was cast into blocks, 6&quot;x6&quot;x16&quot;. The process used is that which is recommended by Col. M. Fackler, Director of the US Army Wound Ballistics Laboratory. This is a 10% mixture, 1Kg of gelatin to 9000ml of H2O. This type of gelatin accurately simulates human body tissue in terms of bullet penetration.

A small piece of wall was constructed to duplicate the standard exterior walls found in [the Pacific Northwest] area. This piece of wall was sheeted with ½&quot; wafer board, covered with a 2nd piece of ½&quot; wafer board to simulate siding. This wall was built using a 2x4 frame and finished on the inside with ½&quot; sheet rock. The interior [of the wall] was lined with fiberglass insulation.

### Weapons Used

CAR-15, cal .223 Rem./5.56x45mm with a 16&quot; barrel.
Glock M22, cal .40S&W.
Remington 870, 12 ga.

### Ammunition Used

Federal .223 Remington, 55 grain HP.
Winchester .40S&W, 180 grain HP.
Federal 12 ga., 2 ¾&quot;, rifled slug.

**Real World .223 Testing**

## Procedure

All rounds were fired from a distance of 12 feet. After each round was fired, its penetration was recorded and bullet performance noted. After a bullet was fired into the [bare] gelatin, another bullet of the same type was fired through the section of wall and into the gelatin. This was done in order to determine its penetration potential in the event a stray round were to hit the wall of a building.

## Results

| Caliber | Testing medium | Penetration | Condition of bullet |
|---------|----------------|-------------|---------------------|
| .223 Rem. | gelatin only | 9.5&quot; | two pieces |
| .223 Rem. | wall & gelatin | 5.5&quot; * | fragmented |
| .40S&W | gelatin only | 13.5&quot; | mushroomed |
| .40S&W | wall & gelatin | 22&quot; * | no deformation |
| .40S&W | wall & gelatin | 22&quot; * | no deformation |
| .40S&W | wall & gelatin | 19.5&quot; * | slight deformation |
| 12 ga. | wall & gelatin | 27.5&quot; | mushroomed |

* these measurements do not include penetration of the 6&quot; wall.
CCI Gold Dot.

## Summary

The 55 grain HP .223 has less penetration than any of the other ammunition tested. Based on the results of this testing, there appears to be no basis for concern regarding the over penetration of the .223 [HP] round. In fact, it seems even safer in this regard than .40 S&W handgun ammunition.

The hollow point cavity in the .40S&W round filled with material when shot through the wall. This caused [these bullets] to fail to expand when they entered the gelatin. As a result, they penetrated 8.5&quot; farther than when shot directly into the gelatin.

When the .223 [HP] was shot through he wall it began to fragment and as a result penetrated the gelatin only 5.5&quot;.

Because the .223 [HP] begins to break up on impact, it has less potential for damage or injury than the 12 ga. in the event of a ricochet. The .223 [HP] is obviously safer in an urban environment than the 12 ga. with slugs or buckshot.

**Real World .223 Testing**

Additional testing conducted proved that the .223 would penetrate a car door or glass. The .223 rounds fired into windshields began to break up after entering the glass and did not retain much energy. In most cases these rounds split in two.

## The Call-Out Bag

## by Gunsite Training Center Staff

### A Comparison of .223 Penetration vs. Handgun Calibers

The .223 shoulder-fired weapon systems (e.g., AUG, CAR) have received some recent interest as indoor tactical weapons for special operations teams. Increased power, longer effective distances, and greater tactical flexibility have been cited as positive factors of the .223 systems over 9me SMG-type weapon systems. Other authors (Fackler, et all) have postulated greater capability for tissue damage and incapacitation of the .223 rifle cartridge over the 9mm projectile fired from handguns or SMGs. Negative considerations for the indoor use of the .223 weapon systems focus on over-penetration of projectiles and possible subsequent liability.

Our effort was made to compare the penetration characteristics of various .223 bullets to various handgun bullets fired into test barriers representing indoor and outdoor building walls. We felt that the following test might mimic shots fired from inside a building, through the internal rooms, out the exterior wall, and into another similar building nearby. A comparison of wall penetration effects by a variety of handgun calibers versus the effects of .223 FMJ ball, .223 SP, and .223 HP, under these same conditions, was expected to substantiate other findings reported or provide new information to those interested in this area of ballistics.

Two interior test walls were constructed using a wood 2x4 frame with standard drywall board attached to both sides. Two exterior test walls were made using wooden frames with drywall board attached to one side and exterior grade T1-11 wooden siding attached on the other (exterior) side. R-19 fiberglass insulation batting (Dow Coming) was stapled inside the two exterior test walls. To maintain test medium consistency, no wooden cross beams, electrical

**Real World .223 Testing**

fixtures, conduits, or electrical wiring were placed in any of the test walls.

The test walls were placed in the following sequence to mimic shots fired from. inside a building, through two internal rooms, out the building, and into another similarly constructed building:

**A.** Interior wall #1 was placed 8 feet from the shooting position.

**B.** Interior wall #2 was placed 8 feet beyond interior wall #1.

**C.** Exterior wall #1 was placed 8 feet beyond interior wall #2. (Exterior side facing away from the shooter.)

**D.** Exterior wall #2 was placed 15 feet beyond exterior wall #1. (Exterior side facing toward the shooter.)

All calibers tested were fired from a position 8 feet in front of interior wall #I, so the bullet trajectory would travel in sequence through each of the succeeding test walls. Each caliber tested was chronographed and all firing results were videotaped for archive files.

The following results were obtained:

   1.  All handgun calibers exited exterior wall #1. This means they exited the &quot;house&quot; after passing through two interior &quot;rooms,&quot; then entered another &quot;house&quot; to impact into the berm. The handgun caliber which demonstrated the least penetration was .22 LR Lightning.
   2.  The only calibers which did NOT exit the &quot;house&quot; were .223 (5.56) soft point and hollow point loaded bullets.
   3.  All projectiles demonstrated directional changes in their trajectory after passing through the first interior wall. The greatest directional changes (10 inches+ yaw) were shown by 9mm and .40 S&W projectiles.
   4.  Directional changes in bullet trajectory appeared to increase in magnitude with each test

**Real World .223 Testing**

wall the projectile passed through.

The penetration characteristics of projectiles have long been believed to be primarily determined by a relationship of bullet mass, bullet shape, bullet velocity, and bullet construction. The penetration differences of .223 soft point and hollow point projectiles versus the effects from .223 full metal jacket may be due to differences in bullet construction. The differential effects on penetration due to bullet construction shown with the .223 are different and appear greater in magnitude than those encountered when handgun bullet construction is modified. Since .223 projectile velocities are threefold greater than those of handgun projectiles, the increased magnitude of bullet velocity might account for the differences in bullet trajectory and penetration distance. The deviated trajectory of hollow point handgun projectiles was also greater than the deviation found with full metal jacketed handgun bullets; again, possibly due to contact point deformation. The preceding study more than ever identifies the need for a personal emphasis of marksmanship and tactical fundamentals. The shooter is responsible for the bullets that go downrange. Practice, be aware, manage your trigger, and watch your front sight!

*Many thanks to Jack Furr, Ron Benson, Pete Wright, and Seth Nadel, U.S. Customs, for conducting and reporting this test.*

| Cartridge | Velocity | Result |
|---|---|---|
| .22 LR 40 gr Lightning | 899 fps | Captured in exterior wall #2 |
| 9mm 147gr Win JHP | 948 fps | Captured in exterior wall #2 |
| 9mm 147 gr Win JHP | 1004 fps | Exited exterior wall #2 |
| .40 S&W 180 gr FMJ | 941 fps | Exited exterior wall #2 |
| .40 S&W 180 gr Black Talon JHP | 880 fps | Exited exterior wall #2 |
| .45 ACP 230 gr Win FMJ | 862 fps | Captured in exterior wall #2 |
| .45 ACP 230 gr HydraShok JHP | 854 fps | Exited exterior wall #2 |
| .223 (5.56) 55 gr Fed FMJ | 2995 fps | Exited exterior wall #2 |
| .223 (5.56) 55 gr Rem SP | 3019 fps | Captured in exterior wall #2 |
| .223 (5.56) 55 gr Fed JHP | 3012 fps | Captured in exterior wall #2 |

ALL OF THE INFORMATION IN THIS ARTICLE IS BASED UPON THE PERSONAL EXPERIENCE OF INDIVIDUALS WHO MAY BE USING SPECIAL TOOLS, PRODUCTS, EQUIPMENT AND COMPONENTS UNDER PARTICULAR CONDITIONS AND CIRCUMSTANCES, SOME OR ALL OF WHICH MAY NOT BE REPORTED, NOR OTHERWISE VERIFIED IN THIS ARTICLE. NOTHING HEREIN IS INTENDED TO CONSTITUTE A MANUAL FOR THE USE OF ANY PRODUCT OR THE CARRYING OUT OF ANY PROCEDURE OR PROCESS.

Real World .223 Testing

THE WRITERS, EDITORS, AND PUBLISHERS OF THIS ARTICLE ACCEPT NO
RESPONSIBILITY FOR ANY LIABILITY, INJURIES OR DAMAGES ARISING
OUT OF ANY PERSON'S ATTEMPT TO RELY UPON ANY INFORMATION
CONTAINED HEREIN.

# EXHIBIT "11"

## Why "High Powered" 5.56 NATO/.223 AR-15 Ammo is Safer For Home Defense (FBI overpenetration testing)

By **Caleb** - Jul 14, 2016

6
Shares



If you listen to the mainstream media, then the standard 5.56 NATO/.223 Remington cartridges the AR-15 shoots are "high powered assault weapon" rounds that have no place in civilian hands.

(I hope you are catching the sarcasm as I'm pouring it on)

Yet, as we've discussed previously, the AR-15 is a GREAT choice for Home Defense.

And what's even more amazing, is that it may be one of the "safest" bullets you can shoot from a gun in a home when it comes to overpenetration concerns.

### Home Defense and The Risks of Over-Penetration

The truth is that almost everyone, once they start thinking about home defense, starts to think about overpenetration.

In other words: what if I miss the bad guy? Where will the bullet go? Is it going to go through a wall and hit other members of my family?

That's what they call "over penetration".

The truth is: almost any round that will penetrate deeply enough to hit vital organs in the human body (and stop an attacker) will penetrate typical interior home walls.

That's because most walls are made up of little more than a couple 2×4 wood studs and drywall on each side. And maybe some insulation depending on the part of the country.

Although this fact remains, that ANY adequate self-defense round will penetrate a wall because you need it to penetrate human flesh, we still want to limit our penetration as much as possible.

### Shotgun VS Pistol VS Rifle Home Defense Penetration

Your typical choices for home defense weapons are a pistol, the shotgun, or a rifle.

Now, when most people think of overpenetration risks they assume that pistol bullets would penetrate less than the rifle or shotgun.

That's actually dead wrong.

Case 1:18-cv-10507-RMB-JBD   Document 175-5   Filed 10/06/23   Page 146 of 160 PageID: 2506

11/18/2019          Why "High Powered" 5.56 NATO/.223 AR-15 Ammo Is Safer For Home Defense (FBI overpenetration testing) - Prepared Gun Owners

Pistol bullets consistently penetrate the most.

Shotgun is next.

And rifles, at least the so-called "high powered assault weapon" AR-15 in 5.56 NATO/.223 Rem penetrates the LEAST.

## FBI and Independent Testing Has Consistently Shown .223/5.56 NATO Fired From AR-15's Do Not Over Penetrate More Than Pistol/Shotgun

First up is this older article by R.K. Taubert, a retired FBI agent with over 20 years experience who conducted extensive counter-terrorism and weapons research while with the Bureau.

To quote Mr Taubert, (emphasis mine) " ... *As a result of renewed law enforcement interest in the .223 round and in the newer weapons systems developed around it, the FBI recently subjected several various .223 caliber projectiles to 13 different ballistic tests and compared their performance to that of SMG-fired hollow point pistol bullets in 9mm, 10mm, and .40 S&W calibers.*

*"Bottom Line:* **In every test, with the exception of soft body armor, which none of the SMG fired rounds defeated, the .223 penetrated less on average than any of the pistol bullets***."*

——-

And again on this page, there is testing by Gunsite Training Center Staff which found in a comparison of handgun calibers (9mm, .40 S&W, .22 LR, .45 ACP), and rifle caliber .223 (5.56) that:

*"The only calibers which did NOT exit the "house" were .223 (5.56) soft point and hollow point loaded bullets."*

——-

Then there are the "Box O' Truth" tests with great pictures where they found, "... *Common pistol rounds easily penetrated all 4 walls spaced out at room distances ... The 12 gauge shotgun went through 4 walls like they were not there ... The 5.56 rounds deviated greatly from the original flight path once they started tumbling. This occurred after the second wall."*

——-

And this drywall testing concluded, "*Moving away from rifle rounds takes us from fascinating discoveries into the realm of mythbusting. Handgun rounds, for instance, may penetrate less than rifle rounds–but only if the rifle rounds in question are full-power ball ammo.* **The relatively slow speed and heavy weight of handgun bullets make them a poor choice for limiting interior wall penetration, which is why professional door-kicker types have abandoned pistol-caliber submachineguns in favor of .223 carbines.***"*

——-

And this interesting test at outdoorub found "*The pistol rounds were seemingly unaffected by the drywall and/or wood barriers. There was no observable deviation or fragmentation of the 9mm projectiles. You'd be safe counting on a pistol round to keep going, and going, and going ... Even though the .223 rounds start with a lot more energy, they tend to lose it quickly when encountering the barriers in this test ...* **Moral of the story? Don't trust the mainstream media. Those high-powered, so called "assault weapons" may be safer than your average pistol for inside-the-home defense.***"*

(NOTE: many of the rounds tested at outdoohub are found on the "approved list" of AR-15 self-defense ammo here.)

## When It Comes To Home Defense, The AR-15 Rifle Ammo Is Less Likely To Over-Penetrate

The truth is that AR-15 ammo is less likely to overpenetrate. Yet it is highly effective at stopping threats. Sounds like a good choice for Home Defense to me.

Please Note: that all this "rifle vs shotgun vs pistol" testing is comparing the AR-15 in standard 5.56/.223 to the pistols and shotguns ...

That means that "other rifles" such as AK-47's in 7.62×39, .308 hunting rifles or AR-10 style semi-autos, etc are not included in these tests. THOSE rifle bullets would most likely penetrate much, much further because they are bigger, heavier bullets (though I'm not aware of much actual testing).

Case 1:18-cv-10507-RMB-JBD   Document 175-5   Filed 10/06/23   Page 147 of 160 PageID: 2507

11/18/2019        Why "High Powered" 5.56 NATO/.223 AR-15 Ammo Is Safer For Home Defense (FBI overpenetration testing) - Prepared Gun Owners

**The bottom line to remember in all of this though is to still be aware of your target and what is around/beyond it because ALL bullets that will penetrate deep enough to stop an attacker will still penetrate at least one interior wall. And even a bullet, like the .223 that tends to lose steam and deviate after a wall or two can still be deadly to your family/innocents.**

Check out these other articles for more on excellent performing 5.56 NATO/.223 ammo:

– The "Approved List" Of 5.56 NATO/.223 Rem Self-Defense/Duty Ammo

– The Best Home Defense Ammo For Your AR-15?

Anyways, I hope this clears up some misconceptions when it comes to choosing home defense ammo (or a gun) that will be least likely to penetrate.

### Caleb

Caleb Lee is the #1 best-selling author of "Concealed Carry 101" and founder of PreparedGunOwners.com. He is a civilian (no law enforcement or military experience) who shares information about self-defense and becoming more self-reliant. He's a 1st degree black belt in Taekwondo, NRA Certified Basic Pistol & Personal Protection Inside The Home Instructor, Concealed Carry Academy Instructor certified & also a graduate of the Rangermaster firearms instructor course. He's also the author of numerous online courses including the UndergroundAssaultRifle.com course.

# EXHIBIT "12"

RECOILWEB.COM

# EXHIBIT "13"



MidwayUSA.com
1-800-243-3220
5875 West Van Horn Tavern Rd.
Columbia, MO 65203

# AR-STONER Flash Hider A2 1/2"-28 Thread AR-15

★★★★☆ 29 Reviews | Write a Review

Product #: 691158 | Manufacturer #: A2-FLASH-556





Our Price: $7.99
**Available**
🚚 Ships tomorrow from MidwayUSA
🇺🇸 Made in USA

Quantity: 1

✉ Email to Friend   [f] [t] [p]

---

## SUGGESTED PRODUCTS



**AR-STONER Crush Washer AR-15...**
★★★★★ | 2 Reviews
$2.49

**AR-STONER Flash Hider A2 5/8"-24...**
★★★★☆ | 17 Reviews
$9.99

**Wilson Combat A2 Birdcage Flash...**
★★★★☆ | 18 Review
$8.95

>

Add to Cart       Add to Cart       Add to Cart

---

Product Overview

The AR-STONER™ A2 Flash Hider with 1/2" - 28 threads is an effective option for reducing muzzle flash from AR-15 rifle barrels. This high quality, matte steel, flash hider is ready for installation on your AR-15 rifle.

**Note:** The use of a crush washer is recommended



# EXHIBIT "14"

# SECURITY

## Violent Crimes Most Likely to Occur At Night



*June 14, 2019*

When are criminals active during the day? The Crimes at Night: Analyzing Police Incident Reports in Major Cities reveals that violent crimes occur most often at night.

In 2017, an estimated 1,247,321 violent crimes occurred nationwide, a decrease of 0.2 percent from the 2016 estimate, according to FBI data.

**More than half of police incidents took place during the day:**

This website requires certain cookies to work and uses other cookies to help you have the best experience. By visiting this website, certain cookies have already been set, which you may delete and block. By closing this message or continuing to use our site, you agree to the use of cookies. Visit our updated privacy and cookie policy to learn more. ✕

Larceny, theft, drug violations, simple assaults, and property crimes were slightly more likely to happen while the sun was up. Serious violent crimes, however, such as driving while impaired,

murder, rape/sexual assault, and robbery were more frequently reported at night.

### Percentage of Police Incident Reports, by Offense Type

| Offense | At Night Percentage | During the Day Percentage |
|---|---|---|
| DWI/DUI | 87% | 13% |
| Murder & Negligent Manslaughter | 65% | 35% |
| Rape/Sexual Assault | 59% | 41% |
| Robbery | 56% | 44% |
| Aggravated Assault | 54% | 46% |
| Motor Vehicle Theft | 51% | 49% |
| Burglary | 50% | 50% |
| Property Crime | 48% | 52% |
| Simple Assault | 47% | 53% |
| Drug Violation | 43% | 57% |
| Larceny/Theft | 40% | 60% |

**Police incidents tend to happen between Monday and Friday.**

- Friday experienced the highest peak in known crime reports during the day, with an average of 755 police incidents per 10,000 residents. Alternatively, Sunday had the fewest incidents during the day – an average of 595 per every 10,000 individuals.
- When are violent crimes most likely to happen? Unfortunately, midnight was the peak hour for violent crimes like rape and sexual assault, while 2 a.m. was the ideal time to stay off the roads – DWI/DUI police incidents happened the most then.
- Murder peaked at 9 p.m. and aggravated assault peaked just an hour after.

KEYWORDS: crime rates  robbery  violent crimes

# Share This Story

This website requires certain cookies to work and uses other cookies to help you have the best experience. By visiting this website, certain cookies have already been set, which you may delete and block. By closing this message or continuing to use our site, you agree to the use of cookies. Visit our updated privacy and cookie policy to learn more. ✖

# Related Articles

# EXHIBIT "15A"

AR15 shot without flash hider.









# EXHIBIT "15B"

