# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 3:18-cv-10507-PGS-LHG |
| MARK CHEESEMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 3:22-cv-4360-PGS-LHG |
| BLAKE ELLMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 1:22-cv-4397-PGS-LHG |

**ORDER GRANTING SUMMARY JUDGMENT TO PLAINTIFFS**

–1–

**THIS MATTER** having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for an order granting Summary Judgment to Plaintiffs in 18-cv-10507 and 22-cv-4397 pursuant to Fed. R. Civ. P. 56 permanently enjoining the operation and effect of N.J.S. 2C:39-1(w); N.J.S. 2C:39-1(y); N.J.S. 2C:39-3(j); N.J.S. 2C:39-5(f); N.J.S. 2C:39-9(g); N.J.S. 2C:39-9(h); 2C:58-13; and the Court having considered the submissions of counsel; and for good cause having been shown;

IT IS on this ___ day of _____, 2023, **ORDERED AS FOLLOWS:**

1. Plaintiffs' Motion for Summary Judgment is hereby granted in its entirety;

2. Defendants, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with the foregoing are permanently enjoined from enforcing the following provisions of law, and the following provisions of law are declared unconstitutional, void, and shall be of no force and effect:

   a) N.J.S. 2C:39-1(w);

   b) N.J.S. 2C:39-1(y);

   c) N.J.S. 2C:39-3(j);

   d) N.J.S. 2C:39-5(f);

   e) N.J.S. 2C:39-9(g);

   f) N.J.S. 2C:39-9(h);

   g) N.J.S. 2C:58-13; and

   h) Any administrative regulation arising from or relating to the foregoing.

3. Enforcement of N.J.S. 2C:39-1(y); N.J.S. 2C:39-3(j); N.J.S. 2C:39-9(h) past present, or future constitutes a taking pursuant to the Fifth and Fourteenth Amendments to the United States Constitution.

_____
HON. PETER SHERIDAN, U.S.D.J.