UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 3:18-cv-10507-PGS-JBD |
| MARK CHEESEMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 3:22-cv-4360-PGS-JBD |
| BLAKE ELLMAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN, et al.<br><br>*Defendants*. | Civil Action No. 1:22-cv-4397-PGS-JBD |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Blake Ellman, Marc Weinberg, and Thomas R. Rogers ("*ANJRPC* and

*Ellman* Plaintiffs") hereby appeal to the United States Court of Appeals for the Third Circuit from the Order granting in part and denying in part the *ANJRPC* and *Ellman Plaintiffs'* motions for summary judgment and denying their motions to exclude expert testimony entered in these consolidated actions on July 30, 2024 as follows:

- *ANJRPC v. Platkin*, 3:18-cv-10507: ECF No. 229
- *Ellman v. Platkin*, 3:22-cv-4397: ECF No. 63

*ANJRPC* and *Ellman* Plaintiffs also appeal all prior and interlocutory orders of the court.

The matters have been consolidated pursuant to Fed. R. Civ. P. 42. *See ANJRPC*, 18-cv-10507, Mem. & Order, ECF No. 148 (Feb. 6, 2023) and Order, ECF No. 168 (Sept. 12, 2023).

s/ Daniel L. Schmutter
Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
dschmutter@hartmanwinnicki.com
Attorneys for *ANJRPC* and *Ellman* Plaintiffs

August 14, 2024